UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOHN SCOTT MAAS,
PLAINTIFF,

VS.  CAUSE NO.: 2:20-cv-00051

BP EXPLORATION & PRODUCTION INC.
& BP AMERICA PRODUCTION CO.,
DEFENDANTS.

## JOINT STATEMENT BY THE PARTIES ON MEDIATION

Pursuant to the Order to amend certain dates (ECF No. 77), Defendants BP Exploration & Production Inc. and BP America Production Company and Plaintiff John Maas file this joint statement on mediation.

The Parties participated in mediation with Barry Howard, Esquire on September 9, 2021. The Parties negotiated in good faith but were unable to resolve the matter. The Parties will continue discussions as warranted.

Respectfully submitted this the 10th day of September 2021.

**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

*/s/ Howard E. Jarvis*
Howard E. Jarvis
Chan E. McLeod *pro hac vice*
12144 Southwick Circle
Farragut, TN 37934
Phone: (865) 334-6468
Fax: (302) 425-0180
Email: hjarvis@maronmarvel.com
　　　　cmcleod@maronmarvel.com

*Attorneys for Defendants,
BP America Production Company and
BP Exploration & Production Inc.*

**BURGER, SCOTT & MCFARLIN**

*/s/ William Kennerly Burger*
William Kennerly Burger
12 Public Square North
Murfreesboro, TN 37130
(615) 893-8933
Email: kenburger@comcast.net

*Attorney for John Scott Maas*

## CERTIFICATE OF SERVICE

I, Howard E. Jarvis, do hereby certify that on September 10, 2021, a true and correct copy of the Joint Statement by the Parties on Mediation was served upon Plaintiff's counsel via the Court's CM/ECF system:

William Kennerly Burger
Burger, Scott & McFarlin
12 Public Square North
Murfreesboro, TN 37130
kenburger@comcast.net

BY: */s/ Howard E. Jarvis*