# EXHIBIT B

**In the Matter Of:**

*JOHN SCOTT MAAS vs*

*BP EXPLORATION & PRODUCTION*

---

*VEENA ANTHONY*

*June 30, 2021*

---



**1**

```
1              UNITED STATES DISTRICT COURT
2          FOR THE MIDDLE DISTRICT OF TENNESSEE
3                  NORTHEASTERN DIVISION
4
5   JOHN SCOTT MAAS,      )
6          Plaintiff,     )
7                         )
8   VS.                   ) CAUSE NO:
9   BP EXPLORATION &      ) 2:20-CV-00051
10  PRODUCTION, INC., &   ) DEPOSITION OF:
11  BP AMERICA            )DR. VEENA ANTHONY
12  PRODUCTION CO.        )
13         Defendants.    )
14
15            S T I P U L A T I O N S
16
17          IT IS STIPULATED AND AGREED, by and
18  between the parties through their respective counsel,
19  that the deposition of:
20              DR. VEENA ANTHONY,
21  may be taken before Merit Gilley, Commissioner and
22  Notary Public, State at Large, at the Tinsley Harrison
23  Towers, 1900 University Boulevard, THT 513D,
24  Birmingham, Alabama 35233, on the 30th day of June,
25  2021, commencing at approximately 1:02 p.m.
```

**2**

```
1              IT IS FURTHER STIPULATED AND AGREED that
2   the signature to and reading of the deposition by the
3   witness is waived, the deposition to have the same
4   force and effect as if full compliance had been had
5   with all laws and rules of Court relating to the
6   taking of depositions.
7
8              IT IS FURTHER STIPULATED AND AGREED that
9   it shall not be necessary for any objections to be
10  made by counsel to any questions, except as to form or
11  leading questions, and that counsel for the parties
12  may make objections and assign grounds at the time of
13  the trial, or at the time said deposition is offered
14  in evidence, or prior thereto.
15                      ***
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1              A P P E A R A N C E S
2
3   FOR THE PLAINTIFF:
4            WILLIAM KENNERLY BURGER
5            Attorney at Law
6            Burger, Scott & McFarlin
7            12 Public Square North
8            Murfreesboro, Tennessee  37130
9            615-893-8933
10           kenburger@comcast.net
11
12  FOR THE DEFENDANTS:
13           CHAN E. MCLEOD
14           HOWARD E. JARVIS
15           Attorneys at Law
16           Maron, Marvel, Bradley, Anderson & Tardy, LLC
17           City Centre
18           200 South Lamar Street
19           Jackson, Mississippi  39201
20           601-812-6630
21           cmcleod@maronmarvel.com
22           hjarvis@maronmarvel.com
23
24  ALSO PRESENT:
25           Judy Burger
```

**4**

```
1
2                  EXAMINATION INDEX
3
4   Dr. Veena Anthony
5   BY MR. MCLEOD . . . . . . . . . . . . . . .   7
6   BY MR. BURGER . . . . . . . . . . . . . . .124
7
8
9
10                 EXHIBIT INDEX
11
12  Exhibit Number                             MAR
13   1     Notice of Video Deposition           9
14   2     Plaintiff's Rule 26 Expert Disclosure of   17
             Veena B. Anthony, M.D.
15
16   3     Study:  Heme Oxygenase-1 Protects Corexit   91
             9500A-Induced Respiratory Epithelial
17           Injury across Species
18   4     Study:  Comparative Toxicity of Two Oil    97
             Dispersants, Superdispersant-25 and
19           Corexit 9527, to a Range of Coastal
             Species
20
21   5     Study:  Evaluation of Pulmonary and       101
             Systemic Toxicity of Oil Dispersant
22           (Corexit EC9500A) Following Acute
             Repeated Inhalation Exposure
23
24
25
```

**5**

```
1  6    Article:  Oil dispersant used in Gulf Oil    103
        Spill caauses lung and gill injuries to
2       humans and aquatic animals, also
        identifies protective enzyme
3
4  7    Article:  Persistent respiratory symptoms   105
        in clean-up workers 5 years after the
5       Prestige oil spill.
6  8    Study:  Respiratory, Dermal, and Eye        111
        Irritation Symptoms Associated with
7       Corexit EC9527A/EC9500A following the
        Deepwater Horizon Oil Spill:  Findings
8       from the GuLF STUDY
9  9    Paper:  The Development of Long-Term         117
        Adverse Health Effects in Oil Spill
10      Cleanup Workers of the Deepwater Horizon
        Offshore Drilling Rig Disaster
11
12 10   Study:  The impact of oil spill to lung      121
        health - Insights from an RNA-seq study
13      of human airway epithelial cells
14 11   Study:  The impact of the Deepwater          122
        Horizon Oil Spill upon LUng Health -
15      Mouse Model-Based RNA-seq Analyses
16
17
18
19
20
21
22
23
24
25
```

**7**

1        MR. BURGER:  Ken Burger For Mr. Maas,
2  the plaintiff.
3        MR. MCLEOD:  Chan McLeod for the BP
4  parties.
5        MR. JARVIS:  Howard Jarvis for the BP
6  parties.
7        THE VIDEOGRAPHER:  Court Reporter, will
8  you please swear in the witness.
9        DR. VEENA ANTHONY
10 being first duly sworn, was examined and testified as
11 follows:
12        THE COURT REPORTER:  Usual stipulations?
13        MR. MCLEOD:  Yes.
14        EXAMINATION
15 BY MR. MCLEOD:
16 Q    Dr. Anthony, my name is Chan McLeod.  We
17 met earlier as --
18 A    Yes.
19 Q    -- as we moved rooms from -- from one
20 room to the next.  I'm going to be asking most of the
21 questions today.
22        Let me ask you this:  Have you ever been
23 deposed before?
24        Have you ever given a deposition like
25 this before?

**6**

1        I, Merit Gilley, a Court Reporter of
2  Birmingham, Alabama, and a Notary Public for the State
3  of Alabama at Large, acting as Commissioner, certify
4  that on this date, as provided by the Federal Rules of
5  Civil Procedure and the foregoing stipulation of
6  counsel, there came before me on the 30th day of June
7  2021, at Tinsley Harrison Towers, 1900 University
8  Boulevard, THT 513D, Birmingham, Alabama 35233,
9  commencing at approximately 1:02 p.m., DR. VEENA
10 ANTHONY, witness in the above cause, for oral
11 examination, whereupon the following proceedings were
12 had:
13        DR. VEENA ANTHONY,
14 being first duly sworn, was examined and testified as
15 follows:
16        THE VIDEOGRAPHER:  This marks beginning
17 of the deposition of Dr. Veena Anthony in the matter
18 of John Scott Maas versus BP Exploration & Production,
19 Incorporated & BP America Production Company.  Cause
20 Number 2:20-CV-00051 filed in the United States
21 District Court for the Middle District of Tennessee,
22 Northeastern Division.
23        The date is June 30th, 2021.  Time is
24 now 1:02 p.m.  All attorneys present, will you please
25 state your names and whom you represent.

**8**

1  A    I have.
2  Q    Okay.  Do you remember how many times
3  you've -- you've been deposed?
4  A    Maybe two in my life.
5  Q    Was that in the context of being an
6  expert witness, or was that in another context?
7  A    I was -- I don't recall.
8  Q    Okay.  I just -- the way this thing
9  goes, I'm going to ask questions.  I'm going to try to
10 ask a question that everybody understands.  If you
11 don't understand my question, please let me know, and
12 I'll try to rephrase it so that you can understand
13 what I'm saying.
14        If you answer it I'm going to assume
15 that you understood the question that I asked; okay?
16 A    Uh-huh.  Sure.
17 Q    And I will try to finish my question and
18 let you answer before I ask another question.
19 A    Okay.
20 Q    And sometimes it gets conversational,
21 and that's okay.  But she's -- she's writing down --
22 our court reporter is writing down everything we say.
23 And we'll -- we'll try to -- I won't try to step on
24 your toes, and you -- you try not to step on mine.
25 A    Fine.

9

1          MR. MCLEOD:  Madame Court Reporter, I'm
2  going to have this marked as the first exhibit.  It's
3  the notice of deposition.
4          (Exhibit Number 1 was
5           marked for identification.)
6  Q          Dr. Anthony, this is your notice of
7  deposition.  Have you seen that before?
8          That's the thing that told you that we
9  were going to do this here today and all of that.
10  That's something that you've seen?
11  A          Uh-huh.
12  Q          Okay.  Am I correct in saying that you
13  are a pulmonologist?
14  A          I am.  Yes.
15  Q          And are you board certified in pulmonary
16  medicine?
17  A          Yes, I am.
18  Q          And what does a pulmonologist do?
19  A          A pulmonologist works in diseases
20  related to the lungs and respiratory -- respiratory
21  illness.  And they might also do some critical care
22  work.
23  Q          Okay.  And specifically to what you do
24  as a pulmonologist here at UAB, what -- what is your
25  role here as a pulmonologist at UAB?

10

1  A          I patient -- I see patients with lung
2  disease of all kinds as well as patients who have had
3  environmental exposures, and I run an environmental
4  medicine program.  I also am the director of the
5  superfund program.
6  Q          I have your CV.  And there was an
7  extensive list of publications on that CV.
8          Do you have any other publications that
9  you've authored that might not be on that CV?
10  A          There maybe one or two that just came
11  out recently --
12  Q          And --
13  A          -- since the time.  There's one in
14  "Science Translational Medicine."
15  Q          And can you tell what the subject of --
16  of that one may be.
17  A          The subject of that one was lung
18  fibrosis and the disease called idiopathic pulmonary
19  fibrosis.
20  Q          And you said there may be another one
21  that came out since that CV?
22  A          No.  I think that might be the last one
23  that just came out.
24  Q          Okay.  Make sure I understand:  You're
25  not an industrial hygienist; correct?

11

1  A          No.
2  Q          And you've never been trained in the
3  field of industrial hygiene; is that correct?
4  A          True.
5  Q          You're not going to offer any opinions
6  in this case in the field of industrial hygiene; is
7  that correct?
8  A          Right.
9  Q          Is it also fair to say that you're not
10  an epidemiologist?
11  A          I am -- I'm trained in the -- in
12  environmental medicine.  That does require a knowledge
13  of epidemiology.
14  Q          But you're not certified as an
15  epidemiologist?
16          You didn't go to school to become an
17  epidemiologist?
18  A          No.
19  Q          Fair to say you're not an expert in
20  epidemiology.
21          I understand that you use it, but you're
22  not an expert in it; is that correct?
23  A          That is correct.
24  Q          You mentioned that you do environmental
25  medicine.

12

1          Is that any different than what
2  occupational medicine would be?
3  A          It would be part -- occupational
4  medicine would be a part of environmental medicine.
5  Q          Do you consider yourself to be an
6  occupation -- occupational medicine specialist?
7  A          No.
8  Q          Do you plan on offering any opinions
9  that are in the field of occupational medicine --
10  A          No.
11  Q          -- in this case?
12          Am I right in saying that you're also
13  not a toxicologist?
14  A          I'm not a toxicologist, but I do deal
15  with patients who have been exposed to toxic
16  whatevers, and so I am familiar with the field of
17  toxicology.
18  Q          You aren't certified in --
19  A          No.
20  Q          -- toxicology?
21  A          No.
22  Q          You didn't go to school --
23  A          No.
24  Q          -- to be a toxicologist?
25  A          No.

13

1 Q        Do you plan on offering any opinions in
2 this case that are in the field of toxicology?
3 A        No.
4 Q        What is your current fee schedule for
5 doing expert work?
6 A        What?
7 Q        I'm sorry.
8 A        So repeat the question.
9 Q        How much do you charge per hour to do
10 this expert work that you're -- you're here for today?
11 A        Today we'll be charging $500 dollar per
12 hour.
13 Q        And is it different when you're giving a
14 deposition than if you're doing other types of work in
15 the expert field?
16 A        No.  I can't say that.
17 Q        Can you tell me how many hours you've
18 worked so far in this matter?
19 A        In this matter?
20 Q        Uh-huh.
21 A        Gosh, maybe an hour.
22 Q        Okay.  And I think you said an hour.
23         Is that encompassing reviewing the
24 materials, drafting the report, all of the things that
25 you've done in con -- in the -- in the context of

14

1 working on this case?
2 A        True.
3 Q        How many times have you served as an
4 expert witness?
5 A        Like I said, maybe I think one or two.
6 Q        Okay.  And can you recall how long ago
7 it was that you would have served as an expert
8 witness?
9 A        Maybe one was two, three years ago.
10 That was the most recent one that I believe.
11 Q        Most recent would have been two or three
12 years ago?
13 A        (Witness nods head.)
14 Q        Did you give testimony in that case?
15 A        Testimony?  Yes.
16 Q        You were deposed in that case?
17 A        Yes.
18 Q        Did the case go to trial and you
19 testified at trial?
20 A        No.  I -- I sat in this room actually.
21 Q        Okay.  Do you remember what kind of case
22 that was?
23 A        It was something about a broken-down
24 house and asbestos exposure.  Asbestos sighting in the
25 -- in the house that was broken down.

15

1 Q        And did you testify on behalf of the
2 plaintiff in that case, or were you testifying on
3 behalf of the defendants?
4 A        I think they just asked me what asbestos
5 does and things like that about asbestos.
6 Q        Do you remember the law firm that
7 retained you to do that expert work?
8 A        No, I don't remember the name.  It was a
9 long name.
10 Q        Do you remember if they were local
11 here --
12 A        Yes.
13 Q        -- in Birmingham?
14 A        Yeah, they are.
15 Q        Do you recall if the case was in Alabama
16 or if it was in a different jurisdiction?
17 A        I think it was an Alabama case.
18 Q        And you may not recall, and it's okay.
19 And I just want to make sure I -- I ask the question
20 again to make sure I understand the answer.
21         Is it -- is it your testimony that you
22 don't recall if you were testifying on behalf of the
23 plaintiff or if you were testifying on behalf of the
24 persons that were being sued in the case?
25 A        I guess I was testifying on the behalf

16

1 of the -- the lawyer was from the people who -- who
2 had the children playing in the broken-down site.
3 Q        Okay.  So there were some children that
4 were injured, and you testified on behalf of the
5 children as to their injury?
6 A        The lawyer.  Yeah.
7 Q        Okay.
8 A        Was their lawyer.
9 Q        Am I correct in saying that you have not
10 seen Mr. Maas as a patient in this case?
11 A        No --
12 Q        And Mr. --
13 A        -- I have not.
14 Q        You've not seen him as a patient?
15 A        No.
16 Q        Have you met with Mr. Maas in person for
17 this case?
18 A        No.  Not at all.
19 Q        Have you talked to him on the phone?
20 A        No.
21 Q        Have you spoken with him via Zoom or
22 have any contact with him?
23 A        Not at all.
24         MR. MCLEOD:  Court reporter, I'll have
25 this marked as Exhibit 2.

17

1    Ken, that's her expert report.
2    MR. BURGER:  That's fine.  No objection.
3        (Exhibit Number 2 was
4    marked for identification.)
5 Q    Dr. Anthony, I've marked as Exhibit 2
6 your expert report that was issued in this matter.
7    Do you recognize that document?
8 A    Yes, I do.
9 Q    And that is your expert report that you
10 submitted in this case?
11 A    Yes.
12 Q    Is it fair to say that that expert
13 report contains all of the opinions that you plan to
14 offer in this case?
15 A    Yes.
16 Q    It would also detail the information you
17 considered in arriving at your opinion?
18 A    True.
19 Q    It contains the information and reliance
20 materials that you relied upon and based your opinion
21 on?
22 A    Yes.
23 Q    Is there any other materials that you
24 have reviewed or analyzed that you used to form your
25 opinion that aren't listed in that expert report?

18

1 A    No.
2 Q    Okay.  Did you author that report in its
3 entirety?
4 A    I signed off on it.  Yes.
5 Q    And -- and you said "signed off on it."
6    Tell me -- tell me what that means.
7 A    I mean, that means that I -- yes.  This
8 is what I believe to be true.
9 Q    Okay.  Did you yourself draft it, or did
10 someone draft it for you, or what -- what happened --
11 how -- what are the mechanics of how we came about
12 having that report?
13 A    I -- it -- I mean, I saw the report; and
14 I believe it -- what it said.  And it was probably
15 drafted in depth and detail by perhaps somebody in --
16 in Mr. Burger's office.
17 Q    So am I right in saying that you didn't
18 sit down at your computer and actually type out that
19 report?
20 A    No, I did not sit down at my computer
21 and type out this report.
22 Q    Okay.  It was submitted to you.  You
23 read it, and then you signed it.
24    But you didn't type it out yourself?
25 A    I didn't type it out myself.

19

1 Q    Did you draft sections of it yourself
2 and submit it to somebody else for typing?
3 A    No.  I -- I looked at the parts that --
4 where they talked about the work that I've done in the
5 field and made certain that they were correct, and --
6 Q    Okay.
7 A    -- they are.  Yeah.
8 Q    Doctor, is it fair to say that as a
9 pulmonologist you also consider yourself to be a
10 scientist, or is there a -- a difference in being a
11 pulmonologist and being a scientific?
12 A    Well, a lot of us academic physicians,
13 we do both.  We have research as well as we do --
14 there are three arms to our work:  Research, teaching,
15 and clinical care.
16 Q    And so from the research component, I
17 guess especially, that would fall more like a
18 scientist than as a clinical physician; is that
19 correct?
20 A    Yes.
21 Q    When you do your research and you put on
22 that -- that scientist hat, would you agree with me
23 that -- that there's a scientific method that you use
24 in order to reach conclusions?
25 A    True.

20

1 Q    And you follow a scientific method in --
2 in the research work that you do?
3 A    I do.
4 Q    Would you agree with me that part of
5 that scientific method is to evaluate all of the
6 available data that exists in order to reach that
7 conclusion?
8 A    Yes.
9 Q    And you do that in an impartial manner
10 -- manner as a scientist in order to evaluate that
11 data for accuracy and truthfulness?
12 A    I -- I don't know that I evaluate them
13 for accuracy and truthfulness.  But I don't repeat the
14 work that is in somebody else's paper.  I take it at
15 face value because that's already been reviewed by my
16 colleague somewhere else.
17 Q    In order to render an expert opinion
18 that requires examination of scientific data, studies,
19 other information; you would agree with me that in
20 order to render a reliable opinion, you needed to
21 review all of the available data that impacts that
22 opinion; is that correct?
23 A    That's true.  As much as, you know, you
24 do it when -- at a given particular time.
25 Q    In a matter of looking at an individual

21

1 who is alleging injury, would that include reviewing
2 medical records?
3 A          Yeah.  But I'm not -- I don't think I've
4 -- I'm doing that.  I mean, I did look at his -- the
5 record which was supplied by somebody called Dr. Wray.
6 And I read the stuff, but I didn't -- I can't comment
7 on it.  I mean, I have to take him -- I didn't examine
8 the patient.  I wasn't there with the patient, so I
9 can't -- I have -- I just took Dr. Wray's word for
10 what he said.
11 Q          And let me parse that out a little bit.
12          Are you saying that you looked at the
13 medical records of Dr. Wray or that you read something
14 that Dr. Wray wrote about those medical records and
15 took that at face value?
16 A          I -- I read his physical exam, his
17 report, and his -- his -- the -- the data on -- that
18 he supplied on the patient.  And I took that for what
19 it was.
20 Q          Did you read Dr. Wray's expert report in
21 this case?
22 A          (No response.)
23 Q          He -- he issued a report very similar to
24 what you did pursuant to this case.
25          Do you remember if you read his expert

22

1 report?
2 A          I think I did.
3 Q          I know you testified earlier that
4 Mr. Maas was not your patient and you haven't spoken
5 with him.  So I'm going to ask you some questions
6 about his specific work.  And it maybe that that -- that
7 that's outside of what you reviewed.  And if it is,
8 okay; but I want to -- I want to ask.
9          Do you know specifically what type of
10 work Mr. Maas performed in the Gulf cleanup?
11 A          Just what I read.
12 Q          And --
13 A          That he worked for a period of two
14 months and was exposed to 12 hours a day over a period
15 of two months where they sprayed Corexit over his boat
16 or whatever he was working on.
17 Q          And --
18 A          And --
19 Q          I'm sorry.  I didn't mean to interrupt.
20 A          That's -- that's all I know.
21 Q          And when you said you -- you read that,
22 what -- what is it that you read that -- that told you
23 that?
24          What material did you look at that --
25 that gave you that information?

23

1 A          I think it -- it was perhaps Mr. --
2 Dr. Wray's testimony or -- or report or the -- I think
3 that -- that was it.  Yes.  That was his -- his --
4 where I read that.  Yeah.
5 Q          Do you have any knowledge about the
6 Vessels of Opportunity Program in which Mr. Maas was
7 working?
8 A          No.
9 Q          Do you know how many days specifically
10 he was on the Gulf?
11 A          Two months ago.  Again, I -- again, this
12 is what I've read:  Two months.
13 Q          Do you know where in the Gulf of Mexico
14 Mr. Maas worked in the cleanup efforts?
15 A          I don't know.
16 Q          Do you know what type of boat Mr. Maas
17 was on?
18 A          No.
19 Q          Do you know the number of crew members
20 that he might have worked with on that boat?
21 A          No.
22 Q          And you said you think it was two
23 months, but do you know specifically what days out of
24 those two months he would have worked in the cleanup?
25 A          No.

24

1 Q          Do you know the specific tasks that
2 Mr. Maas was performing in the cleanup work?
3 A          I believe that was to put those -- you
4 know, those -- those -- to corral the oil in one
5 particular space, things like that.
6 Q          And that, again, comes from something
7 that you --
8 A          Read.
9 Q          -- you read that told you that?
10 A          Yes.
11 Q          Other than what you've read, do you have
12 any other independent information about how many hours
13 Mr. Maas would have been working in the Gulf?
14 A          No.
15 Q          Doctor, you said earlier that you are
16 not a toxicologist, but you do understand some -- some
17 toxicology.
18          Would you agree with me -- or would you
19 agree, rather, with the toxicological premise that
20 dose is everything when determining if a substance can
21 create a potential harm?
22 A          I think there are some caveats to that.
23 I think the dose, if it's distributed over a large
24 area of the body, can cause a different type of damage
25 than if it is concentrated in a particular area.  Then

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 8 of 53 PageID #: 508

25

1 the same dose can cause harm right there.
2 Q       But dose --
3 A       Yes.
4 Q       -- whether in large or small quantities,
5 is very important --
6 A       Yes.
7 Q       -- in determining harm?
8 A       I think as a generic statement, that
9 would be true.
10 Q       And -- and you're a pulmonologist.
11 You -- you prescribe medicine; correct?
12 A       True.
13 Q       And when you prescribe medicine, is it
14 fair to say that you prescribe on a dose basis?
15 A       True.
16 Q       And that's because not enough of a
17 medicine may not --
18 A       Work.
19 Q       -- do the help that you want; too much
20 might create harm?
21 A       Absolutely right.  Uh-huh.
22 Q       Would you agree with me that there are
23 some substances that in small amounts do not produce
24 harm but in large amounts may be very harmful?
25 A       That's true.

26

1 Q       Got to have water to live; too much
2 water can kill you?
3 A       Yes.
4 Q       Same thing with salt; correct?
5 A       True.
6 Q       Oxygen?
7 A       True.
8 Q       Now, in this case -- and we're going to
9 go through your report, so this is preliminary to us
10 doing that.  I want to make sure I understand.
11 What is your opinion as to what
12 substances are at issue in this case?
13 A       I believe it's Corexit.
14 Q       And do you -- what is -- what is
15 Corexit?
16 A       Well, it's a dispersant.  Corexit 9500 I
17 believe.
18 Q       And what does a dispersant do?
19 A       It breaks up things into micelles and
20 can cause other changes if it -- depends on where it
21 lands.
22 Q       Is there any other substance or
23 chemicals at issues other than Corexit in your opinion
24 in this case?
25 A       I don't understand the question.

27

1 Q       Is there any other chemicals or
2 substances that you think might have caused Mr. Maas
3 harm in your opinion that are at issue in this case?
4 A       I don't know if they're -- they're an
5 issue in this case, but I believe that crude oil
6 exposure can also cause damage.
7 Q       Do you have an understanding if Mr. Maas
8 was exposed to crude oil or not?
9 A       Just from my reading what -- of what was
10 given to me.  I believe if you're corralling that
11 stuff and something -- there was something also about
12 clothes being drenched in Corexit and oil.
13 Q       Let's take Corexit first.
14 Would you agree with me that in order to
15 determine whether or not Corexit caused harm, you need
16 to know the dose that an individual was exposed to to
17 that Corexit?
18 MR. BURGER:  And let me object to the
19 form.  You can answer.
20 Q       Before you do, let me see if I can clean
21 the question up.
22 Would you agree with me that you also --
23 with any substance, would you agree with me that you
24 need to know the dose in order to determine if that
25 substance can cause harm?

28

1 MR. BURGER:  And excuse me.  Same
2 objection.
3 A       Yes and no.  I agree with you; but, for
4 example, if you get, say, soap in your eye, you know
5 it's going to burn.  And then if you get the same dose
6 on your skin, you may do fine.
7 Q       Okay.  Well, let's talk about it in
8 specific terms of Corexit.
9 Would you agree with me that you need to
10 know the amount of Corexit that an individual was
11 exposed to to determine whether or not that Corexit
12 could cause harm?
13 A       I'd like to know where he was exposed to
14 it; location.
15 Q       Okay.  On the skin.
16 Would you need to know how much Corexit
17 he was exposed to as to as to --
18 A       I can -- I --
19 Q       -- whether or not it could cause harm?
20 A       I think that's -- that's a fine -- broad
21 -- as a broad statement, I think you're right.
22 Q       Okay.  Inhalation.
23 Would you need to know how much Corexit
24 he inhaled in order to determine whether or not it
25 could cause harm?

29

1 A        I think a very small amount of that
2 could cause a significant harm.  Corexit, period, if
3 exposed to the airways, would cause significant harm
4 of the airways.
5 Q        What constituents of Corexit are causing
6 that harm if you know?
7 A        I don't.
8 Q        You just say Corexit, but you don't know
9 specifically what part of the Corexit is causing the
10 harm?
11 A        True.  It's not what I -- anything that
12 I've analyzed.  Yeah.
13 Q        So do you have an opinion as to what
14 exposure levels or what dose of Corexit needed to be
15 present in order to state that harm could occur?
16 A        I don't know what extent -- or what his
17 exposures were quantitatively.  But all I know is that
18 he was exposed to it on a -- supposedly on a regular
19 basis for a period --  over a period of two months.
20 Q        Is it fair to say that you didn't do any
21 analysis to determine how much Corexit Mr. Maas would
22 have been exposed to?
23 A        I -- I don't know Mr. Maas.  Yeah.
24 Q        Okay.  And you've said quantitatively.
25           Is -- is it fair to say that you didn't

30

1 do a quantitative dose reconstruction analysis for
2 this case?
3 A        I did not.
4 Q        Okay.  As a pulmonologist, that's
5 probably not something you would know how to do; is
6 that correct?
7 A        True.
8 Q        Have you seen any quantitative dose
9 reconstruction analysis for Mr. Maas in this case?
10 A        No.
11 Q        If we were going to say that an
12 individual was harmed by a substance, we would need to
13 know the quantity of that substance that somebody was
14 exposed to; is that correct?
15 A        Like I said, in a -- in a -- as a broad
16 statement, that's probably true.  But as I explained,
17 it depends on where it lands.
18 Q        And I think you've said this, and I just
19 want to make sure I understand.
20           In -- in this case specifically as to
21 Mr. Maas, you don't know the levels or dose of Corexit
22 that Mr. Maas would have been exposed to while --
23 A        I do not.
24 Q        -- doing his Gulf cleanup work?
25 A        I do not.  Sorry.

31

1 Q        Is it also fair to say that you do not
2 have any scientific evidence that Mr. Maas was ever
3 around the spraying of Corexit?
4 A        Just --
5           MR. BURGER:  Object to the form.
6 A        Just what I read.
7 Q        Just what you read in -- in the -- in
8 the narratives --
9 A        Uh-huh.
10 Q        -- that you were provided?
11 A        Uh-huh.
12 Q        Are you aware of the exposure limits for
13 Corexit?
14 A        Exposure limits?
15 Q        The -- the regulatory limits, what --
16 what a --
17 A        I don't know.
18 Q        -- what a person is allowed -- I'm
19 sorry.  I didn't mean to interrupt you.
20 A        My apologies.  I -- I don't remember
21 them.
22 Q        Okay.  Do you -- you think there are
23 exposure limits that are regulatory limits for
24 Corexit, but you just don't remember what they are?
25 A        Yeah.  I haven't seen them.

32

1 Q        Okay.  As we sit here today, is it
2 really just your speculation and conjecture that
3 Mr. Maas was ever exposed to Corexit?
4           MR. BURGER:  Object to the form.
5 A        Yes.  As I'm going off what I was --
6 what I read.  I mean, but I can't say that I
7 personally know that Mr. Maas was exposed to it or
8 not.
9 Q        Do you have any knowledge about the time
10 frame during the Gulf cleanup of when Corexit was
11 used?
12 A        I -- I mean, if I remember -- I'm trying
13 to remember The New York Times saying.  I think it was
14 in the first few months.
15 Q        Okay.
16 A        Several months.
17 Q        And I think earlier you -- you gave me a
18 -- a number after Corexit.
19           What -- can you tell me:  Is their --
20 A        9500.  And then they used another name
21 -- another number attached to it.
22 Q        Do you draw any distinction between
23 Corexit 9500 and the other type of Corexit?
24 A        I haven't tested the other kind of
25 Corexit myself, so I can't say anything about it.

33

1 Q        And the type of Corexit that you
2 tested --
3 A        True.
4 A        -- was 9500; is that -- is that correct?
5 A        True.
6 Q        Were you aware that during the response
7 efforts in the Gulf that there were guidelines that
8 were in place for the spraying of Corexit?
9         Did you know that?
10 A        I -- I think -- well, I -- I don't know.
11 I -- I guess I should say I don't know them.
12 Q        For example, were -- were you aware that
13 the guidelines did not allow any spraying of Corexit
14 within two nautical miles of any boat?
15 A        No, I'm not aware of that.  But I also
16 remember from that time reading about the effects of
17 wind and breeze on how these dispersants were sprayed
18 and then, by winds and breeze, were carried to other
19 places.  And people talking about that even on land,
20 they got it on their outdoor patios or something like
21 that.  But that's just what I've read in the New York
22 Times.
23 Q        And that's just anecdotal evidence;
24 correct?
25 A        Just my reading.  Yes.

34

1 Q        That's not science; correct?
2 A        That's not science.
3 Q        Do you have any knowledge about the in
4 situ burning of the oil during the response effort?
5 A        I mean, I know it was burned.  But I --
6 I don't know the answer.
7 Q        Do you know the locations of where the
8 burning took place?
9 A        No.
10 Q        Do you know the locations of where the
11 Corexit spraying took place?
12 A        No.  In the Gulf; right?  But -- but
13 specifically where the -- which places and how many
14 times, I don't know that.
15 Q        Well, for example, you don't know how
16 far away Mr. Maas would have been from the spraying of
17 Corexit in the Gulf?
18 A        No, I don't know that.
19 Q        We've talked about -- or we've touched
20 on this, but let -- let me go back and -- and maybe
21 put some structure to this.
22         We're talking about the Deepwater
23 Horizon oil spill response efforts; correct?
24 A        (Witness nods head.)
25 Q        And Deepwater Horizon happened in 2010;

35

1 is that correct?
2 A        Yes.
3 Q        And do you have any knowledge about how
4 those response efforts to that oil spill were
5 structured?
6 A        (No response.)
7 Q        For example, do you know who was in
8 control of the cleanup efforts?
9 A        Well, FEMA was involved that I know.
10 But I -- I don't know who specifically was responsible
11 for it.
12 Q        Have you ever heard the phrase "Unified
13 Area Command"?
14 A        I think I may have.  Yeah.
15 Q        And were you aware that the Unified Area
16 Command comprised the coast guard -- U.S. Coast Guard,
17 the EPA, and the National Oceanic and Atmospheric
18 Administration.
19         Does that ring a bell at all?
20 A        Uh-huh.
21 Q        And they were in control of --
22 A        Right.
23 Q        -- the response efforts; is that
24 correct?
25 A        Yes.

36

1 Q        Were you also aware that the
2 Occupational Safety and Health Organization served as
3 an active advisor in the response efforts?
4         Did you know that?
5 A        Yeah.
6 Q        Did you know that the Centers for
7 Disease Control also served as an active advisor?
8 A        Yes.
9 Q        And the National Institute for --
10 A        Health?
11 Q        -- Occupational Safety and Health?
12 A        Yes.
13 Q        They also served as an active --
14 A        Uh-huh.
15 Q        -- active advisor?
16         Do you -- do you remember or do you know
17 where the actual wellhead was that -- where it was
18 located when the oil was released, where Deepwater
19 Horizon sat?
20 A        Just from what I read about it in The
21 New York Times.
22 Q        Do you know how far away it was from the
23 Mississippi Gulf Coast, for example?
24 A        No.
25 Q        Do you know the date where there was the

37

1 last observation of any recoverable oil on the ocean
2 surface coming out of Deepwater Horizon spill?
3 A      No.  But I know it was a long time until
4 it was shut down.
5 Q      Do you know how far below the surface of
6 the water where the oil was leaking?
7 A      (No response.)
8 Q      In other words, do you know how deep the
9 ocean was at -- at the point of -- of where the
10 wellhead broke?
11 A      No.
12 Q      If I told you it was about a mile deep,
13 would you have any reason to disagree with me about
14 that?
15 A      No.
16 Q      You know what OSHA is; correct?
17 A      Yeah.
18 Q      And you know what NIOSH is?
19 A      Uh-huh.
20 Q      Did you know that both OSHA and NIOSH
21 conducted testing for levels of Corexit and other
22 chemicals that may have been present in the Gulf
23 during the cleanup?
24 A      Do I know for sure they did it?  I'm --
25 I'm assuming they did it because they were involved in

38

1 it, but I -- I don't know.
2 Q      Have you ever examined any of the data
3 from the sampling that either OSHA --
4 A      No.
5 Q      -- or NIOSH did?
6 A      No.
7 Q      You haven't analyzed any of those
8 results from the sampling or testing data that they
9 performed?
10 A      No.
11 Q      Were you aware that BP also conducted
12 air and water sampling during the cleanup efforts?
13 A      I would hope so.  Yeah.
14 Q      Did you ever examine any of the BP
15 sampling results?
16 A      No.
17 Q      Were you aware that the U.S. Coast Guard
18 also was responsible for taking sampling and testing
19 data during the cleanup response?
20 A      No.
21 Q      Did you ever examine any of the U.S.
22 Coast Guard --
23 A      No.
24 Q      -- data?
25 A      Sorry.  No.

39

1 Q      Do you have any idea how many samples
2 were taken --
3 A      No.
4 Q      -- during the cleanup response?
5 A      No.
6 Q      If I told you it was over 130,000
7 samples, would you have any reason to dis -- disagree
8 with me?
9 A      No.
10 Q      Did you look at any of those 130,000
11 samples of water or air in formulating your opinion
12 for this case?
13 A      No.
14 Q      Were you aware that that sampling
15 information, the results from both the air and water
16 testing, was publicly available, that it existed in
17 the public domain?
18 A      It's possible.  But, yes, I think it
19 came; but it was difficult to get initially.  It was a
20 lot of -- well, we couldn't find any information on
21 what Corexit contained.  And we tried very hard to
22 find that, but they wouldn't tell us.
23 Q      And you said "initially."
24      What time frame were you looking at --
25 A      We were --

40

1 Q      -- it when it was hard?
2 A      We were working in -- on this in 2010
3 and 2011.  I think 2011 more than 2010.  And at that
4 time, I couldn't get any information on the analysis
5 of Corexit.
6 Q      Have you looked since --
7 A      Nalcor.  I believe is some company
8 called Nalcor.
9 Q      Have you looked for the sample data in
10 the last five years?
11 A      I have -- I'm not working in that --
12 exactly in that field right now.  I'm not working with
13 Corexit right now.
14 Q      We -- we talked about -- I think I
15 actually asked you a question about exposure limits.
16 And -- and so let me -- let me go back to that for a
17 second.
18      Do you -- do you know what an
19 occupational exposure limit is --
20 A      I do.  Yes.
21 Q      -- an OEL?
22 A      Yes.
23 Q      And -- and what is that?
24 A      It's the limit that you will get damage,
25 the upper limit of what you would get damage.

41

1 Q        And do you know what the OEL is for
2 Corexit?
3 A        No.
4 Q        Are you familiar with the term
5 "permissible exposure limit," PEL?
6 A        Yeah.
7 Q        And what is a PEL?
8 A        Is the amount where you probably
9 wouldn't get damage.
10 Q        Okay.  What about a recommended exposure
11 limit?  Are you aware of what a recommended exposure
12 limit is?
13          Have you ever heard of an REL?
14 A        No.
15 Q        Is it fair to say that you do not know
16 the PEL's or the REL's for Corexit?
17 A        No, I don't.
18 Q        And you don't know as we sit here today
19 whether or not Mr. Maas would have encountered Corexit
20 at any level that exceeded the OEP, PEL, or REL's that
21 are -- exist?
22          Mr. Burger:  Object to the form.
23 A        I -- I can't quantitate how much he was
24 exposed to.
25 Q        Okay.  Did you also -- or were you also

42

1 aware that OSHA has limits to occupational exposure to
2 certain substances?
3 A        Yes, they do.  Yes.
4 Q        Do you know whether or not OSHA's limits
5 -- or do you know what OSHA's limit is -- OSHA's
6 limits were as it -- as it pertains to Corexit?
7 A        No.
8 Q        As a pulmonologist, do you have any
9 ability to calculate what the dose would be in
10 relation to an EOL, a PEL, or an REL?
11 A        I can do that in -- in the lab, but I
12 can't tell you what this one particular person was
13 exposed to.
14 Q        Okay.  And I guess if you haven't looked
15 at any of the sampling data, you're not aware that all
16 of the sampling data showed up as below the acceptable
17 exposure limits or as nondetects?
18 A        I didn't understand the question.
19 Q        Well, do you know -- let me -- let me
20 start over.
21          Since you haven't examined the sampling
22 data, you don't know what the results of that sampling
23 data showed; is that correct?
24 A        Uh-huh.  True.
25 Q        Okay.  Since there are OEL's and PEL's

43

1 and REL's established for Corexit, would you agree
2 with me that there is a level of Corexit upon which
3 harm should not occur?
4          MR. BURGER:  Object to the form.
5 A        No.
6 Q        You would not agree with me?
7 A        No.
8 Q        So you think any level is harmful?
9 A        I think it depends on where it lands.
10 Q        Okay.  And that's based on what?
11          What -- what -- what are you --
12 A        Like I said, if you get soap in your
13 eye -- it's the same analogy that if you get soap in
14 your eyes, then it doesn't -- it's going to burn.  You
15 get conjunctivitis and the eye is red.  But if you get
16 soap on the skin, it's perfectly okay.
17 Q        Okay.  So for you, it's more important
18 to know pathway of exposure than limit of exposure?
19 A        Location and, yes, pathway.
20 Q        Do you have any scientific evidence as
21 to the pathway of exposure for Mr. Maas?
22 A        I -- I didn't examine him.  I don't know
23 how it was.
24          MR. JARVIS:  By the way, Dr. Anthony, my
25 partner was remiss in telling you we run these

44

1 depositions according to the schedule of the witness.
2 So if at any point in time you feel like you need a
3 break --
4          THE WITNESS:  Okay.
5          MR. JARVIS:  -- you know, then you tell
6 Mr. McLeod.  And remember who the gentleman is.  And
7 I'm from Tennessee, not from Mississippi.
8          THE WITNESS:  All right.
9          MR. JARVIS:  I hope all of that is on
10 the record.
11          MR. MCLEOD:  Thanks, partner.
12          MR. JARVIS:  You're welcome.
13 Q        (By Mr. McLeod)  Dr. Anthony, would you
14 like to take a break, or are you good to go?
15 A        I'm good.
16 Q        I want to turn to your expert report if
17 you -- if you would.
18          You are a professor of medicine at UAB;
19 correct?
20 A        Yes.
21 Q        And your field is pulmonology?
22 A        Yes.
23 Q        And that also stretches into critical
24 care if I understood you correctly?
25 A        Uh-huh.  Yes.

1 Q You have an active medical license?

2 A Yes.

3 Q Are you licensed to practice medicine in

4 Tennessee?

5 A No.

6 Q Are you licensed to practice medicine in

7 any other state other than Alabama?

8 A Yes.

9 Q And what states are those?

10 A Florida, Indiana, and Colorado.

11 Q Are you currently treating any patients

12 for asthma?

13 A Yes.

14 Q Do you know how many patients you have

15 that you're currently treating for asthma?

16 A From the top of my head? Gosh, I mean,

17 I don't know. 30, 40.

18 Q Have you -- or are you currently

19 treating any patient that has asthma as a result from

20 exposure to Corexit?

21 A No.

22 Q Have you ever treated any person for

23 asthma that had it as a result of exposure to Corexit?

24 A Two. Two patients.

25 Q Two patients?

1 A At -- at UAB. Yeah. But this is long

2 time ago, you know, at that time frame.

3 Q That was -- are you saying back in --

4 A 2000 --

5 Q -- 2010?

6 A Yeah.

7 Q Your report in paragraph two talks about

8 you've been involved in pulmonary research for more

9 than 20 years; is that correct?

10 A 30 years now. I'm an old woman. Yes.

11 Q Almost 30 years?

12 A Yes. I'm an old woman I said. Yes.

13 Q And is it fair to say that that research

14 has not been focused on asthma?

15 A No. It's focused on airways disease,

16 which asthma is one of them.

17 Q Well, when I looked through your CV; it

18 appeared to me that there was only one paper that

19 you had published that was specific to asthma.

20 Is that not correct?

21 A I mean, I work on airways disease and my

22 -- I have my grants on airways disease. And so I

23 don't know that it's going -- the word "asthma" may

24 not be in the title, but we look at the damage done to

25 the -- to the lungs and in leading to asthma or COPD

1 or other airways disease.

2 Q We talked about the asbestos case that

3 you testified in, and you thought it may have been two

4 or three years ago.

5 I'm -- I'm looking at --

6 A More than three years ago.

7 Q Yeah. I'm looking at paragraph three.

8 A Uh-huh.

9 Q And you say that you -- you haven't done

10 any testimony in litigation in the last four years.

11 That -- that's still a correct

12 statement?

13 A Yeah. Probably. Yeah. It's been a

14 long time that I saw that.

15 Q And I know you testified in -- in what

16 you thought was an asbestos case, and you thought

17 there may have been one more.

18 But you can't recall what that type of

19 case was; is that -- is that right?

20 A Yeah. I don't remember that one.

21 Q Okay. Do you remember when you were

22 contacted by Mr. Burger to be an expert in this case?

23 A I mean, a couple of months or three

24 months ago maybe.

25 Q And --

1 A I can't tell you when I did. I can't

2 remember exactly.

3 Q Do you recall what specifically he asked

4 you to do in this case?

5 A To provide -- to provide testimony on

6 the research work that I've done related to Corexit

7 and lung disease, on the research side of things

8 predominantly.

9 Q And you're going to offer an opinion on

10 both general and specific causation in this case?

11 A I'm -- I'm answering your questions,

12 whatever you ask.

13 Q Well, I'm --

14 A My goal is to offer, if you want, if you

15 ask me questions leading up to research in -- in

16 Corexit, I can tell you what I did.

17 Q Well, I'm -- I'm reading paragraph four.

18 A Uh-huh.

19 Q And it -- it says --

20 A Or general and specific related.

21 Uh-huh.

22 Q And so I'm -- I'm trying to understand

23 exactly what those opinions are going to be.

24 So do you know what I mean when I say

25 "general causation"?

49

1 A      Not -- I'm trying to read.  Medical
2 causation issues.  Yes, I can.  I think I can.
3 Q      And so you -- you think you're going to
4 be able to offer an opinion on general causation in
5 this case?
6 A      Maybe you want to define "general" for
7 me again.
8 Q      Well, I think I'm going to let you
9 define it for me.
10      What -- what do -- what do you think
11 general causation means?
12      MR. BURGER:  Object to the form.
13 A      General causation?  I would assume that
14 it means -- in this case it means that -- that Corexit
15 can cause severe asthma and restrictive lung disease
16 and, specifically, that -- that in this particular
17 case that he was exposed to this much and -- and was
18 involved in the cleanup of crude oil, that it's
19 possible in my opinion that he could have -- his lung
20 disease could be caused by his exposure to Corexit.
21 Q      Where did you get the phrase that's here
22 in quotation marks "severe asthma and restrictive lung
23 disease"?
24 A      From the report by Dr. Wray.
25 Q      So that's not your diagnosis of

50

1 Mr. Maas.
2      That is Dr. Wray's diagnosis of
3 Mr. Maas; is that correct?
4 A      It is true.
5 Q      And -- strike that.
6      Turn to paragraph six.  You -- you talk
7 about some of the opinions that you're going to have.
8 And -- and one of the things you talk about is -- and
9 I'm going to kind of read this specifically.  On the
10 top of page three it says, "set forth in professional
11 publications."
12      And I just want to make sure:  Are those
13 the professional publications that you cite later on
14 in your report?
15 A      Which publications?  My publications?
16 Yes.
17 Q      And -- and I know that there's one
18 publication that you provided to us, and I'm going to
19 -- I'm going to hope I pronounce this right.  Please
20 correct me if I pronounce it wrong.  But "Heme
21 Oxygenase 1 Protects Corexit 9500A-Induced Respiratory
22 Epithelial Injury Across Species."
23      Is that one of the papers that you're
24 talking about?
25 A      Yes.

51

1 Q      Is that the only publication that you
2 have authored that deals with Corexit?
3 A      There may have been some abstracts on it
4 as well that we submitted and presented in national
5 meetings.  In fact, I know, yes, there were.
6 Q      And when you say "abstracts," explain
7 what you mean by abstracts.
8 A      I mean like presentations like you give
9 a PowerPoint presentation, or you have somebody
10 stand -- my student may have stood by a poster board
11 where he had all the data on the work that we did.
12 Q      So not published in a peer-reviewed --
13 A      Yes.  Not published in a peer-reviewed
14 journal.
15 Q      Okay.  The only one that fits that
16 description is the one we just talked about.
17      And did I say that right, by the way?
18 Is it -- is it Heme Oxygenase?
19 A      Heme Oxygenase.
20 Q      Heme -- Heme Oxygenase.
21 A      (Witness nods head.)
22 Q      Okay.  I may just call that HO1.
23      How about that?
24 A      Fine.  Yes.
25 Q      Other than the research you did for this

52

1 HO1 paper that we just mentioned, have you conducted
2 any other research on Corexit?
3 A      Uh-huh.
4 Q      And it just didn't end up in a
5 peer-reviewed journal?
6 A      No.  I didn't -- we didn't write the
7 paper.  I -- I've been involved with somebody who was
8 doing a thesis on it and, you know, getting a PhD
9 degree on Corexit.  And so --
10 Q      It just wasn't published?
11 A      It's probably published.  They come out
12 like in -- I don't know.  You can find it if you
13 Google that and that person's name comes up.
14 Q      But you're not a coauthor on that paper?
15 A      I was her mentor -- one of her mentors.
16 Q      Okay.  Also in paragraph six you list
17 out the materials that you have reviewed, and I want
18 to make sure that I'm -- I'm right.
19      Have you reviewed Mr. Maas's affidavit?
20 A      I don't remember.
21 Q      Do you remember reviewing the personal
22 profile by Mr. Maas?
23 A      Was it called a personal profile, titled
24 a personal profile?
25 Q      I'm --

53

1  A          I apologize.  I should know the answer
2  to this.  I don't know the answer to this.  I -- I may
3  have -- I -- I should -- I -- paperwork that I read I
4  don't know the titles of the paperwork was such as you
5  represented here.  I apologize.
6  Q          Well, this is your report.  I'm reading
7  from your report.
8  A          Yes.
9  Q          I haven't represented anything.
10 A          Right.
11 Q          I'm -- I'm using my report as my
12 guide.
13 A          Yes.  I understand.
14 Q          So you don't recall if you read a
15 personal profile executed by Mr. Maas?
16 A          I don't.
17 Q          Do you recall if you reviewed the
18 interrogatory responses and document production
19 requests from Mr. Maas?
20 A          I don't remember that.
21 Q          Do you remember if you reviewed these
22 medical records that are listed?
23 A          Yes, I do.
24 Q          You reviewed the records themselves?
25 A          That were provided to me.  Yes.

54

1  Q          Okay.  And do you have a specific
2  recollection of reviewing records from the Frist
3  Clinic?
4  A          Frist Clinic?  Dr. Wray's records.  Yes.
5  Q          What about THC Family Care?
6  A          I think there was one.  Yes, there is
7  one.  Uh-huh.
8  Q          Cookeville Regional Medical Group?
9  A          Yes.  I think so.  Yes.
10 Q          Okay.  You also say you reviewed pre-
11 and post-incident patient medical records.
12            What -- what pre-incident patient
13 medical records did you review?
14 A          Just the stuff -- information that was
15 provided by Dr. Wray before and after of his history
16 and physical.
17 Q          Okay.  So let me make sure I understand.
18            So Dr. Wray first saw Mr. Maas in what
19 year?
20            Do you recall?
21 A          No.
22 Q          Well, I'm going to represent to you that
23 it was after 2015.
24 A          Okay.  Yes.
25 Q          And so Dr. Wray wouldn't have had any

55

1  pre-incident patient records in his possession, would
2  he?
3  A          He would have had his history.  And I
4  think I remember the history, but that's all I
5  remember.
6  Q          Okay.  So when we're talking about
7  pre-incident patient medical records here, we're
8  really talking about the history that was in
9  Dr. Wray's --
10 A          Yes.
11 Q          -- records?
12 A          Yes.
13 Q          What about statements by Mr. Maas's
14 coworkers?
15            Do you remember reviewing statements by
16 Mr. Maas's coworkers?
17 A          I remember -- yes, I do -- there are --
18 yes, I do remember statements.  They were also soaked
19 in -- in the Corexit.
20 Q          Do you remember the names of those
21 coworkers?
22 A          Good grief, no.
23 Q          Do you remember where you got those
24 statements from Mr. Maas's coworkers?
25 A          It was in one of the -- one of these

56

1  folders.
2  Q          And the reason I'm asking is we've not
3  seen these statements --
4  A          Oh.
5  Q          -- from Mr. Maas's coworkers.
6            So I -- I'm trying to figure out if this
7  is what you reviewed so that I can make sure that
8  I've --
9  A          No.  I'm saying --
10 Q          -- reviewed them as well.
11 A          Oh, yeah, I understand what you're
12 saying.  I think it was in the Dr. Wray's reports that
13 he had comments from the -- his coworkers.
14 Q          You don't have those statements?
15 A          No, I don't.
16 Q          And you didn't produce those statements
17 as part of your expert report; is that correct?
18 A          No.
19 Q          Number eight says, "personal research
20 data files."  And I want to understand what that is.
21            What personal research data files did
22 you review?
23 A          In number eight?
24 Q          Yes.  On -- on the top of page four it
25 says you reviewed "My personal research data files."

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 16 of 53 PageID #: 516

57

1 A       Oh, "utilized in the published research
2 results in articles." Yeah. I know my -- my data.
3 Yeah.
4 Q       And do you recall what -- what those
5 personal research data files consisted of?
6 A       Yes, of course.
7 Q       And what were they?
8 A       They're -- they're all the data done by
9 the student, how many times he did the same research
10 experiment and how many times he did it and the
11 results of each data as well as we did get the
12 material safety data sheet for Corexit.
13 Q       Okay. So -- and, again, you didn't
14 provide any of that personal research data files with
15 your expert report; and so I'm trying to understand
16 what all that you reviewed in order to formulate your
17 opinions. And I understand you -- you reviewed about
18 ten studies. I think that's the right number. And
19 you reviewed material safety data sheet as part of
20 that ten. I'm trying to figure out what else you
21 reviewed that I don't have a copy of.
22 A       Probably nothing else.
23 Q       Okay. So I -- I don't have a copy of
24 the statements that Mr. Maas's coworkers provided, and
25 I don't have a copy of your pre -- your personal

58

1 research data files.
2 A       Okay.
3 Q       Do you -- do you have those where you
4 can produce those to us, the personal research data
5 files?
6 A       It's been so long I'd have to -- I don't
7 know where if -- I could find them.
8 Q       Okay. Well, I would ask that you do
9 that and provide those to Mr. Burger for him to give
10 to us.
11      Is it possible that those personal
12 research data files consist of the ten studies that
13 you did produce to us?
14 A       Not the -- well, personal data research
15 related to my -- my publication. That's what they
16 would -- there are thousands of pictures and thousand
17 -- just -- just a huge number of stuff.
18 Q       Okay. Maybe I can ask it this way:
19 What -- in those personal research data files that you
20 reviewed, what part of that information did you use in
21 formulating your opinion in this case?
22 A       The work done for my paper, for my
23 publication, and the -- an overview of some of these
24 papers here. I've read some of them. I know some of
25 them well.

59

1 Q       Paragraph seven you state, I off -- "I
2 offer no formal diagnosis of Mr. Maas, and limit my
3 observations to supporting the consistency of
4 Dr. Wray's diagnosis to my research."
5      Can you tell me what that sentence
6 means.
7 A       Well, it means that I -- I accept
8 Dr. Wray's diagnosis and -- because I realize that it
9 is consistent with what we found in my research book.
10 Q       So you're -- you're not offering a
11 formal diagnosis of Mr. Maas.
12      You're going to accept Dr. Wray's
13 diagnosis?
14 A       Based on Dr. Wray's diagnosis. I didn't
15 -- I can't diagnose Mr. Maas without having examined
16 him or taken a history from him personally.
17 Q       And -- and what does it mean "limit your
18 observations to supporting the consistency of
19 Dr. Wray's diagnosis to my research"?
20 A       I guess what that means is that Dr. Wray
21 suggests that he has asthma, and he has -- and airways
22 disease secondary to exposure to Corexit. That's what
23 I believe that Dr. Wray's diagnosis is coming to.
24 And -- I mean, and I believe that some of the research
25 that I have done in the past suggests that that is a

60

1 possibility.
2 Q       In paragraph eight, that last sentence
3 in the paragraph --
4 A       Uh-huh.
5 Q       And -- and by the way, paragraph eight
6 is -- these are the studies or the -- or the materials
7 that you reviewed in order to formulate your opinion;
8 is that correct?
9 A       These are -- these are ones that I've
10 read in the past. Yes.
11 Q       Okay. And you produced these reliance
12 materials to us; correct?
13 A       Uh-huh.
14 Q       And I believe there are ten. One, two,
15 three, four, five, six, seven, eight, nine, ten.
16      There are ten of these, A through J;
17 correct?
18 A       Uh-huh.
19 Q       You say -- there's the sentence right
20 before you list the publications, and I'll read it for
21 you, and then we can talk about it. It says, "Those
22 publications include, but are not limited to, the
23 following," and then you list out the ten.
24      And I guess I want to know what other
25 materials did you rely upon in formulating your

61

1 opinion that did not make it on this list and were not
2 produced to us?
3 A       Well, part of it is just my continued
4 research in the past with how toxins and such as
5 Corexit can affect respiratory epithelium.
6 Q       From your HO1 study?
7 A       The HO1 is part of the work that we did
8 on Corexit. We did lots of research. And it
9 continued in the -- my being a mentor to somebody who
10 was doing a -- who did her PhD on this work.
11 Q       But none of that other research has
12 been --
13 A       Published.
14 Q       -- published?
15 A       Right.
16 Q       In paragraph 9(a) you use the phrase
17 "minimal ingestion required for the Corexit/crude oil
18 combination to result in foreseeable, long-term
19 respiratory damage."
20 A       This is probably inhalation. Yeah.
21 Q       Well, that's what I wanted to ask you.
22       What is -- what do you mean by
23 ingestion?
24 A       Ingestion is if you swallow something.
25 Inhalation is if you -- if you take it in through the

62

1 respiratory route.
2 Q       So this should read minimal inhalation
3 rather than minimal ingestion?
4 A       Let me read the prior sentence. I think
5 in this case it should probably read inhalation.
6 Q       It's your opinion that the inhalation of
7 the Corexit/crude oil examin -- combination caused
8 Mr. Maas's injury?
9 A       I don't know if it caused Mr. Maas's
10 injury. I know that it can -- it can cause
11 respiratory damage.
12 Q       So it's your opinion that it can cause
13 respiratory damage, but you don't know as we sit here
14 today if it caused Mr. Maas's respiratory damage?
15 A       Right.
16 Q       What do you believe the dose would have
17 to be in order for there to be damage?
18 A       I think for the airway, it would be mini
19 -- the most smallest dose possible in micrograms, it
20 would cause damage to the respiratory epithelium.
21 Q       And is that based on peer-reviewed
22 scientific literature that you've reviewed, or is that
23 based on your subjective belief?
24 A       It's based on my subjective research
25 that I've done where we give micrograms of Corexit

63

1 to --
2 Q       Can you --
3 A       -- respiratory epithelium and found
4 damage to the respiratory epithelium.
5 Q       Can you cite for me any study that
6 provides the dose level required to cause respiratory
7 damage in a human?
8 A       We use human airway epithelium in vitro.
9 It would be number eight. I think we had doses in
10 that -- in that paper. 50 to 100 micrograms.
11 Q       And you're talking about your HO1 study?
12 A       Yes, sir.
13 Q       And that's an in vitro study; correct?
14 A       It's an in vitro study on human
15 respiratory epithelium.
16 Q       So that's not epidemiology where we're
17 dealing with human beings that have ingested -- or
18 rather inhaled Corexit; is that correct?
19 A       That is correct. It's not epidemiology.
20 Q       It's cells?
21 A       It's respiratory epithelial monolayers.
22 Yeah. It's as close as we can get to having a real
23 human being sit there inhaling Corexit.
24 Q       What do you mean by the phrase
25 "aerosolized Corexit/crude oil combination"?

64

1 A       Aerosolized -- can you repeat that
2 sentence again?
3 Q       Right. What do you -- what do you mean
4 by the phrase -- I'm still in 9(a).
5 A       Yeah. Yeah.
6 Q       You have -- you use the phrase
7 "aerosolized Corexit/Crude oil combination," and I
8 want to know what -- what you mean by that.
9 A       That -- that Corexit, you know, is -- is
10 itself a -- can cause damage. But if you add to it
11 crude petroleum oil, then that is -- can cause severe
12 irritation to the human respiratory epithelium.
13 Q       I know I asked you a lot of questions
14 about your area of expertise.
15       Is it fair to say that you're not a
16 chemist?
17 A       I'm not a chemist.
18 Q       You're not --
19 A       I'm not -- I'm not a -- I don't have a
20 degree in chemistry.
21 Q       You're not an expert in the field of
22 chemistry?
23 A       No.
24 Q       You're not going to offer any opinions
25 in the field of chemistry?

65

1 A        No.
2 Q        You used the phrase in (b) "generally
3 accepted premise that breathing even a small amount of
4 aerosolized vapor."
5        Where it is generally accepted?
6        What -- what -- what studies can you
7 point me to that provide this general acceptance that
8 you talk about here?
9 A        I think some of -- all these studies,
10 some of these were done on -- on following up human
11 subjects from -- who live around the Gulf or had
12 worked in that area, and these people have evidence of
13 respiratory disease post exposure.
14 Q        Any other studies besides the -- the ten
15 that are listed above in your report?
16 A        I think the -- the biggest one would be
17 the Environmental Health Perspectives journal, (i).
18 Q        Okay.  We're going to -- we'll talk
19 about -- we'll go back and talk about those studies.
20 I just wanted to -- this generally accepted premise --
21 A        I think you will find that physicians
22 and -- well, I think physicians will accept the fact
23 that having a dispersant, an inhale -- that you inhale
24 can cause damage to the lung.
25 Q        Well, you use the word "probably."

66

1        Is "probably" a scientific term?
2 A        No.
3        MR. BURGER:  Object to the form.
4 A        But probable cause is -- I think we
5 would accept that.  Yeah.
6 Q        Why is it in quotation marks?
7 A        I don't know.  Standard of probability
8 -- probability and likely -- I'm not quite sure why
9 it's in the quotation marks, but probable is -- is
10 understandable word, I think, to me or to clinicians
11 and to scientists.
12 Q        Okay.  Paragraph 10; what do you mean
13 when you say "with regard to the specific causation
14 issues claimed by Mr. Maas, it is my opinion that his
15 diagnosis is consistent with"?
16        What do you mean "consistent with"?
17 A        That -- that Corexit can cause airways
18 disease if you inhale it.
19 Q        You also use the word "preliminarily,"
20 and it's underlined.
21        And I'm -- I guess my first question is:
22 What do you mean when you use the word
23 "preliminarily?"
24 A        Because I cannot say what happened to
25 Mr. Maas specifically.  But I have to accept the fact

67

1 of what was said by Mr. Maas to Dr. Wray or in his
2 affidavit.  And based on that is what I'm saying that
3 if he was exposed to this stuff, then it's my view as
4 a physician and a scientist who studied Corexit and
5 its effect on the respiratory epithelium, I believe
6 it's probable that he would get disease either
7 immediate effects as well as long-term effects with
8 exposure to Corexit.  I can't say for Mr. Maas
9 specifically but a person.
10 Q        And that's because you also don't know
11 what levels Mr. Maas was exposed to or not exposed to;
12 correct?
13 A        I don't.  Yes.
14 Q        In that same paragraph I want -- there
15 is a -- a portion here that is in -- in bold, and I'll
16 read the whole sentence for completeness.  It says,
17 "more importantly, his assertions that, prior to the
18 Deepwater Horizon spill, he had no history of
19 respiratory ailments or complications at any time in
20 his life."
21        What is the significance of that
22 statement?
23 A        Well, I think you're trying to figure
24 out what caused his respiratory ailments and
25 illnesses.  He was a non-smoker.  He had no prior

68

1 exposures to anything that could cause damage to his
2 lungs.  So I think that's what it relates to.
3 Q        So if I'm understanding you correctly,
4 it is important to you to be able to state that
5 Mr. Maas did not have a history of respiratory
6 ailments or complications in order to be able to say
7 that his injury was caused by Deepwater Horizon spill
8 cleanup work; is that correct?
9 A        True.
10 Q        If he had had respiratory ailments or a
11 history of respiratory ailments or complications at
12 any time in time in his life prior to the Deepwater
13 Horizon spill, then you would say that it -- it was
14 not likely or probable that the Deepwater Horizon
15 spill caused his respiratory ailments or
16 complications; is that correct?
17        MR. BURGER:  Object to the form.
18 A        No.  That's not correct.  Because I
19 think that even -- suppose I take an asthmatic and
20 expose the asthmatic to Corexit, then the asthmatic
21 could get much worse.  And then I could still say that
22 the person has -- that his -- that the person's
23 disease is related to exposure.
24 Q        Well, you wouldn't be able to say that
25 his asthma was caused by that though, would you,

Case 2:20-cv-00051  Document 86-2  Filed 09/24/21  Page 19 of 53 PageID #: 519

69

1  because he already had asthma before the exposure?
2          In your hypothetical; if somebody has
3  asthma before they work in the cleanup work, then you
4  can't say that the cleanup work caused that person to
5  have as asthma.
6          Is that --
7  A       Yeah.
8  Q       Is that not true?
9  A       But it could cause an exacerbation.  It
10 could cause a rapid decline in his symptoms.
11 Q       So it may cause him to have issues, but
12 it wouldn't be the cause of the asthma.  It may cause
13 him to have an exacerbation but not the actual cause
14 of it?
15 A       And the progression in human -- as a
16 clinician, I -- I have a little concern with that
17 statement saying that it's an absolute.  It's not an
18 absolute.  It is --
19 Q       Well, I didn't say it; you said it --
20 A       Yeah.
21 Q       -- in your report.
22 A       Yeah.  But this particular person says
23 that he has no history.  I'm going just by history.
24 Q       Right.
25 A       But in generically, I think -- I think

70

1  we can say that diseases may progress more rapidly
2  after exposure.  Diseases may show up after exposure.
3  Q       Well, let me ask you this:  If -- if
4  an -- hypothetically speaking, if an individual had
5  asthma prior to any exposure; would you also then
6  offer an opinion that it is at least likely or more
7  probable than not that that person's asthma was caused
8  by the exposure?
9  A       I would -- I would have a little more
10 difficulty.  Yes.
11 Q       It would -- it would alter your
12 opinion --
13 A       Yeah.
14 Q       -- because the asthma pre-existed --
15 A       The --
16 Q       -- the --
17 A       Yes.
18 Q       -- exposure?
19 A       Yeah.
20 Q       And there's something in -- and you'll
21 have to help me with this:  "Temporal proximity."
22         Does that phrase mean anything to you?
23 A       Uh-huh.
24 Q       "Temporal proximity"?
25 A       Uh-huh.

71

1  Q       And am I right in saying that that means
2  that in order for you to say that a condition was
3  caused by something, that condition needed to occur
4  after the exposure rather than before the exposure?
5  A       Right.  Though -- though if I may
6  correct one little point here.  Asthma is a disease
7  that, you know, it can be genetic.  And then you can
8  get -- so we can't say that the asthma is caused by
9  Corexit if a person -- but in this case, I think that
10 this person was exposed to something that precipitated
11 his disease.
12 Q       I think I understand this, and I just
13 want to make sure.  I'm trying not to belabor the
14 issue.
15         But that would cause you to re-examine
16 the causation analysis or a causation opinion if there
17 were prior respiratory issues before the exposure; is
18 that correct?
19 A       I would like to see lung function tests
20 before and after.
21 Q       All right.  This -- back in paragraph
22 10 -- I'm sorry.  I lost my -- my place.
23 A       Sorry.
24 Q       I apologize.
25 A       That's all right.

72

1  Q       There's a phrase here that -- that --
2  that appears in the bolded part.  And it says that
3  "Pulmonologist" Charles -- "Dr. Charles Wray, who has
4  treated Mr. Maas for a recent (early 2014) onset of a
5  form of asthma that appears to be chemically induced."
6  And I want to make sure I understand what you -- what
7  we're saying here.
8          Onset of a form of asthma.  When you use
9  the word "onset," does that mean that it -- it -- it
10 just appeared?
11 A       That's what Dr. Wray says.  I don't say
12 that.
13 Q       Okay.  You don't know because all you're
14 doing is reviewing Dr. Wray's records; correct?
15 A       Absolutely.  Yes.
16 Q       And is Dr. Wray the person who said that
17 it was a form of asthma that appears to be chemically
18 induced?
19         That's not your characterization; that's
20 Dr. Wray's characterization.
21 A       In -- yes.  On Mr. Maas.  Yes.
22 Q       Okay.  You use a phrase in -- I'm sorry.
23         In paragraph 11 on the top of page
24 seven, you use a phrase:  "I am familiar with the
25 'toxic tort causation standard'."

73

1       Tell me what you mean when you use the
2 phrase "toxic tort causation standard."
3 A        I -- I believe it refers to a toxin that
4 -- that you say can -- may probably cause it, is the
5 probable cause of a disease or a problem.  And that --
6 that is the limit of what you want anyone can say it
7 is.  It sort of reasonable to conclude after that
8 that sort of probable cause was Mr. -- this particular
9 person was harmed as a result of this exposure to
10 aerosolized Corexit.
11 Q        So that -- that sounds like a legal --
12 A        Yeah.  It's a legal phrase.
13 Q        -- phrase.
14 A        Yeah.  I believe it's a legal phrase.
15 Q        Okay.  And I know you're not a chemist,
16 but do you have an opinion on the fate and transport
17 of Corexit that was sprayed on the surface of the
18 ocean or even at the site of the wellhead, like what
19 happens to that Corexit once it's sprayed?
20 A        Well, it goes down to the bottom of the
21 ocean.  Is -- it's broken into mi -- micelles.
22 Corexit breaks the oil into micelles, and the Corexit
23 goes down with the combination to the bottom of the
24 ocean or is soluble and washed off.  And the oil
25 itself is -- goes down to the bottom.

74

1 Q        And to make sure I -- I understand
2 correctly:  When the Corexit hits the sea water, it
3 changes its chemical composition; is that -- is that
4 fair to say?
5 A        I can't say that.  I don't know that.
6 Q        Okay.  It at least becomes diluted by
7 the sea water.
8        Is that fair to say?
9 A        Probably, yes.
10 Q        And when you're talking about the
11 Corexit that you used in your HO1 paper, that was a
12 nondiluted Corexit; is that correct?
13 A        No.  It was diluted.
14 Q        It was diluted?
15 A        Yes.
16 Q        With what?
17 A        With water; saline water, PBS.
18 Q        Okay.  And -- and so was it diluted in
19 the same concentration as what the Corexit that was
20 sprayed in the Gulf was diluted to?
21 A        No.  It -- Corexit was sprayed fully
22 concentrated the way it comes in the -- in the tins.
23 And we got one of those tins, and that's what we used.
24 And we used -- we diluted it to where it was only in
25 50 micro -- micrograms per ML.  I mean, that is just

75

1 like thousand plus times diluted.
2 Q        Okay.  Well, I guess what I'm asking is:
3 The delusion that you used in your HO1 paper --
4 A        Yeah.
5 Q        -- do you know if that was the same
6 delusion that would have occurred when Corexit was
7 sprayed on sea water in the Gulf?
8        MR. BURGER:  Excuse me.  Object to the
9 form.
10 A        I -- I -- I can't answer that.
11 Q        Okay.
12 A        I don't know the answer to that.
13 Q        In (b) -- I'm sorry -- 12 -- paragraph
14 12(b) --
15 A        Uh-huh.
16 Q        -- you're talking about the -- the
17 respiratory epithelium; correct?
18 A        True.
19 Q        Okay.  At the end of that you make a
20 statement:  "particularly with the exacerbation of
21 pre-existing respiratory conditions such as asthma."
22        So what was the question as to that?
23 Q        Well, I'm going -- I'm going to ask a
24 question.
25 A        Okay.

76

1 Q        You're not suggesting here that Mr. Maas
2 had a preexisting respiratory condition, are you?
3 A        I don't know.
4 Q        You don't -- you don't know one way or
5 the other?
6 A        I don't know one way or the other.
7 According to Dr. Wray, he did not.
8 Q        Okay.  In -- in paragraph 12(c) you're
9 talking about HO1, and that's -- that's the subject of
10 your -- of your paper.  And I want to make sure I
11 understand.
12        This is an enzyme; correct?
13 A        A naturally-occurring enzyme.  Yes.
14 Q        Naturally-occurring enzyme.
15        And is it correct to say that this
16 enzyme provides a respiratory anti-inflammation
17 protection?
18 A        Yes.  So it's an anti -- like an
19 antioxidant.
20 Q        Okay.  And can you tell me how that HO1
21 enzyme plays into an individual who may be exposed to
22 Corexit?
23        What -- what happens with that enzyme?
24 A        Well, what happens to Heme oxygenase?
25 It's upregulated when they -- when they are exposed to

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 21 of 53 PageID #: 521

## 77

1 Corexit, cells are exposed to Corexit, human cells;
2 which is a good thing because it's a protective
3 enzyme. It will protect the -- the -- but -- but it's
4 dampened by the amount of oxidants that are released
5 by Corexit like ox -- a protein called NADPH oxidase 4
6 is activated in the cells, and that causes a lot of
7 reactive oxygen species to be released by exposure to
8 Corexit. And HO1 tries to dampen it, tries to dampen
9 the amount of oxygen radicals that are released
10 because oxygen radicals can then injure the cell
11 itself.
12 Q       So if am a person who gets exposed to a
13 substance and that upregul -- or I -- this enzyme gets
14 produced, that actually is providing a protection for
15 me?
16       It's helping me; is that correct?
17 A       HO1 attempts to -- yes. HO1 is a
18 protective enzyme. Yeah.
19 Q       Okay. Paragraph 13 is entitled "Our
20 Research Methodology," and there's a paragraph about
21 human bronchial epithelial cell lines.
22       Is this research that you're referencing
23 in this paragraph, that's talking about the HO1
24 paper --
25 A       Yeah.

## 78

1 Q       -- that you published?
2 A       Uh-huh. True.
3 Q       Okay. In paragraph 15, 15(a) is a
4 consideration -- is entitled "A consideration of
5 differential diagnoses."
6       What -- what do you mean when you use
7 the phrase "differential diagnoses"?
8 A       A differential diagnosis are the
9 different causes of a particular problem.
10 Q       And I think I understood you correctly
11 to say you're -- you're really not able to do that for
12 Mr. Maas because you've never examined Mr. Maas; is
13 that correct?
14 A       True.
15       MR. BURGER: Object to the form.
16 A       True.
17 Q       So are you --
18 A       Building a differential or my -- is
19 based on what I was told about his history.
20 Q       Okay. So as we sit here today, are you
21 going to provide an opinion that you did a
22 differential diagnosis or diagnoses on Mr. Maas?
23 A       I didn't examine him, nor did I take his
24 history. I'm going by the information provided to me
25 in his affidavits and in the data provided by

## 79

1 Dr. Wray.
2 Q       Okay. So other than what Dr. Wray told
3 you, you don't know if he's been a smoker or not?
4 A       I don't.
5 Q       You don't know if he has or has not had
6 respiratory issues prior to his work at Deepwater?
7 A       According to Dr. Wray, no.
8 Q       Okay. If Dr. Wray was incorrect in
9 taking the occupational history or the medical history
10 of Mr. Maas, then your opinions would be altered by
11 Dr. Wray's mistakes in his taking of the histories; is
12 that correct?
13       MR. BURGER: Object to form.
14 A       I -- I take Dr. Wray's word as it's
15 presented here.
16 Q       I --
17 A       But if it is not correct, then it's not
18 correct.
19 Q       Okay. And I -- I guess I'm trying to
20 clear up -- a lot of what is in this report is based
21 on what Dr. Wray says; is that correct?
22 A       No. My intention is to -- to provide to
23 you evidence that Corexit could hurt respiratory
24 epithelium. That -- that's what the primary goal of
25 this --

## 80

1 Q       Okay. And --
2 A       -- report is.
3 Q       And you're not doing that generally but
4 not --
5 A       On --
6 Q       -- specifically to Mr. Maas?
7 A       I -- I cannot -- well, if all the
8 information that was provided to me is correct; then,
9 yes, to -- applicable to Mr. Maas.
10 Q       What do you -- what do you mean by the
11 phrase "delayed onset of symptoms"? That -- that's on
12 page 11.
13       It's -- I guess it's subsection (b).
14 A       All right. So --
15 Q       What do you mean by delayed onset of
16 symptoms?
17 A       Delayed onset of symptoms is a very
18 recognized clinical phrase. It is -- it relates to
19 the doddery anatomical and physiological changes
20 occurring in the lungs. They may not be -- the
21 patient may not be symptomatic as of yet. And the
22 patient's symptoms come when you've lost like about
23 less than 50 percent of your lung function. So you
24 could be losing lung function as a smoker, for
25 example, until you reach the point where you become

81

1 short of breath. And you don't know it for the first
2 half of the time, and you're doing just fine, and
3 you're continuing to smoke.
4 Q        Would you agree with me that as symptoms
5 **are delayed from a specific exposure, it becomes more**
6 **difficult to state with any specificity that that**
7 **exposure caused those symptoms?**
8 A        Yes. Temporal distance between cause
9 and effect can be a problem. But there are diseases,
10 like I said, that progress over time where there are
11 -- where the lung changes its structure and its
12 physiology; and you become symptomatic much later.
13 Q        And you do not know if that's what
14 happened in this case with Mr. Maas specifically;
15 correct?
16 A        From Dr. Wray's story, that's what
17 happened in this case in part. I believe he had some
18 acute symptoms as well, and then he was fine for a
19 little bit but then got really bad later on.
20 Q        Did you see anything in your review of
21 **the medical records that led you to believe that there**
22 **could have been any other causes for Mr. Maas's**
23 **asthma?**
24 A        No.
25 Q        Did you see anything in the medical

82

1 **records about Mr. Maas using marijuana?**
2 A        I didn't see that.
3 Q        If Mr. Maas smoked marijuana, would that
4 **be a possible alternative cause for development of**
5 **asthma?**
6 A        Marijuana exposure is associated with
7 some abnormalities -- possible abnormalities in the
8 lungs in the airways. But I think that the degree of
9 disease that -- as represented by Dr. Wray that he has
10 would not be caused by marijuana exposure.
11 Q        Okay. Dr. Anthony, let's take a short
12 **break. I'm going to kind of -- I think I'm done with**
13 **the report for right now. This seems to be a good**
14 **time for us maybe to take a break and change gears.**
15 **Is that okay with you?**
16 A        Of course.
17         MR. MCLEOD: 15 minutes, Ken? Is that
18 good?
19         MR. BURGER: That's fine. Thank you.
20         THE VIDEOGRAPHER: We're off the record.
21 The time is 2:37 p.m.
22         (Short recess.)
23         THE VIDEOGRAPHER: We are back on the
24 record. The time is 2:53 p.m.
25 Q        Dr. Anthony, back after a small break --

83

1 **short break rather. I want to sort of switch gears**
2 **and ask you some questions about the articles that you**
3 **cited in your expert report; or -- or the literature,**
4 **rather; those ten studies, A through J. And I -- I**
5 **cannot remember what paragraph that is.**
6 A        I'll find it. Eight.
7 Q        Okay. But -- but -- but before I do
8 that, I -- I kind of want to go back and do some
9 **foundational work.**
10         I guess, first, can you -- can you talk
11 **me through the methodology that you used locate those**
12 **ten studies that you used to form your opinion?**
13 A        These are some of the studies that I've
14 read. I've read other studies, but they were -- they
15 seemed to be relevant -- the most relevant to the
16 case.
17 Q        Can -- can you tell me what criteria you
18 **used to to locate them or what -- what about those**
19 **made you rely upon those versus other studies that you**
20 **may have reviewed?**
21 A        Because they're related to the lung,
22 they're related to toxicity of dispersants, and
23 because of -- of -- this was a question related to
24 research on toxicity of Corexit.
25 Q        Did -- did you employ any certain

84

1 **research techniques to locate those ten studies?**
2 A        Well, PubMed is -- find them all on
3 PubMed.
4 Q        Okay. Did you use specific search terms
5 **to -- to pull those out of PubMed?**
6 A        Gosh, I don't remember.
7 Q        Okay. It -- did you find those all on
8 **PubMed, or did you get those from any other sources,**
9 **or do you recall?**
10 A        Well, I've seen them all on PubMed.
11 Q        Okay. Did you -- did you see them on
12 **PubMed specifically related to your expert work in**
13 **this case, or did you see them at some point prior to**
14 **you being retained as an expert in this case?**
15 A        Prior to being retained.
16 Q        I know that you said you're not an
17 **epidemiologist, but -- but I think you said you, you**
18 **know, do know what epidemiology is.**
19         Let me ask you this: Are you familiar
20 **with the two main types of epidemiologic studies?**
21 A        I don't know what you're referring to.
22 Q        Okay. Well, have you --
23 A        You'll have to be more specific.
24 Q        Well, have you heard of -- of
25 **epidemiology that's described as descriptive studies?**

85

1 A        Uh-huh.
2 Q        Do you know what I mean when I say
3 descriptive studies in epidemiology?
4 A        Yes.
5 Q        And -- and what is your definition of a
6 descriptive study in epidemiology?
7 A        For example, it would be like the
8 prevalence of a particular disease or prevalence of
9 people with deviated nasal septum or whatever in a
10 population, descriptive.
11 Q        Do you agree that descriptive studies
12 are unable to establish causal associations between an
13 exposure and disease?
14 A        I think that would be of -- yes and no.
15 Q        Okay.  Tell me why yes first.
16         Why -- why can't they be used to show a
17 causal connection or a causal association?
18 A        So I think it would be difficult to do
19 that because you -- because there's so much else going
20 on at the same time.  So you can't say that this one
21 particular thing did something to cause a population
22 to have a particular problem.
23 Q        Okay.  And why the no part of that
24 answer?
25         Why do you think they could be used to

86

1 show causation?
2 A        They could be used because -- because
3 there are some very specific problems that are noticed
4 with the particular cause.  And then if you find that
5 in a population, then that makes you very suspicious
6 that they're related.
7 Q        Yeah.  Do you agree that descriptive
8 studies can't determine cause and effect because the
9 exposure and the outcome are ascertained at the same
10 time?
11 A        No.  I think -- I think you can -- you
12 can very much connect.  I'll take for example the
13 Mobile explosion or whatever that happened in India.
14 There was a cause, and it was an effect, and the whole
15 population was affected.  So you knew how many
16 millions of people were affected and how many
17 thousands died.
18 Q        Okay.  What about when you're dealing
19 with an exposure to a toxic substance over a period of
20 time?
21         Can a descriptive study show a
22 cause-and-effect relationship?
23 A        It would -- it would get more difficult.
24 It would get more messy.  You would have to have a lot
25 larger numbers --

87

1 Q        Do you --
2 A        -- to make significant correlations.
3 Q        Do you agree with me that
4 cross-sectional studies are a form of descriptive
5 studies?
6 A        Yes.
7 Q        And do you agree with me that
8 cross-sectional studies can't be used to establish
9 cause-and-effect relationships?
10 A        Again, I have some of the same caveats
11 that I talked about previously.
12 Q        Do you agree with me that descriptive
13 studies have problems due to confounding factors that
14 exist in the studies themselves?
15 A        Yes.  Absolutely.
16 Q        And they can also suffer from bias that
17 exists that further reduces their reliability.
18         Do you agree with that statement?
19 A        True.
20 Q        Are you familiar with a type of study in
21 epidemiology referred to as analytical study?
22 A        If by that you mean whether this
23 particular exposure causes something in an individual
24 or in a population, yes.
25 Q        And that analytical studies are the type

88

1 of epidemiology that you used to establish a general
2 causation analysis?
3         Do you agree with that statement?
4 A        No.
5 Q        You don't believe that analytical
6 studies are used to establish cause and effect?
7 A        They can be used to do cause and effect.
8 Yes, can.
9 Q        Would you agree with me that in order to
10 establish a cause-and-effect relationship between an
11 exposure and a disease that you would need to know how
12 frequently the disease occurs in the presence of the
13 exposure?
14 A        How frequently the disease occurs?
15 Q        Yeah.  The incidence rate?
16 A        Yeah.
17 Q        Do you have any understanding as to the
18 term "relative risk" as it applies to epidemiology?
19 A        Yes.
20 Q        And do you know the significance of a
21 confidence interval in evaluating epidemiological
22 studies?
23 A        Yes.
24 Q        And do you have an opinion in terms of
25 epidemiology what the relative risk has to be in order

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 24 of 53 PageID #: 324

89

1 to establish that there is a cause-and-effect
2 relationship between an exposure and a disease?
3 A        You mean numerically?
4 Q        Huh?
5 A        I sure don't.  I don't.
6 Q        Okay.  If you have a relative risk of
7 2.0 with the proper confidence interval, do you know
8 what the next step would be in order to establish the
9 statistical association between exposure and a disease
10 for a causal analysis?
11 A        I think it would be -- no, I don't.  I
12 shouldn't say I know it.  No, I don't.
13 Q        Are you familiar with the Bradford Hill
14 criteria?
15 A        No.
16 Q        Do -- strike that.
17          Have you ever heard of the term "odds
18 ratio" in the context of epidemiology?
19 A        Yes.
20 Q        And what does odds ratio mean in
21 epidemiology?
22 A        Kind of just exactly what it says, what
23 is -- that what are the odds of this happening or this
24 is related to that.  Except, right, that you're asking
25 me questions for epidemiology but generically related

90

1 to populations, not -- not -- epidemiology doesn't
2 work ancestrally when you're related to talking about
3 an individual.
4 Q        Well, that goes back to our difference
5 between general causation and specific causation;
6 correct?
7 A        Correct.
8 Q        And in order to establish general
9 causation, you use epidemiology; correct?
10 A        Yes.
11 Q        And in order to establish specific
12 causation, first you have to have general causation.
13          Do you agree with that statement?
14 A        Usually, yes.
15 Q        Well, in order for us to know that an
16 individual got lung cancer because they smoked
17 cigarettes, we need to know that smoking cigarettes
18 can cause lung cancer; correct?
19 A        Yes.
20 Q        Okay.  Are you familiar with The
21 Reference Manual on Scientific Evidence that's
22 published by the Federal Judicial Center?
23 A        No.
24 Q        Have you ever read that reference
25 manual?

91

1 A        I don't know what that is.
2 Q        Okay.  I want to take a look at some of
3 the specific studies that you rely upon in your
4 report.  And I think maybe the best way to do it is
5 for me to just mark them individually as they come up.
6 So let's mark this as Exhibit 3.  This is your own HO1
7 study.
8          (Exhibit Number 3 was
9          marked for identification.)
10 Q        I'm going to hand that to you for you to
11 look at, and I want to ask you some questions about
12 that study.
13          You are listed as a coauthor of that
14 study; correct?
15 A        Yes.
16 Q        There are a lot of other authors on this
17 study as well.
18          Would you agree with that?
19 A        Yes.
20 Q        Did each of y'all have a specific area
21 that you were responsible for in authoring this paper,
22 or how does that work?
23 A        Well, the -- the primary author does a
24 lot of the primary work and writes the paper.  The
25 senior author, that's -- that would be me, oversees

92

1 the whole project.  And the people individually
2 written over here had different areas of expertise or
3 contributed to it in different ways.
4 Q        So you were the senior author on this
5 study?
6 A        Yes.
7 Q        Okay.  You would agree with me that this
8 is not a human epidemiological study; correct?
9 A        Absolutely.  Yes.
10 Q        You would -- you would agree with me
11 it's not?
12 A        Yes.  Yes.
13 Q        Looking on page one at the bottom of the
14 first paragraph under introduction it reads, "Despite
15 the large volume of CE used in remediation, the
16 effects on the respiratory epithelium of human and
17 gills of aquatic animals such as fish and crabs
18 exposed to this dispersant are largely unknown."
19          And CE in that instance, we're talking
20 about Corexit; correct?
21 A        Yes.
22 Q        And would you agree with me that that
23 statement is true:  The effects of the respiratory --
24 on the respiratory epithelium of Corexit in humans is
25 unknown?

93

1 A        Until we wrote this paper, yes.
2 Q        And this study used BEAS-2B human
3 epithelial cells?
4 A        Uh-huh.
5 Q        And you subjected them to various levels
6 of 9500A Corexit; correct?
7 A        Yes.
8 Q        And I think I asked you this before, but
9 I want to make -- make sure that I do it in this
10 context.
11        Do you have any way of knowing if the
12 levels of Corexit to which these epithelial cells in
13 the study were exposed to has any correlation to the
14 levels of Corexit that were found in the Gulf of
15 Mexico?
16 A        I think that the levels of Corexit that
17 were found in the Gulf of Mexico would be very
18 variable.  So I don't know what they were there
19 because they were -- like when it was sprayed up in
20 the air, it was a lot and very concentrated.  When it
21 got into the water, it probably got diluted.  But we
22 used a very dilute amount of Corexit.
23 Q        And I appreciate that.
24        I guess then that -- your answer would
25 be, no, you don't know the different levels?

94

1 A        I do not know the different levels.
2 Q        Okay.  And would it also be fair to say
3 that you don't know if the levels of Corexit in this
4 study correlate to any of the levels of Corexit that
5 Mr. Maas may have been exposed to?
6        Is that correct?
7 A        Correct.
8 Q        Would you agree with me that this study
9 can't be used to demonstrate any sort of causal nexus
10 between exposure to Corexit and asthma in a human
11 being?
12        MR. BURGER:  Object to form.
13 A        Can you repeat that statement.
14 Q        Sure.  Would you -- Is it fair to say
15 that this study can't be used to demonstrate a causal
16 nexus between exposure to Corexit and the development
17 of asthma in a human individual?
18 A        I think yes and no because -- no because
19 I'm not studying a human in this study.  Yes because
20 the short -- we demonstrated the changes in
21 permeability in the respiratory epithelium, and that's
22 what happens in asthma.
23 Q        So -- but you would agree with me that
24 nowhere in this study does it talk about that asthma
25 can be caused by Corex -- by exposure to Corexit?

95

1 A        That asthma that is defined by changes
2 in permeability of the airway epithelium, which is
3 what happens in asthma, is -- this study demonstrates
4 that.
5 Q        Is the word "asthma" in this study ever?
6 A        Oh, I don't know.  I could look it over
7 to see.  But I don't know if we did call it asthma per
8 se.  I mean, I call -- you know, I think we're getting
9 -- I don't -- I mean, maybe you're asking me that
10 question on purpose.  But if you think about it in the
11 broader term of airways disease; yes, it can cause
12 airways disease.  And asthma is a form of airways
13 disease.  And asthma is characterized by changes in
14 permeability of the respiratory epithelium.
15 Q        I'm -- I'm not trying to fence with you.
16        I really want to know the answer to the
17 question.
18 A        Okay.
19 Q        And it's a simple question.
20        Does this study purport to demonstrate
21 that asthma can be caused in a human being by exposure
22 to Corexit?
23 A        This study attempted to show that the
24 pathological changes that are seen in asthma can be
25 caused by exposure to Corexit.

96

1 Q        In epithelial cells; correct?
2 A        Yes.  In the -- in the airway of the epi
3 -- of -- yeah.  Which are lined by epithelial cells.
4 Q        But not asthma; just changes in
5 epithelial cells?
6        MR. BURGER:  Object to the form.
7 A        Yeah.
8 Q        I mean, I've read this paper --
9 A        Yeah.
10 Q        -- and I can't -- I can't find in the
11 conclusion that talks about -- anything about asthma.
12 And I'm just asking you if there's something in this
13 paper about asthma that you can point me to that will
14 demonstrate a causal nexus between exposure to Corexit
15 and asthma in a human being, and I can't find it.
16        And so does it exist, or does it not
17 exist in this paper?
18 A        Well, yeah, there is a -- here.  Okay.
19 Here we go.  If you look at this page 11 of 16, we say
20 respiratory illnesses such as asthma or chronic
21 obstructive pulmonary disease, the consequences of CE
22 exposure on bronchial epithelial cells may not
23 directly lead to inflammation but may also exacerbate
24 the symptoms of preexisting respiratory illnesses such
25 as asthma and COPD.

97

1 Q        So it doesn't cause asthma, but it may
2 exacerbate asthma?
3        Is that what that reads?
4 A        This says that it is possible that it
5 may exacerbate asthma. But --
6 Q        It may, or it may not?
7 A        It may, or it may not. Yes.
8 Q        Okay.
9 A        But it's possible that it would.
10 Q        Are you aware -- and I guess the answer
11 is no because you haven't read the reference manual --
12 but what the reference manual says about in vitro
13 studies and correlation to causation in a human being?
14        You haven't read the reference manual --
15 A        No, I haven't.
16 Q        -- you don't know what it says?
17 A        No. But I would imagine that it gets
18 more difficult.
19 Q        Let's look at the next study, which I
20 somehow have misplaced. That's not supposed to
21 happen.
22        Let's mark this as Exhibit 4 I believe.
23        (Exhibit Number 4 was
24        marked for identification.)
25 Q        This is the second -- or one of the

98

1 other studies, the ten. It's entitled "Comparative
2 Toxicity of Two Oil Dispersants, Superdispersant-25
3 and Corexit 9527."
4        Now, that's not the same type of Corexit
5 that you used in your study; correct?
6 A        True.
7 Q        But it is a type of Corexit that at some
8 point they used in Deepwater Horizon cleanup.
9        Do you agree with that?
10 A        Yes.
11 Q        Would you agree with me that this study
12 is not an epidemiological study on human health
13 effects and causation of adverse health effects in
14 humans?
15 A        True.
16 Q        If you turn to page 1225.
17 A        (Witness complies.)
18 Q        I guess I'm in the -- the right column
19 down about, I guess, a fourth of the way that's -- the
20 sentence that starts after the 32 in brackets.
21        Do you -- do you see that? It starts
22 "In general"?
23 A        Yes. "the reviewed data show that
24 Corexit 9527" -- that one?
25 Q        Yes.

99

1 A        -- "is of low acute toxicity to most
2 species, although embryo and larval stages are more
3 sensitive."
4 Q        Do you agree with that statement that
5 9527 is of low acute toxicity to most species?
6 A        I will assume -- in this paper, yes. In
7 this data for ASA, yeah.
8 Q        If you turn to the next page, page 1226.
9 A        (Witness complies.)
10 Q        And it's in the, I guess, third
11 paragraph; the one that starts by the word
12 "Extrapolating."
13 A        Uh-huh.
14 Q        A couple of sentence down there's a
15 sentence that begins "Under current dispersant-use
16 guidelines"?
17 A        Uh-huh.
18 Q        And it reads "Under current
19 dispersant-use guidelines that exist in the United
20 Kingdom and elsewhere, dispersant concentrations are
21 unlikely to be sufficiently high to cause harm to
22 aquatic organisms within open waters."
23        Do you agree with that statement?
24 A        No.
25 Q        You do not agree with that statement?

100

1 A        No. Because I think that this statement
2 is -- this is in the discussion of the paper. So a
3 discussion of a paper usually goes -- gives the pros
4 and the cons. And it's not really am I supposed to
5 agree with this statement; it's just making a point.
6 Q        Well, would you agree with me that this
7 study doesn't address the issue of asthma?
8 A        No, it does not.
9 Q        And it doesn't attempt to suggest that
10 Corexit can cause asthma?
11 A        It's a study in ocean creatures.
12 Q        Doesn't suggest that Corexit can cause
13 any health effects in humans; correct?
14 A        It doesn't talk about humans at all.
15 Q        And you wouldn't use this study as the
16 basis of a general causation opinion that Corexit can
17 cause asthma in a human being; correct?
18 A        True.
19        MR. MCLEOD: I would like to blame
20 somebody else for these being out of order, but I did
21 it myself. So it has --
22        MR. JARVIS: I didn't do it to you.
23        MR. MCLEOD: -- to be my fault.
24 Q        I apologize, Dr. Anthony.
25 A        It's all right.

101

1          (Discussion off the record.)
2 Q          Let's mark this as our next exhibit.
3          (Exhibit Number 5 was
4          marked for identification.)
5 Q          Dr. Anthony, I've handed you another one
6 of the studies.  This is entitled "Evaluation of
7 Pulmonary and Systemic Toxicity of Oil Dispersant
8 (Corexit EC9500A) Following Acute Repeated Inhalation
9 Exposure."  And this is one of the studies that you
10 cited in your expert report.
11          On page one the first sentence under
12 results, it reads "No significant alterations in
13 airway reactivity were observed at one or seven days
14 after exposure either in baseline values or following
15 methacholine inhalation challenge."
16 A          Uh-huh.
17 Q          Does that sentence mean that after
18 exposure there was no effect on the airway reactivity,
19 no alterations, no significant alterations?
20 A          At one to seven days; yes, it does.
21 Q          Okay.  And if you turn to the -- to the
22 next page under Conclusions, it says, "In summary
23 acute repeated exposure to COREXIT EC9500A did not
24 alter pulmonary function, lung injury/inflammation,
25 systemic immune responses, or vascular tone, but did

102

1 cause transient chronotropic effects on cardiac
2 function."
3          Would you agree with me that in that
4 conclusion, the authors of this paper are concluding
5 that acute repeated exposure to Corexit did not alter
6 any sort of pulmonary function?
7 A          Yes.
8 Q          You would agree with me that this study
9 is really not a human epidemiological study; correct?
10 A          It's in -- it's in rats.
11 Q          It's rats.
12          The authors conclude that, at least in
13 their study on these rats, that there was no cause of
14 effect between exposure to Corexit and lung diseases
15 in these rats; is that correct?
16 A          They were exposed -- yes.  Yes.  That's
17 what they are say --
18 Q          That's what these authors are saying?
19 A          Uh-huh.
20 Q          And this study is really not addressing
21 the issue of asthma in human beings; correct?
22 A          True.
23 Q          And it certainly doesn't conclude that
24 asthma can be caused by exposure to Corexit; is that
25 correct?

103

1 A          Right.
2 Q          And you wouldn't use this study to form
3 the basis of an opinion that Corexit can cause asthma
4 in human beings.
5          Is that also correct?
6 A          I would not.  Yeah.
7          MR. MCLEOD:  Lets mark this as the next
8 exhibit.
9          (Exhibit Number 6 was
10          marked for identification.)
11 Q          Doctor, this is a -- I believe an
12 article that appeared in Science Daily.  And if I'm
13 not mistaken, it came -- the date on this is April
14 2nd, 2015.  It came from UAB.  And you are actually
15 quoted in this article.
16          Do you -- do you remember this article
17 at all?
18 A          Maybe, yes.
19 Q          And if you look if you want to see your
20 quote, or one of your quotes --
21 A          Yeah.
22 Q          -- it's in about the fourth paragraph
23 down.  It starts, "There are some 48,000 workers
24 involved in the cleanup operations."
25          You would agree with me that this is not

104

1 an epidemiological study?
2 A          This is not.  No.
3 Q          That's just an article in --
4 A          It's a con --
5 Q          -- Science Daily?
6 A          It's a conversation between me and the
7 person who called me, the reporter.
8 Q          Okay.  This article or -- or
9 conversation doesn't address asthma at all; correct?
10 A          It seems to express -- no, it doesn't
11 use the word "asthma."
12 Q          Okay.
13 A          It says, "Cough, shortness of breath and
14 sputum production" --
15 Q          Okay.
16 A          -- were the symptoms.
17 Q          But really you're sort of talking about
18 your results from your HO1 paper; is that -- is that
19 right?
20 A          That's what they were calling me about.
21 But they were trying to extrapolate that work to
22 finding out why people were complaining of side
23 effects post exposure.
24 Q          Okay.  This -- this article doesn't
25 exist to show any --

**105**

1  A      Cause and effect.

2  Q      -- cause and effect between Corexit and

3  asthma expo -- exposure to Corexit and asthma; is that

4  correct?

5  A      It does not.

6  Q      Okay. Let's mark this as the next

7  exhibit.

8          (Exhibit Number 7 was

9          marked for identification.)

10  Q      Doctor, this is another one of your

11  reliance articles. It's entitled "Persistent

12  respiratory symptoms in clean-up workers 5 years after

13  the Prestige oil spill."

14        I -- I guess my initial question is:

15  Did you read any of the -- of the other prestige oil

16  spill studies, or was this the only one that you

17  reviewed?

18  A      This is the only one that I reviewed.

19  Q      Okay. And when you look at this study,

20  would you agree with me that this study is addressing

21  an oil spill off the coast of Spain?

22  A      Uh-huh.

23  Q      And would you agree with me that this is

24  not dealing with the same type of oil that was present

25  in the Deepwater Horizon spill?

**106**

1  A      Same type of oil?

2  Q      Right. Well --

3  A      I don't know that.

4  Q      Yeah.

5  A      Were the molecules the same? I don't

6  know that. I mean, it's crude oil; right?

7  Q      Well, are you aware that there are

8  different types of crude oil?

9  A      Yes.

10  Q      Okay. And that the --

11  A      It was a boat. Yeah.

12  Q      And this -- this type of oil was

13  something called Bunker 2 Fuel Oil, and it's different

14  than the Macondo Oil in the Deepwater Horizon spill.

15  Do you know that?

16  A      Yes. I --

17  Q      Okay.

18  A      I know the name of the oil that was in

19  the Deepwater Horizon spill.

20  Q      Okay.

21  A      Yes.

22  Q      And would you agree with me that this is

23  -- this -- this Prestige oil spill study, the one that

24  you've cited, is a cross-sectional study?

25  A      Yes.

**107**

1  Q      And we talked earlier about, you know,

2  some of the problems with using a cross-sectional

3  study to establish causation.

4        Do you know if this study addresses the

5  type of dispersant that was used in the cleanup, if

6  any dispersant at all was used in the cleanup?

7  A      Of the Prestige oil spill?

8  Q      Yes.

9  A      I think these were people who were --

10  that worked in the area, but I don't think there was a

11  dispersant used.

12  Q      I guess my -- my point in -- in asking

13  that question is: Because we don't know the type of

14  dispersant that used, this is not a paper that we

15  can use to -- to demonstrate that exposure to Corexit

16  can cause asthma in a human population; is that

17  correct?

18  A      I think that's a right statement.

19  However, this is a large -- large study and was follow

20  -- 400 -- five -- almost 500 people over who were

21  involved in the cleanup of the oil spill, and they had

22  persistent symptoms, pulmonary symptoms, after the oil

23  spill.

24  Q      Well --

25  A      466 fishermen.

**108**

1  Q      Well, let's look an Table 1 on page 510.

2  A      (Witness complies.)

3  Q      And they -- they have a table there.

4        And so they -- they have the incidence

5  of asthma in exposed persons at seven percent.

6        Do you see that?

7  A      Uh-huh.

8  Q      And they have the incident of asthma in

9  non-exposed persons at 10 percent.

10        Do you see that?

11  A      Ever asthma?

12  Q      Right.

13  A      Is that what you're looking at?

14  Q      Yeah. Yes.

15  A      Yeah.

16  Q      And so I'm looking at the exposed

17  population, and it says the incidence would be seven

18  percent --

19  A      Right.

20  Q      -- in the exposed.

21  A      Yeah.

22  Q      But it's ten percent --

23  A      Right.

24  Q      -- in the non-exposed.

25  A      Right.

## 109

1  Q       Do you see that?
2  A       Right.  Right.
3  Q       So that suggests -- or would you agree
4  with me that that suggests that there are no greater
5  incidence of asthma in exposed persons than there is
6  in non-exposed person's?
7  A       I think this is the baseline.
8  Q       What do you mean by that?
9  A       This is before -- this is before -- this
10  is the demographic and respiratory health
11  characteristics of the study population of -- prior to
12  the exposure; right?
13  Q       Well, no.  Because they've broken it up
14  between exposed persons and non-exposed persons.
15          You see the -- the two categories?
16  A       Yes.  Yes.  Yes.  Yes.  So they had the
17  same amount of asthma, I agree seven to ten percent
18  difference.  And this one says that they -- yeah.  But
19  they came to that conclusion some way.  They had lower
20  respiratory tract symptoms, nasal symptoms.  Yes.
21  What you just said is true that the exposed people had
22  seven percent, and the non-exposed people had ten
23  percent of --
24  Q       So base.
25  A       -- of ever having had asthma.  However,

## 110

1  there were all these other symptoms that they had --
2  that they had that the -- this study says that they
3  did.  That's the bottom line with this -- of the study
4  that it says that they did end up having respiratory
5  symptoms but may or may not -- that may or may not
6  come under the umbrella of asthma.
7  Q       Okay.
8  A       So they have -- they have an excess risk
9  of respiratory symptoms.
10  Q       But not asthma?
11  A       Does the word "asthma"?  Right.  Yes.
12  Q       Okay.  And because of that, you wouldn't
13  rely on this study to say that there's an increased
14  incident of asthma in the exposed population versus
15  the non-exposed population?
16  A       Of asthma?  No.  But of symptoms that
17  are -- make up the constellation of asthma?  Yes.
18  Q       But since we don't know if Corexit was
19  used in the prestige oil spill study --
20  A       Yes.
21  Q       -- it doesn't mean that Corexit caused
22  asthma or any of these respiratory symptoms; correct?
23  A       Correct.
24  Q       Okay.
25          MR. MCLEOD:  Let's mark this as the next

## 111

1  exhibit.
2          (Exhibit Number 8 was
3          marked for identification.)
4  Q       Doctor, this is a study entitled
5  "Respiratory, Dermal, and Eye Irritation Symptoms
6  Associated with Corexit EC9527A" and "EC9500A
7  following the" DWH, "Deepwater Horizon Oil Spill:
8  Findings from the GuLF STUDY."
9          Are you familiar with the Gulf Study?
10  A       Uh-huh.
11  Q       And would you agree with me that there
12  have been several studies that have come out of this
13  Gulf Study population?
14  A       Yes.
15  Q       Have you reviewed any of the other
16  studies that came out of the Gulf Study population
17  besides this one?
18  A       I'm sure I have, but I don't recall
19  which one per se right now.
20  Q       And would you agree with me that this is
21  a cross-sectional study, which we've talked about you
22  can't use those to establish causation between
23  exposures and disease processes.
24          Would you agree with that?
25  A       I said that they were occasions where

## 112

1  you would have to -- depending on time of exposure and
2  then the development of disease, it may change; but
3  yes.
4  Q       And in -- and in this -- in this
5  study --
6  A       Uh-huh.
7  Q       -- this -- this piece of literature;
8  even by its very title, they're not really talking
9  about disease processes here.  They're really talking
10  about symptoms.
11          Would you agree with me?
12  A       Yes.  I think symptoms of disease
13  related to the eventual name that you give this
14  constellation of symptoms and call it a disease.
15  Q       When I look on page two, I guess it's in
16  the second full paragraph that starts "Using in vitro
17  cultures."
18  A       Right.
19  Q       That last sentence in that paragraph
20  reads "We were unable to find any study of direct
21  effects of either 9500A or 9527A on human health."
22          Would you agree with me that the authors
23  are saying that there are no studies addressing direct
24  effects of Corexit on human health?
25  A       Yes.  Of Corexit alone.  Yes.

113

1  Q        Okay.  If you turn to page six.
2  A        (Witness complies.)
3  Q        On the very bottom of the -- of the
4  left-hand column on page six --
5  A        Uh-huh.
6  Q        -- the -- the sentence starts "However,
7  our approach relied almost entirely on self-reported
8  data, which provides several opportunities for bias."
9          You agree with me that -- that the
10 authors are acknowledging there are limitations to
11 this study?
12 A        Yes.
13 Q        And one of the limitations of this study
14 is selection bias.
15         Would you agree with that?
16 A        It's not selection bias.  I think it's
17 the bias of, perhaps, the -- the people that were
18 chosen to say that they had a problem.  Yeah.
19 Q        Well, in this case, it's self-reported
20 so --
21 A        Yes.  So it is a problem of who they
22 picked.  Yeah.
23 Q        Right.  Well, they picked themselves
24 kind --
25 A        Yes.

114

1  Q        -- of; correct?
2  A        And then came to them and said they had
3  problems.  Yes.
4  Q        Okay.  And would you agree with me this
5  study never tried to quantify dose or exposure?
6  A        No.
7  Q        No, they didn't --
8  A        No.
9  Q        -- or, no, you don't agree with me?
10 A        I don't think they did.
11 Q        Okay.
12 A        It's just the spill and symptoms.
13 Q        So another limitation to this study is
14 we -- we have no idea what levels, if any, these
15 people were exposed to.
16         Would you agree with that?
17 A        Yes.
18 Q        And would you agree with me that we have
19 no information related to any of the health conditions
20 of these people prior to their work in the Gulf
21 cleanup?
22 A        True.
23 Q        And we talked earlier about the
24 significance of, in a -- in a causal relationship,
25 having the cause precede the effect; correct?

115

1  A        (No response.)
2  Q        That in order for -- say something
3  was caused by --
4  A        Uh-huh.  Something.
5  Q        -- something, the effect needs to follow
6  the cause; correct?
7  A        Right.
8  Q        And in this case, we don't know if these
9  people had these symptoms prior to the oil spill or
10 not because we don't have any medical histories on
11 these people?
12 A        Yes.
13 Q        Okay.
14 A        But there is -- I mean, this -- this
15 study says that they -- that there were several people
16 who complained of symptoms related to respiratory,
17 dermal, and eye irritation following the Deepwater
18 Horizon spill and cleanup.  That's what this study
19 says.
20 Q        Right.  But we have no idea if they had
21 prior medical history of -- prior medical issues prior
22 to the spill; correct?
23 A        No.
24 Q        And we don't know if they were smokers?
25 A        True.

116

1  Q        We don't know if they had other medical
2  problems that might also cause eye irritation or
3  anything else?  We just don't know.
4          Would you agree with me?
5  A        Yes.
6  Q        And that's one of the limitations -- or
7  some of the limitations of this study?
8  A        Yes.
9  Q        Were you aware that the EPA has a
10 systematic review guideline to grade different levels
11 of epidemiological studies as to their -- their
12 ability to be used?
13 A        Yes.  They change a lot with the people
14 in command.
15 Q        Well, are you aware that this study was
16 rated by the EPA guidelines -- systematic guidelines?
17 A        I'm assuming it may have been because it
18 was a clinical study.
19 Q        Yeah.  Do you -- were you aware that it
20 was rated as poor?
21 A        Possibly.
22 Q        And the reason they gave that it was
23 rated as poor was because of all the bias that existed
24 in here.
25         Does that make sense to you that that

**117**

1 would cause this study to be --
2 A        Yes.
3 Q        -- rated as poor?
4        This study does not attempt to suggest
5 that Corexit causes asthma in human beings, does it?
6 A        Not at all.
7 Q        And you wouldn't use this study to state
8 a general causation opinion that Corexit can cause
9 asthma in human beings; correct?
10 A        That it cannot or does not?
11 Q        That it -- that it cannot or does not?
12 A        Cannot or does not?  No.  I -- yes.
13 Yes, you're right.  Yes.  I see this as a study
14 showing that people who were exposed to this Corexit
15 oil spill and the oil spill and the cleanup had
16 respiratory symptoms.  That's all it tells me.
17 Q        Okay.
18        MR. MCLEOD:  Let's mark this as the next
19 exhibit.
20        (Exhibit Number 6 was
21        marked for identification.)
22 Q        Doctor, this is another one of the
23 pieces of reliance literature that you used in your
24 report.  It's -- entitled "The Development of
25 Long-Term Adverse Health Effects in Oil Spill Cleanup

**118**

1 Workers of the Deepwater Horizon Offshore Drilling Rig
2 Disaster" by D'Andrea and Reddy.
3        You would agree with me that this is a
4 cross-sectional study?
5 A        Yes.
6 Q        And we've talked about, you know, some
7 of the -- the problems of using a cross-sectional
8 study to determine causation.
9        Would you agree with me that we've
10 talked about that?
11 A        Yes.
12 Q        Would you also agree with me that this
13 study has a very small sample size of people?
14 A        88?
15 Q        Well, I believe it's 44.
16 A        Well, unexposed were 44, and the cleanup
17 workers were 44.  Yeah.
18 Q        Right.  So in terms of the exposed
19 number, it's -- it's only 44 persons.
20        You -- you would agree?
21 A        True.  Yes.
22 Q        On page six, the authors are -- are --
23 and I guess I should point you to the right-hand
24 column about three fourths of the way down.  It -- it
25 starts the sentence -- or the paragraph starts "The

**119**

1 following limitations"?
2 A        Yeah.
3 Q        And -- and this is the -- where the --
4 the authors of this study are -- are talking about
5 here are some of the limitations of our study; is that
6 correct?
7 A        Uh-huh.
8 Q        And they talk about selection bias.
9        Do you agree?
10 A        Uh-huh.
11 Q        And when we talk about selection bias in
12 this context, you would agree with me that that is
13 that persons that are likely to suffer from certain
14 symptoms are more likely to respond to the
15 questionnaire and the -- and the surveys that they
16 use?
17        Is that -- is that your understanding of
18 selection bias in this limitation -- in this study?
19 A        Yes.  It would be the selection bias.
20 Yeah.
21 Q        And would you also agree with me that
22 one of the limitations that the authors have in this
23 study is they don't really address any confounding
24 factors?
25        Do you know what I mean when I say

**120**

1 "confounding factors"?
2 A        Yes.  Yes.
3 Q        They don't deal with an occupational
4 history here; correct?  And they don't address
5 smoking, and they don't talk about other human health
6 issues that may have pre-existed the oil spill.
7        Do you agree with that?
8 A        That's true.
9 Q        And would you agree with me that this
10 study doesn't address the issue of asthma being caused
11 by exposure to Corexit?
12 A        It says they did develop reactive
13 airways dysfunction syndrome.  I'll point you to page
14 six paragraph two halfway down -- little down below
15 the -- halfway down below the -- right there.
16 Q        And --
17 A        There (indicating).  They talk about
18 reactive airway diseases, which is another word for
19 asthma.
20 Q        Okay.  Well, tell me what -- tell me
21 what reactive airways dysfunction syndrome means to a
22 pulmonologist.
23 A        Asthma.
24 Q        That's not RADS, different than reactive
25 airway disease?

121

1 A    It is reactive airways disease.  Yeah.
2 Q        So it's your opinion that reactive
3 airways dysfunction syndrome is the same as --
4 A    Yes.
5 Q    -- reactive airways disease?
6 A    Yes.
7 Q        Okay.  There's no difference in those
8 two terms to you?
9 A    No.
10 Q        You would agree with me that there's no
11 attempt in this study to establish any level of dose?
12 A    Right.
13 Q        And so we don't know if the persons in
14 this study were exposed to micrograms of Corexit or
15 high levels of Corexit.
16       Would you agree with me there?
17 A    Yes.
18    MR. MCLEOD:  Let's mark this.
19       (Exhibit Number 10 was
20       marked for identification.)
21 Q    Doctor, this is one of the studies you
22 relied upon:  "The impact of oil spill to lung health
23 - Insights from an RNA-seq study of human airway
24 epithelial cells."
25       Do you -- you agree with me that I read

122

1 that correctly --
2 A    Yes.
3 Q    -- because I'm not sure I did?
4 A    Yes.
5 Q        And you would agree with me this is not
6 an epidemiological study regarding human beings and
7 potential adverse health effects?
8 A    Yes.
9 Q        And this does not examine an exposed
10 versus unexposed human population; correct?
11 A    Yes.
12 Q        And we're not addressing asthma in this
13 study in an attempt to show that Corexit causes asthma
14 in human beings.
15       Would you agree with that?
16 A    It's not a human study at all.  Yes.
17 Q        All right.  And so you wouldn't use this
18 study as the basis of a general causation opinion that
19 Corexit could cause asthma in human beings because
20 that's not what this study is addressing; correct?
21 A    Right.  This -- yes.
22 Q        And then let's mark that as an exhibit.
23       (Exhibit Number 11 was
24       marked for identification.)
25 Q    Doctor, this is, I believe, the last

123

1 study that you cited in your expert report that we've
2 marked as Exhibit 11; and I want to let you take a
3 look at it.  It's entitled "The Impact of the
4 Deepwater Horizon Oil Spill upon Lung Health" and then
5 it's a "Mouse Model-Based RNA-seq Analyses."
6       So from the title of this, we know that
7 this is not a study on human beings.  This is not an
8 epidemiological study on humans; correct?
9 A    Yes.  Correct.
10 Q        In fact, what this is doing, this study,
11 if I'm looking at this correctly; they're actually
12 looking at the carcinogenic effects, if any, on -- of
13 Corexit on mice.
14       Is that correct?
15 A    Yes, sir.  Yes, they are.  They're also
16 looking at the signaling pathways of the cytokine
17 release.  Both the previous study and this one are
18 both looking at what -- when you examine the RNA of --
19 of mice lungs or mice cells that have been exposed to
20 oil or Corexit, they cause what -- what pathways get
21 activated.
22 Q        Okay.  And like the study before it --
23 A    Yes.
24 Q        -- this is not a -- a study of -- of
25 asthma in human beings; correct?

124

1 A    Yes.
2 Q        And it's not a study that you would use
3 to form a general causation opinion that Corexit
4 exposure can cause asthma in human beings; correct?
5 A    Correct.
6    MR. MCLEOD:  Let's go off the record.
7    THE VIDEOGRAPHER:  We're off the record.
8 The time is 3:46 p.m.
9       (Short recess.)
10    THE VIDEOGRAPHER:  We are back on the
11 record.  The time is now 3:49 p.m.
12 Q        Thank you for your time.  I appreciate
13 that.  I think those are all the questions that I have
14 for right now.  I know your attorney is going to have
15 some questions, and I reserve the right to come back
16 and -- and ask questions after he asks questions.
17       But I appreciate your time and -- and
18 thank you very much.
19 A    You're welcome.
20       EXAMINATION
21 BY MR. BURGER:
22 Q        Dr. Anthony, I have some very broad and,
23 I hope, very brief questions just to -- to clarify
24 some of what you have said earlier in your testimony.
25       I want to begin by asking you if you

125

1 have any way of knowing the truth about where Corexit
2 was dispersed, how much was dispersed on any
3 particular day at any particular location as a result
4 of the Deepwater Horizon spill?
5          Do you have any way of knowing that?
6 A          No, I don't.
7 Q          You don't know whether my client, John
8 Maas, is an honest or truthful person one way or the
9 other, do you?
10 A          I don't.
11 Q          You don't -- for that matter, you don't
12 know whether I'm an honest or truthful person.  We've
13 talked briefly only on the phone.
14          You don't know whether I have told you
15 the truth about these facts or not, do you?
16 A          I don't.
17 Q          But you have read Mr. Maas's affidavit?
18 A          Yes.
19 Q          And you have read the materials that
20 were sent to you on the zip drive, same --
21 A          Yes.
22 Q          -- materials provided to you?
23          You have read those materials?
24 A          Yes.
25 Q          And you know what facts are asserted by

126

1 Mr. Maas --
2 A          Yes.
3 Q          -- to have happened?
4          Maybe they're true; maybe they're not
5 until someone shows you otherwise?  Right?
6 A          Yes.
7 Q          But you have predicated your opinions in
8 this affidavit on the assumption that Mr. Maas has
9 told you the truth about what he and his coworkers
10 experienced?
11 A          Yes.
12 Q          Admonishing us all, as you do that, that
13 that may be true; it may not be true?
14 A          Yeah.  Right.
15 Q          Same point, I would ask you:  Do you --
16 do you have any way of knowing -- in the context of
17 Corexit distribution in the 12-week period following
18 the Deepwater Horizon spill, do you have any way of
19 knowing whether BP's factual statements about what it
20 did with regard to Corexit and, more importantly, how
21 documented it, what it documented; do you have any
22 way of knowing whether BP was truthful or accurate or
23 complete in its activities involving Corexit?
24          MR. MCLEOD:  Object to the form.
25 Q          Any way of knowing that?

127

1 A          No.  Not at all.
2 Q          Do you -- on that point; as with
3 Mr. Maas's recollection of the facts, do you have any
4 knowledge of the details due to your -- in your
5 research, any details of the criminal charges to which
6 BP pled in relation to the -- the -- broadening the
7 Deepwater Horizon issue?
8          MR. MCLEOD:  Object to the form.
9          MR. JARVIS:  I would add:  What has that
10 got to do with the price of eggs in China?   But go
11 ahead.
12          MR. BURGER:  It will have to do with the
13 credibility instruction --
14          MR. JARVIS:  oh --
15          MR. BURGER:  -- that goes to the jury --
16          MR. JARVIS:  -- okay.
17          MR. BURGER:  -- from Judge Waverly in
18 this case.
19          MR. MCLEOD:  Ken, I can tell you that
20 pursuant to the medical settlement agreement, it will
21 not; but object to the form.
22          MR. BURGER:  We'll cross that bridge as
23 we come to it.
24          MR. MCLEOD:  I understand.
25 Q          (By Mr. Burger)  But do you know

128

1 anything about the criminal charges as to what was
2 true or not true?
3 A          Yeah.  I -- yes.  What I know is what I
4 read in The New York times.
5 Q          Well, I won't ask you to quote that
6 unless you have any other direct information.
7 A          Yes.  I know that BP was charged with a
8 lot of things and had to admit to a lot of things.
9 Q          What does the term "apoptosis" means --
10 mean, a-p-o-p-t-o-s-i-s?
11          What's the medical definition of
12 apoptosis?
13 A          Cell death.
14 Q          How does apoptosis relate broadly and
15 generally to the layman's description of -- of asthma?
16 A          So if the -- if the respiratory
17 epithelial surfaces that cover the breathing tubes,
18 the airways; if that -- those cells die, then there is
19 an enormous -- it's a defense mechanism.  The
20 epithelium is a barrier to the -- and a protection
21 barrier -- protective barrier to the transgression of
22 any materials in -- deeper into the lung tissue.  And
23 if that respiratory epithelium is destroyed, then
24 materials can go deeper into the lung tissue.
25 Q          And let me clarify that or ask you to

## 129

1 break that down a bit.
2          To what extent does the function of
3 apoptosis involve the onset and development of asthma?
4 A        Oh, cellar apoptosis plays a very
5 critical and important role in asthma.  It -- people
6 who have asthma have a higher propensity for cell
7 death of the -- of the respiratory epithelium.
8 Q        In any of these questions that have been
9 put to you regarding the use of the word -- the
10 layman's term "asthma"; in those articles that refer
11 to the process of apoptosis, how does that relate to
12 asthma?
13 A        It -- it relates as significantly as --
14 as a pathological event that occurs during the process
15 of asthma.
16 Q        Is epithelial cell damage equivalent --
17 medically equivalent to the generic medical term
18 "asthma"?
19 A        Epithelial -- respiratory epithelial
20 cell damage can lead to asthma.
21 Q        Can you have asthma, as we generally use
22 that generic term, without having some epithelial cell
23 damage?
24 A        No.
25 Q        So if there's asthma, there's epithelial

## 130

1 cell damage?
2 A        Yes.
3 Q        So when we see in an article reference
4 to epithelial cell damage, is that a -- an equivalent
5 reference to the broad general layman's term "asthma"?
6          MR. MCLEOD:  Object to the form.
7 A        Yes.
8 Q        And same thing in the concept of
9 apoptosis?
10 A        Yes.
11 Q        Do all -- in your research, your
12 experience, are there any forms of crude oil
13 dispersants, Corexit or not, that when inhaled will
14 not produce apoptosis?
15 A        I have not tested them -- many -- any
16 others beside Corexit 9500 myself.  But, yes, I
17 believe that dispersants, by their very nature, will
18 cause epithelial damage and cell death.
19 Q        Do you know any -- well, let me strike
20 that question.
21          In -- in a -- in the medical evaluation,
22 research and clinical medical evaluation of a
23 potential harm from Corexit; in your opinion, is the
24 concept of dosage, does it have any -- any factor at
25 all in -- in the likelihood of the development of

## 131

1 serious harm in a human?
2 A        No.
3 Q        So whether a person breathes tiny
4 amounts of Corexit 9500 for five minutes or less or
5 continuously over a two-month period, does that make
6 any difference in the enhancement of the likelihood
7 that the person is going to have long-term chemical
8 asthma?
9          MR. MCLEOD:  Object to the form.
10 A        I think they would have long -- some
11 long-term effects.  Yes.
12 Q        Regardless of how short a period of
13 time?
14 A        Yes.
15 Q        Or how small a dosage?
16 A        Yes.
17          MR. MCLEOD:  Object to the form.
18 Q        And -- and in -- can you give us a
19 layman's description of what it is in your studies
20 that supports that conclusion you just now expressed.
21 A        Well, what we found was that when we
22 used parts per million, very, very tiny parts per
23 million, like 50 parts per million, which would be --
24 which would be almost like nonexistent; we found that
25 there was damage to the respiratory epithelium of

## 132

1 humans and fish gills, the respiratory organs of
2 multiple organisms, both mammals and water creatures.
3 Q        Are you aware of -- as broadly as we can
4 make it, are you aware of any studies out there that
5 deal specifically with the issue of the dosage of
6 Corexit as it relates to harm to the human respiratory
7 system?
8          Any specific studies?
9 A        No.
10 Q        Do you do experiments on human beings
11 here at the University of Alabama?
12 A        I mean, we do research with them;
13 clinical trials, et cetera.
14 Q        Do you -- do you do experiments --
15 A        Exposure studies?  We do not do
16 exposures studies on humans.
17 Q        Is that considered ethical in the
18 medical world to do experiments on people that -- that
19 would -- from a baseline that would determine in a
20 healthy person whether --
21 A        No.
22 Q        -- what dosage would it take of Corexit
23 to --
24 A        No.
25 Q        -- cause asthma?

133

1  A      It should not be done.
2  Q      All right.  Is it -- is it legal and
3  ethical in --
4  A      No.
5  Q      -- in the context of your medical
6  training?
7  A      It's not.  No, it would not be.  It
8  would not pass our institutional review board.
9  Q      Okay.  So what is the alternative?
10       If you can't bring in a willing human
11 being to breathe Corexit to see what happens; what's
12 your alternative, Dr. Anthony?
13       MR. MCLEOD:  Object to the form.
14 A      Well, the studies that -- we do studies
15 in vitro; or we do studies in animals, in mice.
16 Q      In your opinion, are the studies in
17 vitro reliably transferable in their general and
18 specific causation conclusions to an unethical
19 experiment on a human being?
20       MR. MCLEOD:  Object to the form.
21 A      Yes.  I agree that in vitro studies can
22 be used to predict what will happen to a person who is
23 breathing in a toxic element, whatever I was studying.
24 Q      And, again, from a layman's perspective
25 as best you can make it; was there anything about the

134

1  studies that you and your colleagues performed in
2  vitro that would suggest that those conclusions were
3  not reasonably transferable from a medical causation
4  perspective to --
5  A      Not at --
6  Q      -- harm to the human body?
7       MR. MCLEOD:  Object to the form.
8  A      Not at all.  Because -- because the
9  studies that we did were specific to the pathological
10 effects that occurred during the process of an acute
11 asthma attack, which is changes in permeability of an
12 airway which is what happens in human with asthma.
13 And we've showed that the same thing happens in a test
14 tube.
15 Q      Those are all of my questions I have.
16 Thank you.
17       MR. MCLEOD:  Thank you very much.
18       THE VIDEOGRAPHER:  This ends the
19 deposition of Dr. Veena Anthony.  The time is now
20 4:01 p.m.
21    (THE DEPOSITION WAS CONCLUDED AT 4:01 P.M.)
22
23
24
25

135

1
2          C E R T I F I C A T E
3
4  STATE OF ALABAMA )
5  JEFFERSON COUNTY )
6
7          I hereby certify that the above
8  and foregoing deposition was taken down
9  by me in stenotype, and the questions and
10 answers thereto were reduced to computer
11 print under my supervision, and that the
12 foregoing represents a true and correct
13 transcript of the deposition given by
14 said witness upon said hearing.
15
16          I further certify that I am
17 neither of counsel nor of kin to the
18 parties to the action, nor am I in
19 anywise interested in the result of said
20 cause.
21
22
23          Merit Gilley
24 _____
          Merit Gilley, Commissioner
25        ACCR NO. 67

**$**

**$500** 13:11

**(**

**(b)** 65:2 75:13 80:13
**(i)** 65:17

**1**

**1** 9:4 50:21 108:1
**10** 66:12 71:22 108:9 121:19
**100** 63:10
**11** 72:23 80:12 96:19 122:23 123:2
**12** 22:14 75:13
**12(b)** 75:14
**12(c)** 76:8
**12-week** 126:17
**1225** 98:16
**1226** 99:8
**13** 77:19
**130,000** 39:6,10
**15** 78:3 82:17
**15(a)** 78:3
**16** 96:19
**1900** 6:7
**1:02** 6:9,24

**2**

**2** 16:25 17:3,5 106:13
**2.0** 89:7
**20** 46:9
**2000** 46:4
**2010** 34:25 40:2,3 46:5
**2011** 40:3
**2014** 72:4
**2015** 54:23 103:14
**2021** 6:7,23

**2:20-CV-00051** 6:20
**2:37** 82:21
**2:53** 82:24
**2nd** 103:14

**3**

**3** 91:6,8
**30** 45:17 46:10,11
**30th** 6:6,23
**32** 98:20
**35233** 6:8
**3:46** 124:8
**3:49** 124:11

**4**

**4** 77:5 97:22,23
**40** 45:17
**400** 107:20
**44** 118:15,16,17,19
**466** 107:25
**48,000** 103:23
**4:01** 134:20,21

**5**

**5** 101:3 105:12
**50** 63:10 74:25 80:23 131:23
**500** 107:20
**510** 108:1
**513D** 6:8

**6**

**6** 103:9 117:20

**7**

**7** 105:8

**8**

**8** 111:2
**88** 118:14

**9**

**9(a)** 61:16 64:4
**9500** 26:16 32:20,23 33:4 130:16
   131:4
**9500A** 93:6 112:21
**9500a-induced** 50:21
**9527** 98:3,24 99:5
**9527A** 112:21

**A**

**a-p-o-p-t-o-s-i-s** 128:10
**ability** 42:9 116:12
**abnormalities** 82:7
**absolute** 69:17,18
**Absolutely** 25:21 72:15 87:15 92:9
**abstracts** 51:3,6,7
**academic** 19:12
**accept** 59:7,12 65:22 66:5,25
**acceptable** 42:16
**acceptance** 65:7
**accepted** 65:3,5,20
**accuracy** 20:11,13
**accurate** 126:22
**acknowledging** 113:10
**acting** 6:3
**activated** 77:6 123:21
**active** 36:3,7,13,15 45:1
**activities** 126:23
**actual** 36:17 69:13
**acute** 81:18 99:1,5 101:8,23 102:5
   134:10
**add** 64:10 127:9

**address** 100:7 104:9 119:23 120:4, 10

**addresses** 107:4

**addressing** 102:20 105:20 112:23 122:12,20

**Administration** 35:18

**admit** 128:8

**Admonishing** 126:12

**adverse** 98:13 117:25 122:7

**advisor** 36:3,7,15

**aerosolized** 63:25 64:1,7 65:4 73:10

**affect** 61:5

**affected** 86:15,16

**affidavit** 52:19 67:2 125:17 126:8

**affidavits** 78:25

**agree** 19:22 20:4,19 24:18,19 25:22 27:14,22,23 28:3,9 43:1,6 81:4 85:11 86:7 87:3,7,12,18 88:3,9 90:13 91:18 92:7,10,22 94:8,23 98:9,11 99:4,23, 25 100:5,6 102:3,8 103:25 105:20,23 106:22 109:3,17 111:11,20,24 112:11,22 113:9,15 114:4,9,16,18 116:4 118:3,9,12,20 119:9,12,21 120:7,9 121:10,16,25 122:5,15 133:21

**agreement** 127:20

**ahead** 127:11

**ailments** 67:19,24 68:6,10,11,15

**air** 38:12 39:11,15 93:20

**airway** 62:18 63:8 95:2 96:2 101:13, 18 120:18,25 121:23 134:12

**airways** 29:3,4 46:15,21,22 47:1 59:21 66:17 82:8 95:11,12 120:13,21 121:1,3,5 128:18

**Alabama** 6:2,3,8 15:15,17 45:7 132:11

**alleging** 21:1

**allowed** 31:18

**alter** 70:11 101:24 102:5

**alterations** 101:12,19

**altered** 79:10

**alternative** 82:4 133:9,12

**America** 6:19

**amount** 28:10 29:1 41:8 65:3 77:4,9 93:22 109:17

**amounts** 25:23,24 131:4

**analogy** 43:13

**Analyses** 123:5

**analysis** 29:21 30:1,9 40:4 71:16 88:2 89:10

**analytical** 87:21,25 88:5

**analyzed** 17:24 29:12 38:7

**anatomical** 80:19

**ancestrally** 90:2

**anecdotal** 33:23

**animals** 92:17 133:15

**answering** 48:11

**Anthony** 6:10,13,17 7:9,16 9:6 17:5 43:24 44:13 82:11,25 100:24 101:5 124:22 133:12 134:19

**anti** 76:18

**anti-inflammation** 76:16

**antioxidant** 76:19

**apologies** 31:20

**apologize** 53:1,5 71:24 100:24

**apoptosis** 128:9,12,14 129:3,4,11 130:9,14

**appeared** 46:18 72:10 103:12

**appears** 72:2,5,17

**applicable** 80:9

**applies** 88:18

**approach** 113:7

**approximately** 6:9

**April** 103:13

**aquatic** 92:17 99:22

**area** 24:24,25 35:13,15 64:14 65:12 91:20 107:10

**areas** 92:2

**arms** 19:14

**arriving** 17:17

**article** 103:12,15,16 104:3,8,24 130:3

**articles** 57:2 83:2 105:11 129:10

**ASA** 99:7

**asbestos** 14:24 15:4,5 47:2,16

**ascertained** 86:9

**asks** 124:16

**asserted** 125:25

**assertions** 67:17

**association** 85:17 89:9

**associations** 85:12

**assume** 8:14 49:13 99:6

**assuming** 37:25 116:17

**assumption** 126:8

**asthma** 45:12,15,19,23 46:14,16,19, 23,25 49:15,22 59:21 68:25 69:1,3,5, 12 70:5,7,14 71:6,8 72:5,8,17 75:21 81:23 82:5 94:10,17,22,24 95:1,3,5,7, 12,13,21,24 96:4,11,13,15,20,25 97:1,2,5 100:7,10,17 102:21,24 103:3 104:9,11 105:3 107:16 108:5,8,11 109:5,17,25 110:6,10,11,14,16,17,22 117:5,9 120:10,19,23 122:12,13,19 123:25 124:4 128:15 129:3,5,6,10,12, 15,18,20,21,25 130:5 131:8 132:25 134:11,12

**asthmatic** 68:19,20

**Atmospheric** 35:17

**attached** 32:21

**attack** 134:11

**attempt** 100:9 117:4 121:11 122:13

**attempted** 95:23

**attempts** 77:17

**attorney** 124:14

**attorneys** 6:24

**author** 18:2 91:23,25 92:4

**authored** 10:9 51:2

**authoring** 91:21

**authors** 91:16 102:4,12,18 112:22 113:10 118:22 119:4,22

**aware** 31:12 33:6,12,15 35:15 36:1 38:11,17 39:14 41:11 42:1,15 97:10 106:7 116:9,15,19 132:3,4

**B**

**back** 34:20 40:16 46:3 65:19 71:21 82:23,25 83:8 90:4 124:10,15

**bad** 81:19

**barrier** 128:20,21

**base** 109:24

**based** 17:20 43:10 59:14 62:21,23, 24 67:2 78:19 79:20

**baseline** 101:14 109:7 132:19

**basis** 25:14 29:19 100:16 103:3 122:18

**BEAS-2B** 93:2

**begin** 124:25

**beginning** 6:16

**begins** 99:15

**behalf** 15:1,3,22,23,25 16:4

**beings** 63:17 102:21 103:4 117:5,9 122:6,14,19 123:7,25 124:4 132:10

**belabor** 71:13

**belief** 62:23

**bell** 35:19

**bias** 87:16 113:8,14,16,17 116:23 119:8,11,18,19

**biggest** 65:16

**Birmingham** 6:2,8 15:13

**bit** 21:11 81:19 129:1

**blame** 100:19

**board** 9:15 51:10 133:8

**boat** 22:15 23:16,20 33:14 106:11

**body** 24:24 134:6

**bold** 67:15

**bolded** 72:2

**book** 59:9

**bottom** 73:20,23,25 92:13 110:3 113:3

**Boulevard** 6:8

**BP** 6:18,19 7:3,5 38:11,14 126:22 127:6 128:7

**BP's** 126:19

**brackets** 98:20

**Bradford** 89:13

**break** 44:3,14 82:12,14,25 83:1 129:1

**breaks** 26:19 73:22

**breath** 81:1 104:13

**breathe** 133:11

**breathes** 131:3

**breathing** 65:3 128:17 133:23

**breeze** 33:17,18

**bridge** 127:22

**briefly** 125:13

**bring** 133:10

**broad** 28:20,21 30:15 124:22 130:5

**broadening** 127:6

**broader** 95:11

**broadly** 128:14 132:3

**broke** 37:10

**broken** 14:25 73:21 109:13

**broken-down** 14:23 16:2

**bronchial** 77:21 96:22

**Building** 78:18

**Bunker** 106:13

**Burger** 7:1 17:2 27:18 28:1 31:5 32:4 41:22 43:4 47:22 49:12 58:9 66:3 68:17 75:8 78:15 79:13 82:19 94:12 96:6 124:21 127:12,15,17,22,25

**Burger's** 18:16

**burn** 28:5 43:14

**burned** 34:5

**burning** 34:4,8

**C**

**calculate** 42:9

**call** 51:22 95:7,8 112:14

**called** 10:18 21:5 40:8 52:23 77:5 104:7 106:13

**calling** 104:20

**cancer** 90:16,18

**carcinogenic** 123:12

**cardiac** 102:1

**care** 9:21 19:15 44:24 54:5

**carried** 33:18

**case** 11:6 12:11 13:2 14:1,14,16,18, 21 15:2,15,17,24 16:10,17 17:10,14 21:21,24 26:8,12,24 27:3,5 30:2,9,20 39:12 47:2,16,19,22 48:4,10 49:5,14, 17 58:21 62:5 71:9 81:14,17 83:16 84:13,14 113:19 115:8 127:18

**categories** 109:15

**causal** 85:12,17 89:10 94:9,15 96:14 114:24

**causation** 48:10,25 49:2,4,11,13 66:13 71:16 72:25 73:2 86:1 88:2 90:5,9,12 97:13 98:13 100:16 107:3 111:22 117:8 118:8 122:18 124:3 133:18 134:3

**cause-and-effect** 86:22 87:9 88:10 89:1

**caused** 27:2,15 49:20 62:7,9,14 67:24 68:7,15,25 69:4 70:7 71:3,8 81:7 82:10 94:25 95:21,25 102:24 110:21 115:3 120:10

**causing** 29:5,9

**caveats** 24:22 87:10

**CE** 92:15,19 96:21

**cell** 77:10,21 128:13 129:6,16,20,22 130:1,4,18

**cellar** 129:4

**cells** 63:20 77:1,6 93:3,12 96:1,3,5, 22 121:24 123:19 128:18

**Center** 90:22

**Centers** 36:6

**certified** 9:15 11:14 12:18

**certify** 6:3

**cetera** 132:13

**challenge** 101:15

**Chan** 7:3,16

**change** 82:14 112:2 116:13

**characteristics** 109:11

**characterization** 72:19,20

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 39 of 53 PageID #: 539

characterized 95:13

charge 13:9

charged 128:7

charges 127:5 128:1

charging 13:11

Charles 72:3

chemical 74:3 131:7

chemically 72:5,17

chemicals 26:23 27:1 37:22

chemist 64:16,17 73:15

chemistry 64:20,22,25

children 16:2,3,5

China 127:10

chosen 113:18

chronic 96:20

chronotropic 102:1

cigarettes 90:17

cite 50:13 63:5

cited 83:3 101:10 106:24 123:1

Civil 6:5

claimed 66:14

clarify 124:23 128:25

clean 27:20

clean-up 105:12

cleanup 22:10 23:14,24 24:2 30:24
  32:10 35:8 37:23 38:12,19 39:4 49:18
  68:8 69:3,4 98:8 103:24 107:5,6,21
  114:21 115:18 117:15,25 118:16

clear 79:20

client 125:7

Clinic 54:3,4

clinical 19:15,18 80:18 116:18
  130:22 132:13

clinician 69:16

clinicians 66:10

close 63:22

clothes 27:12

coast 35:16 36:23 38:17,22 105:21

coauthor 52:14 91:13

colleague 20:16

colleagues 134:1

Colorado 45:10

column 98:18 113:4 118:24

combination 61:18 62:7 63:25 64:7
  73:23

command 35:13,16 116:14

commencing 6:9

comment 21:6

comments 56:13

Commissioner 6:3

company 6:19 40:7

Comparative 98:1

complained 115:16

complaining 104:22

complete 126:23

completeness 67:16

complications 67:19 68:6,11,16

complies 98:17 99:9 108:2 113:2

component 19:16

composition 74:3

comprised 35:16

computer 18:18,20

con 13:25 104:4

concentrated 24:25 74:22 93:20

concentration 74:19

concentrations 99:20

concept 130:8,24

concern 69:16

conclude 73:7 102:12,23

CONCLUDED 134:21

concluding 102:4

conclusion 20:7 96:11 102:4 109:19
  131:20

conclusions 19:24 101:22 133:18
  134:2

condition 71:2,3 76:2

conditions 75:21 114:19

conducted 37:21 38:11 52:1

confidence 88:21 89:7

confounding 87:13 119:23 120:1

conjecture 32:2

conjunctivitis 43:15

connect 86:12

connection 85:17

cons 100:4

consequences 96:21

consideration 78:4

considered 17:17 132:17

consist 58:12

consisted 57:5

consistency 59:3,18

consistent 59:9 66:15,16

constellation 110:17 112:14

constituents 29:5

contact 16:22

contacted 47:22

contained 39:21

context 8:5,6 13:25 89:18 93:10
  119:12 126:16 133:5

continued 61:3,9

continuing 81:3

continuously 131:5

contributed 92:3

control 35:8,21 36:7

conversation 104:6,9

conversational 8:20

Cookeville 54:8

COPD 46:25 96:25

copy 57:21,23,25

Corex 94:25

corexit 22:15 26:13,15,16,23 27:12,
  13,15,17 28:8,10,11,16,23 29:2,5,8,9,
  14,21 30:21 31:3,13,24 32:3,10,18,
  23,25 33:1,8,13 34:11,17 37:21 39:21
  40:5,13 41:2,16,19 42:6 43:1,2 45:20,
  23 48:6,16 49:14,20 50:21 51:2 52:2,
  9 55:19 57:12 59:22 61:5,8 62:25

63:18,23 64:9 66:17 67:4,8 68:20
71:9 73:10,17,19,22 74:2,11,12,19,21
75:6 76:22 77:1,5,8 79:23 83:24
92:20,24 93:6,12,14,16,22 94:3,4,10,
16,25 95:22,25 96:14 98:3,4,7,24
100:10,12,16 101:8,23 102:5,14,24
103:3 105:2,3 107:15 110:18,21
111:6 112:24,25 117:5,8,14 120:11
121:14,15 122:13,19 123:13,20 124:3
125:1 126:17,20,23 130:13,16,23
131:4 132:6,22 133:11

**Corexit/crude**  61:17 62:7 63:25
64:7

**corral**  24:4

**corralling**  27:10

**correct**  9:12 10:25 11:3,7,22,23 16:9
19:5,19 20:22 25:11 26:4 30:6,14
33:4,24 34:1,23 35:1,24 37:16 42:23
44:19 46:9,20 47:11 50:3,20 56:17
60:8,12,17 63:13,18,19 67:12 68:8,
16,18 71:6,18 72:14 74:12 75:17
76:12,15 77:16 78:13 79:12,17,18,21
80:8 81:15 90:6,7,9,18 91:14 92:8,20
93:6 94:6,7 96:1 98:5 100:13,17
102:9,15,21,25 103:5 104:9 105:4
107:17 110:22,23 114:1,25 115:6,22
117:9 119:6 120:4 122:10,20 123:8,9,
14,25 124:4,5

**correctly**  44:24 68:3 74:2 78:10
122:1 123:11

**correlate**  94:4

**correlation**  93:13 97:13

**correlations**  87:2

**Cough**  104:13

**counsel**  6:6

**couple**  47:23 99:14

**court**  6:1,21 7:7,12 8:22 9:1 16:24

**cover**  128:17

**coworkers**  55:14,16,21,24 56:5,13
57:24 126:9

**crabs**  92:17

**create**  24:21 25:20

**creatures**  100:11 132:2

**credibility**  127:13

**crew**  23:19

**criminal**  127:5 128:1

**criteria**  83:17 89:14

**critical**  9:21 44:23 129:5

**cross**  127:22

**cross-sectional**  87:4,8 106:24
107:2 111:21 118:4,7

**crude**  27:5,8 49:18 64:11 106:6,8
130:12

**cultures**  112:17

**current**  13:4 99:15,18

**CV**  10:6,7,9,21 46:17

**cytokine**  123:16

---

## D

**D'ANDREA**  118:2

**Daily**  103:12 104:5

**damage**  24:24 27:6 40:24,25 41:9
46:24 61:19 62:11,13,14,17,20 63:4,7
64:10 65:24 68:1 129:16,20,23 130:1,
4,18 131:25

**dampen**  77:8

**dampened**  77:4

**data**  20:6,11,18,21 21:17 38:2,8,19,
24 40:9 42:15,16,22,23 51:11 56:20,
21,25 57:2,5,8,11,12,14,19 58:1,4,12,
14,19 78:25 98:23 99:7 113:8

**date**  6:4,23 36:25 103:13

**day**  6:6 22:14 125:3

**days**  23:9,23 101:13,20

**deal**  12:14 120:3 132:5

**dealing**  63:17 86:18 105:24

**deals**  51:2

**death**  128:13 129:7 130:18

**decline**  69:10

**deep**  37:8,12

**deeper**  128:22,24

**Deepwater**  34:22,25 36:18 37:2
67:18 68:7,12,14 79:6 98:8 105:25
106:14,19 111:7 115:17 118:1 123:4
125:4 126:18 127:7

**defendants**  15:3

**defense**  128:19

**define**  49:6,9

**defined**  95:1

**definition**  85:5 128:11

**degree**  52:9 64:20 82:8

**delayed**  80:11,15,17 81:5

**delusion**  75:3,6

**demographic**  109:10

**demonstrate**  94:9,15 95:20 96:14
107:15

**demonstrated**  94:20

**demonstrates**  95:3

**depending**  112:1

**depends**  26:20 30:17 43:9

**deposed**  7:23 8:3 14:16

**deposition**  6:17 7:24 9:3,7 13:14
134:19,21

**depositions**  44:1

**depth**  18:15

**dermal**  111:5 115:17

**description**  51:16 128:15 131:19

**descriptive**  84:25 85:3,6,10,11 86:7,
21 87:4,12

**destroyed**  128:23

**detail**  17:16 18:15

**details**  127:4,5

**determine**  27:15,24 28:11,24 29:21
86:8 118:8 132:19

**determining**  24:20 25:7

**develop**  120:12

**development**  82:4 94:16 112:2
117:24 129:3 130:25

**deviated**  85:9

**diagnose**  59:15

**diagnoses**  78:5,7,22

**diagnosis**  49:25 50:2 59:2,4,8,11,
13,14,19,23 66:15 78:8,22

**die**  128:18

**died**  86:17

**difference**  19:10 90:4 109:18 121:7
131:6

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 41 of 53 PageID #: 541

**differential** 78:5,7,8,18,22

**difficult** 39:19 81:6 85:18 86:23 97:18

**difficulty** 70:10

**dilute** 93:22

**diluted** 74:6,13,14,18,20,24 75:1 93:21

**direct** 112:20,23 128:6

**directly** 96:23

**director** 10:4

**dis** 39:7

**disagree** 37:13 39:7

**Disaster** 118:2

**discussion** 100:2,3 101:1

**disease** 10:2,18 36:7 46:15,21,22 47:1 48:7 49:15,20,23 59:22 65:13 66:18 67:6 68:23 71:6,11 73:5 82:9 85:8,13 88:11,12,14 89:2,9 95:11,12, 13 96:21 111:23 112:2,9,12,14 120:25 121:1,5

**diseases** 9:19 70:1,2 81:9 102:14 120:18

**dispersant** 26:16,18 65:23 92:18 99:20 101:7 107:5,6,11,14

**dispersant-use** 99:15,19

**dispersants** 33:17 83:22 98:2 130:13,17

**dispersed** 125:2

**distance** 81:8

**distinction** 32:22

**distributed** 24:23

**distribution** 126:17

**District** 6:21

**Division** 6:22

**Doctor** 19:8 24:15 103:11 105:10 111:4 117:22 121:21 122:25

**document** 17:7 53:18

**documented** 126:21

**doddery** 80:19

**dollar** 13:11

**domain** 39:17

**dosage** 130:24 131:15 132:5,22

**dose** 24:20,23 25:1,2,14 27:16,24 28:5 29:14 30:1,8,21 42:9 62:16,19 63:6 114:5 121:11

**doses** 63:9

**draft** 18:9,10 19:1

**drafted** 18:15

**drafting** 13:24

**draw** 32:22

**drenched** 27:12

**Drilling** 118:1

**drive** 125:20

**due** 87:13 127:4

**duly** 6:14 7:10

**DWH** 111:7

**dysfunction** 120:13,21 121:3

**E**

**earlier** 7:17 22:3 24:15 32:17 107:1 114:23 124:24

**early** 72:4

**EC9500A** 101:8,23 111:6

**EC9527A** 111:6

**effect** 67:5 81:9 86:8,14 88:6,7 101:18 102:14 105:1,2 114:25 115:5

**effects** 33:16 67:7 92:16,23 98:13 100:13 102:1 104:23 112:21,24 117:25 122:7 123:12 131:11 134:10

**effort** 34:4

**efforts** 23:14 33:7 34:23 35:4,8,23 36:3 38:12

**eggs** 127:10

**element** 133:23

**else's** 20:14

**embryo** 99:2

**employ** 83:25

**encompassing** 13:23

**encountered** 41:19

**end** 52:4 75:19 110:4

**ends** 134:18

**enhancement** 131:6

**enormous** 128:19

**entirety** 18:3

**entitled** 77:19 78:4 98:1 101:6 105:11 111:4 117:24 123:3

**environmental** 10:3 11:12,24 12:4 65:17

**enzyme** 76:12,13,14,16,21,23 77:3, 13,18

**EOL** 42:10

**EPA** 35:17 116:9,16

**epi** 96:2

**epidemiologic** 84:20

**epidemiological** 88:21 92:8 98:12 102:9 104:1 116:11 122:6 123:8

**epidemiologist** 11:10,15,17 84:17

**epidemiology** 11:13,20 63:16,19 84:18,25 85:3,6 87:21 88:1,18,25 89:18,21,25 90:1,9

**epithelial** 50:22 63:21 77:21 93:3,12 96:1,3,5,22 121:24 128:17 129:16,19, 22,25 130:4,18

**epithelium** 61:5 62:20 63:3,4,8,15 64:12 67:5 75:17 79:24 92:16,24 94:21 95:2,14 128:20,23 129:7 131:25

**equivalent** 129:16,17 130:4

**establish** 85:12 87:8 88:1,6,10 89:1, 8 90:8,11 107:3 111:22 121:11

**established** 43:1

**ethical** 132:17 133:3

**evaluate** 20:5,10,12

**evaluating** 88:21

**evaluation** 101:6 130:21,22

**event** 129:14

**eventual** 112:13

**evidence** 31:2 33:23 43:20 65:12 79:23 90:21

**exacerbate** 96:23 97:2,5

**exacerbation** 69:9,13 75:20

**exam** 21:16

Case 2:20-cv-00051 Document 86-2 Filed 09/24/21 Page 42 of 53 PageID #: 542

**examin** 62:7

**examination** 6:11 7:14 20:18 124:20

**examine** 21:7 38:14,21 43:22 78:23 122:9 123:18

**examined** 6:14 7:10 38:2 42:21 59:15 78:12

**exceeded** 41:20

**excess** 110:8

**excuse** 28:1 75:8

**executed** 53:15

**exhibit** 9:2,4 16:25 17:3,5 91:6,8 97:22,23 101:2,3 103:8,9 105:7,8 111:1,2 117:19,20 121:19 122:22,23 123:2

**exist** 41:21 87:14 96:16,17 99:19 104:25

**existed** 39:16 116:23

**exists** 20:6 87:17

**experience** 130:12

**experienced** 126:10

**experiment** 57:10 133:19

**experiments** 132:10,14,18

**expert** 8:6 11:19,22 13:5,10,15 14:4, 7 15:7 17:1,6,9,12,25 20:17 21:20,25 44:16 47:22 56:17 57:15 64:21 83:3 84:12,14 101:10 123:1

**expertise** 64:14 92:2

**explain** 51:6

**explained** 30:16

**Exploration** 6:18

**explosion** 86:13

**expo** 105:3

**expose** 68:20

**exposed** 12:15 22:14 27:8,16 28:11, 13,17 29:3,18,22 30:14,22 32:3,7 41:24 42:13 49:17 67:3,11 71:10 76:21,25 77:1,12 92:18 93:13 94:5 102:16 108:5,16,20 109:5,14,21 110:14 114:15 117:14 118:18 121:14 122:9 123:19

**exposure** 14:24 27:6 29:14 31:12, 14,23 40:15,19 41:5,10,11 42:1,17 43:18,21 45:20,23 49:20 59:22 65:13 67:8 68:23 69:1 70:2,5,8,18 71:4,17

73:9 77:7 81:5,7 82:6,10 85:13 86:9, 19 87:23 88:11,13 89:2,9 94:10,16,25 95:21,25 96:14,22 101:9,14,18,23 102:5,14,24 104:23 105:3 107:15 109:12 112:1 114:5 120:11 124:4 132:15

**exposures** 10:3 29:17 68:1 111:23 132:16

**express** 104:10

**expressed** 131:20

**extensive** 10:7

**extent** 29:16 129:2

**extrapolate** 104:21

**Extrapolating** 99:12

**eye** 28:4 43:13,15 111:5 115:17 116:2

**eyes** 43:14

## F

**face** 20:15 21:15

**fact** 51:5 65:22 66:25 123:10

**factor** 130:24

**factors** 87:13 119:24 120:1

**facts** 125:15,25 127:3

**factual** 126:19

**fair** 11:9,19 17:12 19:8 25:14 29:20, 25 31:1 41:15 46:13 64:15 74:4,8 94:2,14

**fall** 19:17

**familiar** 12:16 41:4 72:24 84:19 87:20 89:13 90:20 111:9

**Family** 54:5

**fate** 73:16

**fault** 100:23

**Federal** 6:4 90:22

**fee** 13:4

**feel** 44:2

**FEMA** 35:9

**fence** 95:15

**fibrosis** 10:18,19

**field** 11:3,6 12:9,16 13:2,15 19:5 40:12 44:21 64:21,25

**figure** 56:6 57:20 67:23

**filed** 6:20

**files** 56:20,21,25 57:5,14 58:1,5,12, 19

**find** 39:20,22 52:12 58:7 65:21 83:6 84:2,7 86:4 96:10,15 112:20

**finding** 104:22

**Findings** 111:8

**fine** 8:25 17:2 28:6,20 51:24 81:2,18 82:19

**finish** 8:17

**firm** 15:6

**fish** 92:17 132:1

**fishermen** 107:25

**fits** 51:15

**Florida** 45:10

**focused** 46:14,15

**folders** 56:1

**follow** 20:1 107:19 115:5

**foregoing** 6:5

**foreseeable** 61:18

**form** 17:24 27:19 31:5 32:4 41:22 43:4 49:12 66:3 68:17 72:5,8,17 75:9 78:15 79:13 83:12 87:4 94:12 95:12 96:6 103:2 124:3 126:24 127:8,21 130:6 131:9,17 133:13,20 134:7

**formal** 59:2,11

**forms** 130:12

**formulate** 57:16 60:7

**formulating** 39:11 58:21 60:25

**found** 59:9 63:3 93:14,17 131:21,24

**foundational** 83:9

**fourth** 98:19 103:22

**fourths** 118:24

**frame** 32:10 39:24 46:2

**frequently** 88:12,14

**Frist** 54:2,4

**Fuel** 106:13

Case 2:20-cv-00051 Document 86-2 Filed 09/24/21 Page 43 of 53 PageID #: 543

**full** 112:16

**fully** 74:21

**function** 71:19 80:23,24 101:24 102:2,6 129:2

---

**G**

**gave** 22:25 32:17 116:22

**gears** 82:14 83:1

**general** 48:10,20,25 49:4,6,11,13 65:7 88:1 90:5,8,12 98:22 100:16 117:8 122:18 124:3 130:5 133:17

**generally** 65:2,5,20 80:3 128:15 129:21

**generic** 25:8 129:17,22

**generically** 69:25 89:25

**genetic** 71:7

**gentleman** 44:6

**Gilley** 6:1

**gills** 92:17 132:1

**give** 14:14 51:8 58:9 62:25 112:13 131:18

**giving** 13:13

**goal** 48:14 79:24

**good** 44:14,15 55:22 77:2 82:13,18

**Google** 52:13

**Gosh** 13:21 45:16 84:6

**grade** 116:10

**grants** 46:22

**greater** 109:4

**grief** 55:22

**Group** 54:8

**guard** 35:16 38:17,22

**guess** 15:25 19:17 33:11 42:14 59:20 60:24 66:21 75:2 79:19 80:13 83:10 93:24 97:10 98:18,19 99:10 105:14 107:12 112:15 118:23

**guide** 53:12

**guideline** 116:10

**guidelines** 33:7,13 99:16,19 116:16

**Gulf** 22:10 23:10,13 24:13 30:24

32:10 33:7 34:12,17 36:23 37:22 65:11 74:20 75:7 93:14,17 111:8,9, 13,16 114:20

---

**H**

**half** 81:2

**halfway** 120:14,15

**hand** 91:10

**handed** 101:5

**happen** 97:21 133:22

**happened** 18:10 34:25 66:24 81:14, 17 86:13 126:3

**happening** 89:23

**hard** 39:21 40:1

**harm** 24:21 25:1,7,20,24 27:3,15,25 28:12,19,25 29:2,3,6,10,15 43:3 99:21 130:23 131:1 132:6 134:6

**harmed** 30:12 73:9

**harmful** 25:24 43:8

**Harrison** 6:7

**hat** 19:22

**head** 14:13 34:24 45:16 51:21

**health** 36:2,10,11 65:17 98:12,13 100:13 109:10 112:21,24 114:19 117:25 120:5 121:22 122:7 123:4

**healthy** 132:20

**heard** 35:12 41:13 84:24 89:17

**helping** 77:16

**Heme** 50:20 51:18,19,20 76:24

**high** 99:21 121:15

**higher** 129:6

**Hill** 89:13

**histories** 79:11 115:10

**history** 54:15 55:3,4,8 59:16 67:18 68:5,11 69:23 78:19,24 79:9 115:21 120:4

**hits** 74:2

**HO1** 51:22 52:1 61:6,7 63:11 74:11 75:3 76:9,20 77:8,17,23 91:6 104:18

**honest** 125:8,12

**hope** 38:13 44:9 50:19 124:23

**Horizon** 34:23,25 36:19 37:2 67:18 68:7,13,14 98:8 105:25 106:14,19 111:7 115:18 118:1 123:4 125:4 126:18 127:7

**hour** 13:9,12,21,22

**hours** 13:17 22:14 24:12

**house** 14:24,25

**Howard** 7:5

**huge** 58:17

**human** 63:7,8,14,17,23 64:12 65:10 69:15 77:1,21 92:8,16 93:2 94:10,17, 19 95:21 96:15 97:13 98:12 100:17 102:9,21 103:4 107:16 112:21,24 117:5,9 120:5 121:23 122:6,10,14,16, 19 123:7,25 124:4 131:1 132:6,10 133:10,19 134:6,12

**humans** 92:24 98:14 100:13,14 123:8 132:1,16

**hurt** 79:23

**hygiene** 11:3,6

**hygienist** 10:25

**hypothetical** 69:2

**hypothetically** 70:4

---

**I**

**idea** 39:1 114:14 115:20

**identification** 9:5 17:4 91:9 97:24 101:4 103:10 105:9 111:3 117:21 121:20 122:24

**idiopathic** 10:18

**illness** 9:21

**illnesses** 67:25 96:20,24

**imagine** 97:17

**immune** 101:25

**impact** 121:22 123:3

**impacts** 20:21

**impartial** 20:9

**important** 25:5 43:17 68:4 129:5

**importantly** 67:17 126:20

**incidence** 88:15 108:4,17 109:5

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 44 of 53 PageID #: 944

incident 108:8 110:14

include 21:1 60:22

Incorporated 6:19

incorrect 79:8

increased 110:13

independent 24:12

India 86:13

Indiana 45:10

indicating 120:17

individual 20:25 27:16 28:10 30:12
70:4 76:21 87:23 90:3,16 94:17

individually 91:5 92:1

induced 72:5,18

industrial 10:25 11:3,6

inflammation 96:23

information 17:16,19 20:19 22:25
24:12 39:15,20 40:4 54:14 58:20
78:24 80:8 114:19 128:6

ingested 63:17

ingestion 61:17,23,24 62:3

inhalation 28:22 61:20,25 62:2,5,6
101:8,15

inhale 65:23 66:18

inhaled 28:24 63:18 130:13

inhaling 63:23

initial 105:14

initially 39:19,23

injure 77:10

injured 16:4

injury 16:5 21:1 50:22 62:8,10 68:7

injury/inflammation 101:24

Insights 121:23

instance 92:19

Institute 36:9

institutional 133:8

instruction 127:13

intention 79:22

interrogatory 53:18

interrupt 22:19 31:19

interval 88:21 89:7

introduction 92:14

involve 129:3

involved 35:9 37:25 46:8 49:18 52:7
103:24 107:21

involving 126:23

irritation 64:12 111:5 115:17 116:2

issue 26:12 27:3,5 71:14 100:7
102:21 120:10 127:7 132:5

issued 17:6 21:23

issues 26:23 49:2 66:14 69:11 71:17
79:6 115:21 120:6

## J

Jarvis 7:5 43:24 44:5,9,12 100:22
127:9,14,16

John 6:18 125:7

journal 51:14 52:5 65:17

Judge 127:17

Judicial 90:22

June 6:6,23

jurisdiction 15:16

jury 127:15

## K

Ken 7:1 17:1 82:17 127:19

kill 26:2

kind 14:21 32:24 50:9 82:12 83:8
89:22 113:24

kinds 10:2

Kingdom 99:20

knew 86:15

knowing 93:11 125:1,5 126:16,19,
22,25

knowledge 11:12 23:5 32:9 34:3
35:3 127:4

## L

lab 42:11

land 33:19

lands 26:21 30:17 43:9

large 6:3 24:23 25:4,24 92:15 107:19

largely 92:18

larger 86:25

larval 99:2

law 15:6

lawyer 16:1,6,8

layman's 128:15 129:10 130:5
131:19 133:24

lead 96:23 129:20

leading 46:25 48:15

leaking 37:6

led 81:21

left-hand 113:4

legal 73:11,12,14 133:2

Lets 103:7

level 41:20 43:2,8 63:6 121:11

levels 29:14 30:21 37:21 67:11 93:5,
12,14,16,25 94:1,3,4 114:14 116:10
121:15

license 45:1

licensed 45:3,6

life 8:4 67:20 68:12

likelihood 130:25 131:6

limit 40:19,24,25 41:5,11,12 42:5
43:18 59:2,17 73:6

limitation 114:13 119:18

limitations 113:10,13 116:6,7 119:1,
5,22

limited 60:22

limits 31:12,14,15,23 40:15 42:1,4,6,
17

lined 96:3

lines 77:21

list 10:7 52:16 60:20,23 61:1

listed 17:25 53:22 65:15 91:13

literature 62:22 83:3 112:7 117:23

litigation 47:10

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 45 of 53 PageID #: 545

**live** 26:1 65:11

**local** 15:10

**locate** 83:11,18 84:1

**located** 36:18

**location** 28:14 43:19 125:3

**locations** 34:7,10

**long** 14:6 15:9 37:3 46:1 47:14 58:6 131:10

**long-term** 61:18 67:7 117:25 131:7, 11

**looked** 19:3 21:12 40:6,9 42:14 46:17

**losing** 80:24

**lost** 71:22 80:22

**lot** 19:12 39:20 64:13 77:6 79:20 86:24 91:16,24 93:20 116:13 128:8

**lots** 61:8

**low** 99:1,5

**lower** 109:19

**lung** 10:1,17 48:7 49:15,19,22 65:24 71:19 80:23,24 81:11 83:21 90:16,18 101:24 102:14 121:22 123:4 128:22, 24

**lungs** 9:20 46:25 68:2 80:20 82:8 123:19

**M**

**Maas** 6:18 7:1 16:10,16 22:4,10 23:6, 14,16 24:2,13 27:2,7 29:21,23 30:9, 21,22 31:2 32:3,7 34:16 41:19 43:21 50:1,3 52:22 53:15,19 54:18 59:2,11, 15 66:14,25 67:1,8,11 68:5 72:4,21 76:1 78:12,22 79:10 80:6,9 81:14 82:1,3 94:5 125:8 126:1,8

**Maas's** 52:19 55:13,16,24 56:5 57:24 62:8,9,14 81:22 125:17 127:3

**Macondo** 106:14

**Madame** 9:1

**made** 19:5 83:19

**main** 84:20

**make** 10:24 15:19,20 26:10 30:19 50:12 52:18 54:17 56:7 61:1 71:13 72:6 74:1 75:19 76:10 87:2 93:9 110:17 116:25 131:5 132:4 133:25

**makes** 86:5

**making** 100:5

**mammals** 132:2

**manner** 20:9,10

**manual** 90:21,25 97:11,12,14

**marijuana** 82:1,3,6,10

**mark** 91:5,6 97:22 101:2 103:7 105:6 110:25 117:18 121:18 122:22

**marked** 9:2,5 16:25 17:4,5 91:9 97:24 101:4 103:10 105:9 111:3 117:21 121:20 122:24 123:2

**marks** 6:16 49:22 66:6,9

**material** 22:24 57:12,19

**materials** 13:24 17:20,23 52:17 60:6,12,25 125:19,22,23 128:22,24

**matter** 6:17 13:18,19 17:6 20:25 125:11

**Mcleod** 7:3,13,15,16 9:1 16:24 44:6, 11,13 82:17 100:19,23 103:7 110:25 117:18 121:18 124:6 126:24 127:8, 19,24 130:6 131:9,17 133:13,20 134:7,17

**means** 18:6,7 49:11,14 59:6,7,20 71:1 120:21 128:9

**mechanics** 18:11

**mechanism** 128:19

**medical** 21:2,13,14 45:1 49:1 53:22 54:8,11,13 55:7 79:9 81:21,25 115:10,21 116:1 127:20 128:11 129:17 130:21,22 132:18 133:5 134:3

**medically** 129:17

**medicine** 9:16 10:4,14 11:12,25 12:2,4,6,9 25:11,13,17 44:18 45:3,6

**meetings** 51:5

**members** 23:19

**mentioned** 11:24 52:1

**mentor** 52:15 61:9

**mentors** 52:15

**Merit** 6:1

**messy** 86:24

**met** 7:17 16:16

**methacholine** 101:15

**method** 19:23 20:1,5

**methodology** 77:20 83:11

**Mexico** 23:13 93:15,17

**mi** 73:21

**mice** 123:13,19 133:15

**micelles** 26:19 73:21,22

**micro** 74:25

**micrograms** 62:19,25 63:10 74:25 121:14

**Middle** 6:21

**mile** 37:12

**miles** 33:14

**million** 131:22,23

**millions** 86:16

**mine** 8:24

**mini** 62:18

**minimal** 61:17 62:2,3

**minutes** 82:17 131:4

**misplaced** 97:20

**Mississippi** 36:23 44:7

**mistaken** 103:13

**mistakes** 79:11

**ML** 74:25

**Mobile** 86:13

**Model-based** 123:5

**molecules** 106:5

**monolayers** 63:21

**months** 22:14,15 23:11,12,23,24 29:19 32:14,16 47:23,24

**Mouse** 123:5

**moved** 7:19

**multiple** 132:2

**N**

**NADPH** 77:5

**Nalcor** 40:7,8

**names** 6:25 55:20

**narratives** 31:8

Case 2:20-cv-00051 Document 86-2 Filed 09/24/21 Page 46 of 53 PageID #: 546

**nasal** 85:9 109:20

**national** 35:17 36:9 51:4

**naturally-occurring** 76:13,14

**nature** 130:17

**nautical** 33:14

**needed** 20:20 29:14 71:3

**nexus** 94:9,16 96:14

**NIOSH** 37:18,20 38:5

**nods** 14:13 34:24 51:21

**non-exposed** 108:9,24 109:6,14,22 110:15

**non-smoker** 67:25

**nondetects** 42:17

**nondiluted** 74:12

**nonexistent** 131:24

**Northeastern** 6:22

**Notary** 6:2

**notice** 9:3,6

**noticed** 86:3

**number** 6:20 9:4 17:3 23:19 32:18, 21 56:19,23 57:18 58:17 63:9 91:8 97:23 101:3 103:9 105:8 111:2 117:20 118:19 121:19 122:23

**numbers** 86:25

**numerically** 89:3

---

**O**

**object** 27:18 31:5 32:4 41:22 43:4 49:12 66:3 68:17 75:8 78:15 79:13 94:12 96:6 126:24 127:8,21 130:6 131:9,17 133:13,20 134:7

**objection** 17:2 28:2

**observation** 37:1

**observations** 59:3,18

**observed** 101:13

**obstructive** 96:21

**occasions** 111:25

**occupation** 12:6

**occupational** 12:2,3,6,9 36:2,11 40:19 42:1 79:9 120:3

**occur** 29:15 43:3 71:3

**occurred** 75:6 134:10

**occurring** 80:20

**occurs** 88:12,14 129:14

**ocean** 37:1,9 73:18,21,24 100:11

**Oceanic** 35:17

**odds** 89:17,20,23

**OEL** 40:21 41:1

**OEL's** 42:25

**OEP** 41:20

**offer** 11:5 17:14 48:9,14 49:4 59:2 64:24 70:6

**offering** 12:8 13:1 59:10

**office** 18:16

**Offshore** 118:1

**oil** 24:4 27:5,8,12 34:4,23 35:4 36:18 37:1,6 49:18 61:17 62:7 63:25 64:7, 11 73:22,24 98:2 101:7 105:13,15,21, 24 106:1,6,8,12,13,14,18,23 107:7, 21,22 110:19 111:7 115:9 117:15,25 120:6 121:22 123:4,20 130:12

**onset** 72:4,8,9 80:11,15,17 129:3

**open** 99:22

**operations** 103:24

**opinion** 17:17,20,25 20:17,20,22 26:11,23 27:3 29:13 39:11 48:9 49:4, 19 58:21 60:7 61:1 62:6,12 66:14 70:6,12 71:16 73:16 78:21 83:12 88:24 100:16 103:3 117:8 121:2 122:18 124:3 130:23 133:16

**opinions** 11:5 12:8 13:1 17:13 48:23 50:7 57:17 64:24 79:10 126:7

**opportunities** 113:8

**Opportunity** 23:6

**oral** 6:10

**order** 19:24 20:6,10,17,20 27:14,24 28:24 29:15 57:16 60:7 62:17 68:6 71:2 88:9,25 89:8 90:8,11,15 100:20 115:2

**organisms** 99:22 132:2

**Organization** 36:2

**organs** 132:1

**OSHA** 37:16,20 38:3 42:1

**OSHA's** 42:4,5

**outcome** 86:9

**outdoor** 33:20

**oversees** 91:25

**overview** 58:23

**ox** 77:5

**oxidants** 77:4

**oxidase** 77:5

**oxygen** 26:6 77:7,9,10

**oxygenase** 50:21 51:18,19,20 76:24

---

**P**

**p.m.** 6:9,24 82:21,24 124:8,11 134:20,21

**paper** 20:14 46:18 52:1,7,14 58:22 63:10 74:11 75:3 76:10 77:24 91:21, 24 93:1 96:8,13,17 99:6 100:2,3 102:4 104:18 107:14

**papers** 50:23 58:24

**paperwork** 53:3,4

**paragraph** 46:7 47:7 48:17 50:6 52:16 59:1 60:2,3,5 61:16 66:12 67:14 71:21 72:23 75:13 76:8 77:19, 20,23 78:3 83:5 92:14 99:11 103:22 112:16,19 118:25 120:14

**parse** 21:11

**part** 12:3,4 20:4 29:9 56:17 57:19 58:20 61:3,7 72:2 81:17 85:23

**parties** 7:4,6

**partner** 43:25 44:11

**parts** 19:3 131:22,23

**pass** 133:8

**past** 59:25 60:10 61:4

**pathological** 95:24 129:14 134:9

**pathway** 43:18,19,21

**pathways** 123:16,20

**patient** 10:1 16:10,14 21:8,18 22:4 45:19 54:11,12 55:1,7 80:21

**patient's** 80:22

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 47 of 53 PageID #: 547

**patients** 10:1,2 12:15 45:11,14,24,25

**patios** 33:20

**PBS** 74:17

**peer-reviewed** 51:12,13 52:5 62:21

**PEL** 41:5,7,20 42:10

**PEL's** 41:16 42:25

**people** 16:1 33:19 65:12 85:9 86:16 92:1 104:22 107:9,20 109:21,22 113:17 114:15,20 115:9,11,15 116:13 117:14 118:13 129:5 132:18

**percent** 80:23 108:5,9,18,22 109:17, 22,23

**perfectly** 43:16

**performed** 22:10 38:9 134:1

**performing** 24:2

**period** 22:13,14 29:2,19 86:19 126:17 131:5,12

**permeability** 94:21 95:2,14 134:11

**permissible** 41:5

**persistent** 105:11 107:22

**person** 16:16 31:18 42:12 45:22 67:9 68:22 69:4,22 71:9,10 72:16 73:9 77:12 104:7 125:8,12 131:3,7 132:20 133:22

**person's** 52:13 68:22 70:7 109:6

**personal** 52:21,23,24 53:15 56:19, 21,25 57:5,14,25 58:4,11,14,19

**personally** 32:7 59:16

**persons** 15:24 108:5,9 109:5,14 118:19 119:13 121:13

**perspective** 133:24 134:4

**Perspectives** 65:17

**pertains** 42:6

**petroleum** 64:11

**Phd** 52:8 61:10

**phone** 16:19 125:13

**phrase** 35:12 49:21 61:16 63:24 64:4,6 65:2 70:22 72:1,22,24 73:2,12, 13,14 78:7 80:11,18

**physical** 21:16 54:16

**physician** 19:18 67:4

**physicians** 19:12 65:21,22

**physiological** 80:19

**physiology** 81:12

**picked** 113:22,23

**pictures** 58:16

**piece** 112:7

**pieces** 117:23

**place** 33:8 34:8,11 71:22

**places** 33:19 34:13

**plaintiff** 7:2 15:2,23

**plan** 12:8 13:1 17:13

**playing** 16:2

**plays** 76:21 129:4

**pled** 127:6

**point** 37:9 44:2 65:7 71:6 80:25 84:13 96:13 98:8 100:5 107:12 118:23 120:13 126:15 127:2

**poor** 116:20,23 117:3

**population** 85:10,21 86:5,15 87:24 107:16 108:17 109:11 110:14,15 111:13,16 122:10

**populations** 90:1

**portion** 67:15

**possession** 55:1

**possibility** 60:1

**Possibly** 116:21

**post** 65:13 104:23

**post-incident** 54:11

**poster** 51:10

**potential** 24:21 122:7 130:23

**Powerpoint** 51:9

**practice** 45:3,6

**pre** 57:25

**pre-** 54:10

**pre-existed** 70:14 120:6

**pre-existing** 75:21

**pre-incident** 54:12 55:1,7

**precede** 114:25

**precipitated** 71:10

**predicated** 126:7

**predict** 133:22

**predominantly** 48:8

**preexisting** 76:2 96:24

**preliminarily** 66:19,23

**preliminary** 26:9

**premise** 24:19 65:3,20

**prescribe** 25:11,13,14

**presence** 88:12

**present** 6:24 29:15 37:22 105:24

**presentation** 51:9

**presentations** 51:8

**presented** 51:4 79:15

**prestige** 105:13,15 106:23 107:7 110:19

**prevalence** 85:8

**previous** 123:17

**previously** 87:11

**price** 127:10

**primary** 79:24 91:23,24

**prior** 62:4 67:17,25 68:12 70:5 71:17 79:6 84:13,15 109:11 114:20 115:9, 21

**probability** 66:7,8

**probable** 66:4,9 67:6 68:14 70:7 73:5,8

**problem** 73:5 78:9 81:9 85:22 113:18,21

**problems** 86:3 87:13 107:2 114:3 116:2 118:7

**Procedure** 6:5

**proceedings** 6:11

**process** 129:11,14 134:10

**processes** 111:23 112:9

**produce** 25:23 56:16 58:4,13 130:14

**produced** 60:11 61:2 77:14

**production** 6:18,19 53:18 104:14

**professional** 50:10,13

**professor** 44:18

Case 2:20-cv-00051 Document 86-2 Filed 09/24/21 Page 48 of 53 PageID #: 548

**profile** 52:22,23,24 53:15

**program** 10:4,5 23:6

**progress** 70:1 81:10

**progression** 69:15

**project** 92:1

**pronounce** 50:19,20

**propensity** 129:6

**proper** 89:7

**pros** 100:3

**protect** 77:3

**protection** 76:17 77:14 128:20

**protective** 77:2,18 128:21

**Protects** 50:21

**protein** 77:5

**provide** 48:5 57:14 58:9 65:7 78:21 79:22

**provided** 6:4 31:10 50:18 53:25 54:15 57:24 78:24,25 80:8 125:22

**providing** 77:14

**proximity** 70:21,24

**public** 6:2 39:17

**publication** 50:18 51:1 58:15,23

**publications** 10:7,8 50:11,13,15 60:20,22

**publicly** 39:16

**published** 46:19 51:12,13 52:10,11 57:1 61:13,14 78:1 90:22

**Pubmed** 84:2,3,5,8,10,12

**pull** 84:5

**pulmonary** 9:15 10:18 46:8 96:21 101:7,24 102:6 107:22

**pulmonologist** 9:13,18,19,24,25 19:9,11 25:10 30:4 42:8 72:3 120:22

**pulmonology** 44:21

**purport** 95:20

**purpose** 95:10

**pursuant** 21:24 127:20

**put** 19:21 24:3 34:21 129:9

**Q**

**quantify** 114:5

**quantitate** 41:23

**quantitative** 30:1,8

**quantitatively** 29:17,24

**quantities** 25:4

**quantity** 30:13

**question** 8:10,11,15,17,18 13:8 15:19 26:25 27:21 40:15 42:18 66:21 75:22,24 83:23 95:10,17,19 105:14 107:13 130:20

**questionnaire** 119:15

**questions** 7:21 8:9 22:5 48:11,15 64:13 83:2 89:25 91:11 124:13,15,16, 23 129:8 134:15

**quotation** 49:22 66:6,9

**quote** 103:20 128:5

**quoted** 103:15

**quotes** 103:20

**R**

**radicals** 77:9,10

**RADS** 120:24

**rapid** 69:10

**rapidly** 70:1

**rate** 88:15

**rated** 116:16,20,23 117:3

**ratio** 89:18,20

**rats** 102:10,11,13,15

**re-examine** 71:15

**reach** 19:24 20:6 80:25

**reactive** 77:7 120:12,18,21,24 121:1, 2,5

**reactivity** 101:13,18

**read** 18:23 21:6,13,16,20,25 22:11, 21,22 23:4,12 24:8,9,11 31:6,7 32:6 33:21 36:20 49:1 50:9 53:3,14 58:24 60:10,20 62:2,4,5 67:16 83:14 90:24 96:8 97:11,14 105:15 121:25 125:17, 19,23 128:4

**reading** 27:9 33:16,25 48:17 53:6

**reads** 92:14 97:3 99:18 101:12 112:20

**real** 63:22

**realize** 59:8

**reason** 37:13 39:7 56:2 116:22

**reasonable** 73:7

**recall** 8:7 14:6 15:15,18,22 47:18 48:3 53:14,17 54:20 57:4 84:9 111:18

**recent** 14:10,11 72:4

**recently** 10:11

**recess** 82:22 124:9

**recognize** 17:7

**recognized** 80:18

**recollection** 54:2 127:3

**recommended** 41:10,11

**reconstruction** 30:1,9

**record** 21:5 44:10 82:20,24 101:1 124:6,7,11

**records** 21:2,13,14 53:22,24 54:2,4, 11,13 55:1,7,11 72:14 81:21 82:1

**recoverable** 37:1

**red** 43:15

**Reddy** 118:2

**reduces** 87:17

**refer** 129:10

**reference** 90:21,24 97:11,12,14 130:3,5

**referencing** 77:22

**referred** 87:21

**referring** 84:21

**refers** 73:3

**regard** 66:13 126:20

**Regional** 54:8

**regular** 29:18

**regulatory** 31:15,23

**REL** 41:13 42:10

**REL's** 41:16,20 43:1

**relate** 128:14 129:11

**related** 9:20 48:6,20 58:15 68:23 83:21,22,23 84:12 86:6 89:24,25 90:2 112:13 114:19 115:16

**relates** 68:2 80:18 129:13 132:6

**relation** 42:10 127:6

**relationship** 86:22 88:10 89:2 114:24

**relationships** 87:9

**relative** 88:18,25 89:6

**release** 123:17

**released** 36:18 77:4,7,9

**relevant** 83:15

**reliability** 87:17

**reliable** 20:20

**reliably** 133:17

**reliance** 17:19 60:11 105:11 117:23

**relied** 17:20 113:7 121:22

**rely** 60:25 83:19 91:3 110:13

**remediation** 92:15

**remember** 8:2 14:21 15:6,8,10 21:25 31:20,24 32:12,13 33:16 36:16 44:6 47:20,21 48:2 52:20,21 53:20,21 55:4,5,15,17,18,20,23 83:5 84:6 103:16

**remiss** 43:25

**render** 20:17,20

**repeat** 13:8 20:13 64:1 94:13

**repeated** 101:8,23 102:5

**rephrase** 8:12

**report** 13:24 17:1,6,9,13,25 18:2,12, 13,19,21 21:17,20,23 22:1 23:2 26:9 44:16 46:7 49:24 50:14 53:6,7,11 56:17 57:15 65:15 69:21 79:20 80:2 82:13 83:3 91:4 101:10 117:24 123:1

**reporter** 6:1 7:7,12 8:22 9:1 16:24 104:7

**reports** 56:12

**represent** 6:25 54:22

**represented** 53:5,9 82:9

**requests** 53:19

**require** 11:12

**required** 61:17 63:6

**requires** 20:18

**research** 19:13,14,16,21 20:2 46:8, 13 48:6,7,15 51:25 52:2 56:19,21,25 57:1,5,9,14 58:1,4,12,14,19 59:4,9, 19,24 61:4,8,11 62:24 77:20,22 83:24 84:1 127:5 130:11,22 132:12

**reserve** 124:15

**respiratory** 9:20 50:21 61:5,19 62:1, 11,13,14,20 63:3,4,6,15,21 64:12 65:13 67:5,19,24 68:5,10,11,15 71:17 75:17,21 76:2,16 79:6,23 92:16,23,24 94:21 95:14 96:20,24 105:12 109:10, 20 110:4,9,22 111:5 115:16 117:16 128:16,23 129:7,19 131:25 132:1,6

**respond** 119:14

**response** 21:22 33:6 34:4,23 35:4,6, 23 36:3 37:7 38:19 39:4 115:1

**responses** 53:18 101:25

**responsible** 35:10 38:18 91:21

**restrictive** 49:15,22

**result** 45:19,23 61:18 73:9 125:3

**results** 38:8,15 39:15 42:22 57:2,11 101:12 104:18

**retained** 15:7 84:14,15

**review** 20:21 54:13 56:22 81:20 116:10 133:8

**reviewed** 17:24 20:15 22:7 52:17,19 53:17,21,24 54:10 56:7,10,25 57:16, 17,19,21 58:20 60:7 62:22 83:20 98:23 105:17,18 111:15

**reviewing** 13:23 21:1 52:21 54:2 55:15 72:14

**Rig** 118:1

**right-hand** 118:23

**ring** 35:19

**risk** 88:18,25 89:6 110:8

**RNA** 123:18

**RNA-SEQ** 121:23 123:5

**role** 9:25 129:5

**room** 7:20 14:20

**rooms** 7:19

**route** 62:1

**Rules** 6:4

**run** 10:3 43:25

---

**S**

**safety** 36:2,11 57:12,19

**saline** 74:17

**salt** 26:4

**sample** 40:9 118:13

**samples** 39:1,7,11

**sampling** 38:3,8,12,15,18 39:14 42:15,16,21,22

**sat** 14:20 36:19

**schedule** 13:4 44:1

**school** 11:16 12:22

**science** 10:14 34:1,2 103:12 104:5

**scientific** 19:11,23 20:1,5,18 31:2 43:20 62:22 66:1 90:21

**scientist** 19:10,18,22 20:10 67:4

**scientists** 66:11

**Scott** 6:18

**sea** 74:2,7 75:7

**search** 84:4

**secondary** 59:22

**sections** 19:1

**selection** 113:14,16 119:8,11,18,19

**self-reported** 113:7,19

**senior** 91:25 92:4

**sense** 116:25

**sensitive** 99:3

**sentence** 59:5 60:2,19 62:4 64:2 67:16 98:20 99:14,15 101:11,17 112:19 113:6 118:25

**septum** 85:9

**served** 14:3,7 36:2,7,13

**set** 50:10

**settlement** 127:20

**severe** 49:15,22 64:11

**sheet** 57:12,19

**short** 81:1 82:11,22 83:1 94:20 124:9 131:12

**shortness** 104:13

**show** 70:2 85:16 86:1,21 95:23 98:23 104:25 122:13

**showed** 42:16,23 134:13

**showing** 117:14

**shows** 126:5

**shut** 37:4

**side** 48:7 104:22

**sighting** 14:24

**signaling** 123:16

**signed** 18:4,5,23

**significance** 67:21 88:20 114:24

**significant** 29:2,3 87:2 101:12,19

**significantly** 129:13

**similar** 21:23

**simple** 95:19

**sir** 63:12 123:15

**sit** 18:18,20 32:1 41:18 62:13 63:23 78:20

**site** 16:2 73:18

**situ** 34:4

**size** 118:13

**skin** 28:6,15 43:16

**small** 25:4,23 29:1 65:3 82:25 118:13 131:15

**smallest** 62:19

**smoke** 81:3

**smoked** 82:3 90:16

**smoker** 79:3 80:24

**smokers** 115:24

**smoking** 90:17 120:5

**soaked** 55:18

**soap** 28:4 43:12,13,16

**soluble** 73:24

**sort** 73:7,8 83:1 94:9 102:6 104:17

**sounds** 73:11

**sources** 84:8

**space** 24:5

**Spain** 105:21

**speaking** 70:4

**specialist** 12:6

**species** 50:22 77:7 99:2,5

**specific** 22:6 24:1 28:8 46:19 48:10, 20 54:1 66:13 81:5 84:4,23 86:3 90:5, 11 91:3,20 132:8 133:18 134:9

**specifically** 9:23 22:9 23:9,23 29:9 30:20 34:13 35:10 48:3 49:16 50:9 66:25 67:9 80:6 81:14 84:12 132:5

**specificity** 81:6

**speculation** 32:2

**spill** 34:23 35:4 37:2 67:18 68:7,13, 15 105:13,16,21,25 106:14,19,23 107:7,21,23 110:19 111:7 114:12 115:9,18,22 117:15,25 120:6 121:22 123:4 125:4 126:18

**spoken** 16:21 22:4

**sprayed** 22:15 33:17 73:17,19 74:20, 21 75:7 93:19

**spraying** 31:3 33:8,13 34:11,16

**sputum** 104:14

**stages** 99:2

**stand** 51:10

**standard** 66:7 73:2

**standard'** 72:25

**start** 42:20

**starts** 98:20,21 99:11 103:23 112:16 113:6 118:25

**state** 6:2,25 29:15 45:7 59:1 68:4 81:6 117:7

**statement** 25:8 28:21 30:16 47:12 67:22 69:17 75:20 87:18 88:3 90:13 92:23 94:13 99:4,23,25 100:1,5 107:18

**statements** 55:13,15,18,24 56:3,14, 16 57:24 126:19

**states** 6:20 45:9

**statistical** 89:9

**step** 8:23,24 89:8

**stipulation** 6:5

**stipulations** 7:12

**stood** 51:10

**story** 81:16

**stretches** 44:23

**strike** 50:5 89:16 130:19

**structure** 34:21 81:11

**structured** 35:5

**student** 51:10 57:9

**studied** 67:4

**studies** 20:18 57:18 58:12 60:6 65:6, 9,14,19 83:4,12,13,14,19 84:1,20,25 85:3,11 86:8 87:4,5,8,13,14,25 88:6, 22 91:3 97:13 98:1 101:6,9 105:16 111:12,16 112:23 116:11 121:21 131:19 132:4,8,15,16 133:14,15,16, 21 134:1,9

**study** 61:6 63:5,11,13,14 85:6 86:21 87:20,21 91:7,12,14,17 92:5,8 93:2, 13 94:4,8,15,19,24 95:3,5,20,23 97:19 98:5,11,12 100:7,11,15 102:8, 9,13,20 103:2 104:1 105:19,20 106:23,24 107:3,4,19 109:11 110:2,3, 13,19 111:4,8,9,13,16,21 112:5,20 113:11,13 114:5,13 115:15,18 116:7, 15,18 117:1,4,7,13 118:4,8,13 119:4, 5,18,23 120:10 121:11,14,23 122:6, 13,16,18,20 123:1,7,8,10,17,22,24 124:2

**studying** 94:19 133:23

**stuff** 21:6 27:11 54:14 58:17 67:3

**subject** 10:15,17 76:9

**subjected** 93:5

**subjective** 62:23,24

**subjects** 65:11

**submit** 19:2

**submitted** 17:10 18:22 51:4

**subsection** 80:13

**substance** 24:20 26:22 27:23,25 30:12,13 77:13 86:19

**substances** 25:23 26:12 27:2 42:2

**sued** 15:24

**suffer** 87:16 119:13

**sufficiently** 99:21

Case 2:20-cv-00051   Document 86-2   Filed 09/24/21   Page 51 of 53 PageID #: 551

**suggest** 100:9,12 117:4 134:2

**suggesting** 76:1

**suggests** 59:21,25 109:3,4

**summary** 101:22

**Superdispersant-25** 98:2

**superfund** 10:5

**supplied** 21:5,18

**supporting** 59:3,18

**supports** 131:20

**suppose** 68:19

**supposed** 97:20 100:4

**supposedly** 29:18

**surface** 37:2,5 73:17

**surfaces** 128:17

**surveys** 119:15

**suspicious** 86:5

**swallow** 61:24

**swear** 7:8

**switch** 83:1

**sworn** 6:14 7:10

**symptomatic** 80:21 81:12

**symptoms** 69:10 80:11,16,17,22 81:4,7,18 96:24 104:16 105:12 107:22 109:20 110:1,5,9,16,22 111:5 112:10,12,14 114:12 115:9,16 117:16 119:14

**syndrome** 120:13,21 121:3

**system** 132:7

**systematic** 116:10,16

**systemic** 101:7,25

---

**T**

**table** 108:1,3

**taking** 38:18 79:9,11

**talk** 28:7 50:6,8 60:21 65:8,18,19 83:10 94:24 100:14 119:8,11 120:5, 17

**talked** 16:19 19:4 34:19 40:14 47:2 51:16 87:11 107:1 111:21 114:23 118:6,10 125:13

**talking** 33:19 34:22 50:24 55:6,8 63:11 74:10 75:16 76:9 77:23 90:2 92:19 104:17 112:8,9 119:4

**talks** 46:7 96:11

**tasks** 24:1

**teaching** 19:14

**techniques** 84:1

**telling** 43:25

**tells** 117:16

**Temporal** 70:21,24 81:8

**ten** 57:18,20 58:12 60:14,15,16,23 65:14 83:4,12 84:1 98:1 108:22 109:17,22

**Tennessee** 6:21 44:7 45:4

**term** 41:4 66:1 88:18 89:17 95:11 128:9 129:10,17,22 130:5

**terms** 28:8 84:4 88:24 118:18 121:8

**test** 134:13

**tested** 32:24 33:2 130:15

**testified** 6:14 7:10 14:19 16:4 22:3 47:3,15

**testify** 15:1

**testifying** 15:2,22,23,25

**testimony** 14:14,15 15:21 23:2 47:10 48:5 124:24

**testing** 37:21 38:8,18 39:16

**tests** 71:19

**THC** 54:5

**thesis** 52:8

**thing** 8:8 9:8 26:4 77:2 85:21 130:8 134:13

**things** 13:24 15:5 24:5 26:19 48:7 50:8 128:8

**thought** 47:3,16

**thousand** 58:16 75:1

**thousands** 58:16 86:17

**THT** 6:8

**time** 6:23 10:13 20:24 32:9 33:16 37:3 39:24 40:4 44:2 46:2 47:14 67:19 68:12 81:2,10 82:14,21,24 85:20 86:10,20 112:1 124:8,11,12,17 131:13 134:19

**times** 8:2 14:3 32:13 33:22 34:14 36:21 57:9,10 75:1 128:4

**tins** 74:22,23

**Tinsley** 6:7

**tiny** 131:3,22

**tissue** 128:22,24

**title** 46:24 112:8 123:6

**titled** 52:23

**titles** 53:4

**today** 7:21 9:9 13:10,11 32:1 41:18 62:14 78:20

**toes** 8:24

**told** 9:8 22:22 24:9 37:12 39:6 78:19 79:2 125:14 126:9

**tone** 101:25

**top** 45:16 50:10 56:24 72:23

**tort** 72:25 73:2

**touched** 34:19

**Towers** 6:7

**toxic** 12:15 72:25 73:2 86:19 133:23

**toxicity** 83:22,24 98:2 99:1,5 101:7

**toxicological** 24:19

**toxicologist** 12:13,14,24 24:16

**toxicology** 12:17,20 13:2 24:17

**toxin** 73:3

**toxins** 61:4

**tract** 109:20

**trained** 11:2,11

**training** 133:6

**transferable** 133:17 134:3

**transgression** 128:21

**transient** 102:1

**Translational** 10:14

**transport** 73:16

**treated** 45:22 72:4

**treating** 45:11,15,19

**trial** 14:18,19

**trials** 132:13

Case 2:20-cv-00051 Document 86-2 Filed 09/24/21 Page 52 of 53 PageID #: 992

**true** 11:4 14:2 17:18 18:8 19:25 20:23 25:9,12,15,25 26:5,7 29:11 30:7,16 33:3,5 42:24 50:4 68:9 69:8 75:18 78:2,14,16 87:19 92:23 98:6,15 100:18 102:22 109:21 114:22 115:25 118:21 120:8 126:4,13 128:2

**truth** 125:1,15 126:9

**truthful** 125:8,12 126:22

**truthfulness** 20:11,13

**tube** 134:14

**tubes** 128:17

**turn** 44:16 50:6 98:16 99:8 101:21 113:1

**two-month** 131:5

**type** 18:18,21,24,25 22:9 23:16 24:24 32:23 33:1 47:18 87:20,25 98:4,7 105:24 106:1,12 107:5,13

**types** 13:14 84:20 106:8

**typing** 19:2

---

**U**

**U.S.** 35:16 38:17,21

**UAB** 9:24,25 44:18 46:1 103:14

**Uh-huh** 8:16 9:11 13:20 25:21 31:9, 11 35:20 36:14 37:19 42:24 44:25 47:8 48:18,21 52:3 54:7 60:4,13,18 70:23,25 75:15 78:2 85:1 93:4 99:13, 17 101:16 102:19 105:22 108:7 111:10 112:6 113:5 115:4 119:7,10

**umbrella** 110:6

**unable** 85:12 112:20

**underlined** 66:20

**understand** 8:11,12 10:24 11:21 15:20 24:16 26:10,25 30:19 42:18 48:22 53:13 54:17 56:11,20 57:15,17 71:12 72:6 74:1 76:11 127:24

**understandable** 66:10

**understanding** 27:7 68:3 88:17 119:17

**understands** 8:10

**understood** 8:15 44:24 78:10

**unethical** 133:18

**unexposed** 118:16 122:10

**Unified** 35:12,15

**United** 6:20 99:19

**University** 6:7 132:11

**unknown** 92:18,25

**upper** 40:25

**upregul** 77:13

**upregulated** 76:25

**Usual** 7:12

**utilized** 57:1

---

**V**

**values** 101:14

**vapor** 65:4

**variable** 93:18

**vascular** 101:25

**Veena** 6:9,13,17 7:9 134:19

**versus** 6:18 83:19 110:14 122:10

**Vessels** 23:6

**view** 67:3

**vitro** 63:8,13,14 97:12 112:16 133:15,17,21 134:2

**volume** 92:15

---

**W**

**wanted** 61:21 65:20

**washed** 73:24

**water** 26:1,2 37:6 38:12 39:11,15 74:2,7,17 75:7 93:21 132:2

**waters** 99:22

**Waverly** 127:17

**ways** 92:3

**wellhead** 36:17 37:10 73:18

**whatevers** 12:16

**wind** 33:17

**winds** 33:18

**woman** 46:10,12

**word** 21:9 46:23 65:25 66:10,19,22 72:9 79:14 95:5 99:11 104:11 110:11 120:18 129:9

**words** 37:8

**work** 9:22 13:5,10,14 15:7 19:4,14 20:2,14 22:6,10 24:2 25:18 30:24 46:21 48:6 51:11 58:22 61:7,10 68:8 69:3,4 79:6 83:9 84:12 90:2 91:22,24 104:21 114:20

**worked** 13:18 22:13 23:14,20,24 65:12 107:10

**workers** 103:23 105:12 118:1,17

**working** 14:1 22:16 23:7 24:13 40:2, 11,12

**works** 9:19

**world** 132:18

**worse** 68:21

**Wray** 21:5,13,14 49:24 54:15,18,25 59:20 67:1 72:3,11,16 76:7 79:1,2,7, 8,21 82:9

**Wray's** 21:9,20 23:2 50:2 54:4 55:9 56:12 59:4,8,12,14,19,23 72:14,20 79:11,14 81:16

**write** 52:6

**writes** 91:24

**writing** 8:21,22

**written** 92:2

**wrong** 50:20

**wrote** 21:14 93:1

---

**Y**

**y'all** 91:20

**year** 54:19

**years** 14:9,12 40:10 46:9,10,11 47:4, 6,10 105:12

**York** 32:13 33:21 36:21 128:4

---

**Z**

**zip** 125:20

**Zoom** 16:21