# EXHIBIT D

**In the Matter Of:**

*MAAS v*

*BP EXPLORATION & PRODUCTION*

---

*CHARLES WRAY, M.D.*

*July 23, 2021*

---



## Page 1

1          UNITED STATES DISTRICT COURT FOR

          THE MIDDLE DISTRICT OF TENNESSEE

2          NORTHEASTERN DIVISION

3  JOHN SCOTT MAAS,          PLAINTIFF

4  vs.

                CAUSE NO.:

5  BP EXPLORATION & PRODUCTION     2:20-cv-00051

  INC. & BP AMERICA PRODUCTION

6  CO.,    DEFENDANTS

7  _____

8

9

10

11        Videotaped Deposition of:

12

13        CHARLES WRAY, M.D.

14

15        Taken on behalf of the Defendants

16

17        July 23, 2021

18

19  -----------------------------------------------------

20

21

22

23

24

25

## Page 2

1  APPEARANCES:
2  For the Plaintiff:    WILLIAM KENNERLY BURGER, ESQ.
                    Burger, Scott, & McFarlin
3                 12 North Public Square
                    Murfreesboro, Tennessee 37130
4                 (615) 893-8933
                    Kenburger@comcast.net
5
  For the Defendants:   HOWARD E. JARVIS, ESQ.
6                 Maron Marvel Bradley Anderson &
                    Tardy, LLC
7                 12144 Southwick Circle
                    Farragut, Tennessee 37934
8                 (865) 334-6468
                    HJarvis@maronmarvel.com
9
                 CHAN E. MCLEOD, ESQ.
10                Maron Marvel Bradley Anderson &
                   Tardy, LLC
11                1020 Highland Colony Parkway
                    Suite 400
12                Ridgeland, Mississippi 39157
                    (601) 969-4247
13                CMcLeod@maronmarvel.com
14               THOMAS BIBBY, ESQ.
                    (Via Telephone)
15                Maron Marvel Bradley Anderson &
                   Tardy, LLC
16                1201 North Market Street
                    Suite 900
17                Wilmington, Delaware 19801
                    (302) 472-1759
18                TBibby@maronmarvel.com
19  For The Witness:     JAMES C. SPERRING, ESQ.
                    Cumberland Litigation
20                5005 Maryland Way
                    Suite 225
21                Brentwood, Tennessee 37027
                    (615) 266-6976
22                james@cumberlandlitigation.com
23
24
25  Also Present:       John Richmond, Videographer

## Page 3

1
2          I N D E X
3  Questions by Mr. Jarvis             7
4  Questions by Mr. Burger           45
5
6          E X H I B I T S
7  Exhibit 1  Plaintiff's Rule 26 Expert Disclosure
           of Charles J. Wray, M.D.       11
8  Exhibit 2  Draft from Dr. Antony (Late Filed)    13
9  Exhibit 3  Respiratory, Dermal, and Eye Irritation
           Symptoms Associated with Corexit
10         Following the Deepwater Horizon Oil
           Spill: Findings From the Gulf Study  22
11
  Exhibit 4  The Impact of the Deepwater Horizon Oil
12         Spill Upon Lung Health         24
13  Exhibit 5  The Development of Long-Term Adverse
           Health Effects in Oil Spill Cleanup
14         Workers of the Deepwater Horizon
           Offshore Drilling Rig Disaster    25
15
16  Exhibit 6  Comparative Toxicity of Two Oil
           Dispersants, Super Dispersant-25
17         And Corexit 9527, to a Range of
           Coastal Species             25
18  Exhibit 7  Evaluation of Pulmonary and Systemic
           Toxicity of Oil Dispersant, Corexit
19         EC9500A, Following Acute Repeated
           Inhalation Exposure          25
20
  Exhibit 8  The Impact of Oil Spill to Lung Health.
21         Insights From an RNA-Sequence Study of
           Human Airway Epithelial Cells     26
22
23  Exhibit 9  Oil Dispersants Used in Gulf Oil
           Spill Causes Lung and Gill Injuries to
           Humans and Aquatic Animals.  Also
24         Identifies Protective Enzyme     26
25

## Page 4

1  Exhibit 10  Persistent Respiratory Symptoms in
           Clean-Up Workers Five Years After the
2         Prestige Oil Spill         27
3
  Exhibit 11  Heme Oxygenase-1 Protects Corexit
4         9500A-Induced Respiratory Epithelial
           Injury Across Species (Front Page)  28
5
  Exhibit 12  Heme Oxygenase-1 Protects Corexit
6         9500A-Induced Respiratory Epithelial
           Injury Across Species (Full Article)  28
7
  Exhibit 13  Office Notes from Dr. Wray       30
8
  Exhibit 14  Statement                35
9
  Exhibit 15  Statement                36
10
  Exhibit 16  Review of Medical Records by Amy
11         Elizabeth Bentley, M.D.        40
12  Exhibit 17  Billing Record            40
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1    The videotaped deposition of CHARLES
2  WRAY, M.D., was taken by counsel for the
3  Defendants, at the offices of Cumberland
4  Litigation, 5005 Maryland Way, Suite 225,
5  Brentwood, Tennessee, on July 23, 2021 at
6  1:41 p.m. for all purposes under the Federal Rules
7  of Civil Procedure.
8    It is agreed that Rhonda S. Nicholson,
9  being a licensed stenographic court reporter and
10  notary public for the State of Tennessee, may
11  swear the witness, and that the reading and
12  signing of the completed deposition by the witness
13  were not waived.
14
15
16    * * *
17
18
19
20
21
22
23
24
25

Page 6

1    * * * P R O C E E D I N G S * * *
2    THE VIDEOGRAPHER:  We are on the
3  record at 1:41 p.m.  This is Friday, July the
4  23rd, 2021.  This is Media Unit 1 in the
5  video-recorded deposition of Dr. Charles Wray
6  taken by counsel for the defense.
7    Counsel and all present in the room
8  and everyone attending remotely, now state your
9  appearance and affiliations for the record.
10    MR. BURGER:  Go ahead, sir.
11    MR. JARVIS:  Ken, I'll let you go
12  first.
13    MR. MCLEOD:  Ken --
14    MR. BURGER:  Ken Burger for the
15  plaintiff.
16    MR. SPERRING:  James Sperring here
17  for Dr. Wray.
18    MR. JARVIS:  All right.  Howard
19  Jarvis -- and Tom Bibby is on the phone -- for BP.
20    MR. MCLEOD:  Chan McLeod on behalf of
21  BP.
22    THE VIDEOGRAPHER:  Court Reporter,
23  please swear in the witness.
24    THE COURT REPORTER:  Can you raise
25  your right hand?  Do you swear that the testimony

Page 7

1  you're about to give shall be the truth, the whole
2  truth and nothing but the truth, so help you God?
3    THE WITNESS:  Yes.
4    CHARLES WRAY, M.D.
5  was called as a witness, and after having been
6  first duly sworn, testified as follows:
7    EXAMINATION
8  BY MR. JARVIS:
9  Q.    Dr. Wray, we did have an opportunity to
10  meet a few minutes ago.  My name is Howard Jarvis.
11  I'm going to ask you some questions today.  Now, I
12  want to have an understanding with you -- just a
13  few ground rules.  Some of which are designed to
14  benefit you as the witness who is sitting here
15  today.  Okay?
16    If I ask you a question and you do not
17  understand that question, I need you to tell me
18  today that you did not understand that question.
19  Otherwise, everybody, including the Court and
20  jury, will assume you did understand it.  Is that
21  fair enough?
22  A.    Yes.
23  Q.    Okay.  You just did a nice job answering
24  yes.  Please -- if an answer calls for a yes or
25  no, please say yes or no, and -- for this lady

Page 8

1  over here taking everything down -- versus a nod
2  of your head or an uh-huh or a huh-uh.
3    You and I would understand what's going
4  on, but we want the record to be clear later on.
5  Is that okay?
6  A.    Yes.
7  Q.    All right.  Now, you have been identified
8  as an expert witness for a gentleman named John
9  Maas; is that correct?
10  A.    Yes.
11  Q.    All right.  Now, Mr. Burger is here as
12  Mr. Maas's deposition -- and has furnished to us a
13  disclosure concerning Mr. Maas and his condition.
14  You are aware of that?
15  A.    Yes.
16  Q.    Okay.  Mr. Burger is the individual, the
17  lawyer, who represents Mr. Maas, correct?
18  A.    Yes.
19  Q.    All right.  We appreciate Mr. Sperring
20  being here and making his facilities available to
21  us, but we do need you to understand it's
22  Mr. Burger who's defending this deposition.  Is
23  that okay with you?
24  A.    Yes.
25  Q.    All right.  Now, we will -- depending on

Page 9

1  how long we go, we will take a break whenever you
2  would like to take a break.  We do run these
3  depositions according to the witnesses' desires.
4       But if we do take a break, number one, I
5  need you to answer any question pending before we
6  leave the room.  Is that fair enough?
7  A.    Yes.
8  Q.    Okay.  Number two, you have -- you are
9  under oath.  And when you're under oath, you can't
10  talk to anybody about your testimony.  Is that
11  understood?
12  A.    Yes.
13  Q.    All right.  Thank you.  Now, I have -- and
14  I believe you have -- some paperwork in front of
15  you.  And if you could just tell us what you've
16  got right there.
17  A.    I've got my medical records.  I've got my
18  Rule 26 disclosure.  I've got a few research
19  papers.  And I've got the review of medical
20  records of John Maas by Dr. Bentley.
21  Q.    Okay.  Did -- first off, let's just say --
22  the letter you have in front of you or the -- you
23  have medical records.  You also wrote a letter.
24  Is your letter in those medical records?
25  A.    Yes.  My letter is here -- there, too.

Page 10

1  Yes.
2  Q.    Okay.  Now, the expert disclosure, would
3  you put that in front of you, please?  Did you
4  write this disclosure?
5  A.    No.
6  Q.    Okay.  Was it furnished to you by counsel
7  for the plaintiff?
8  A.    Yes.
9  Q.    Okay.  Have you signed that disclosure?
10  A.    Yes.
11  Q.    Okay.  But you did not author it?
12  A.    Correct.
13       MR. JARVIS:  Let's make your
14  disclosure Exhibit Number 1.
15       And, Counsel for Folks -- I've got a
16  clean copy here, Miss Reporter -- which I don't
17  want to mislead you about anything.  Can you -- if
18  you'll take a look at it and make sure I've given
19  you -- and that way you can keep your disclosure
20  in front of you, but I don't want to mislead you.
21       THE WITNESS:  Yeah.  It looks like
22  we're --
23       MR. JARVIS:  All right.
24       THE WITNESS:  -- looking at the
25  same --

Page 11

1       MR. JARVIS:  Okay.  Miss Reporter,
2  would you mark this as Exhibit Number 1 to
3  Dr. Wray's deposition.
4       (Document marked Exhibit No. 1.)
5       MR. JARVIS:  All right.  Thank you,
6  ma'am.
7  BY MR. JARVIS:
8  Q.    Now, does this disclosure contain all the
9  opinions that you are prepared to express in this
10  matter?
11  A.    I'm not sure I understand the question.
12  Q.    Okay.  You have expressed an opinion in
13  this disclosure; is that correct?
14  A.    Yes.
15  Q.    Okay.  Does this disclosure contain all of
16  the opinions you have to offer us in this matter?
17  A.    I'm not sure.  I -- I think it contains my
18  basic opinion.  I'm still a little confused by the
19  question, but --
20  Q.    You -- you -- you have offered an opinion
21  about Mr. Maas's asthma, correct?
22  A.    Correct.
23  Q.    Okay.  You offered an opinion about what
24  you believe to be the cause of his asthma; is that
25  correct?

Page 12

1  A.    Yes.
2  Q.    Okay.  Do you have any other opinions to
3  express in this case other than that?
4  A.    I guess right now, not -- not that I know
5  of.
6  Q.    Okay.  You had -- in your disclosure, you
7  said -- or in -- yeah.  You said you had a draft
8  of something from Dr. Antony.  Do you recall that?
9  A.    Yes.
10  Q.    Okay.  Do you have that draft with you
11  here today?
12  A.    I don't -- I don't think I have that here.
13       MR. JARVIS:  Okay.  Mr. Burger, we
14  would call for that to be produced as Late
15  Numbered Exhibit Number 2 to Dr. Wray's
16  deposition.
17       MR. BURGER:  Yeah.  We have no
18  objection to that.  If I could -- I think that
19  probably is part of the -- a complete zip.
20       The same zip that I provided you, I
21  provided to Dr. Wray, if I could clarify that.
22       MR. JARVIS:  The point, therefore,
23  being, Dr. Wray, you've got a little homework.
24  You've got to go find that and send it to
25  Mr. Burger, and he'll take care of furnishing it

1  to our reporter.  Is that fair enough?
2        THE WITNESS:  Sure.
3     (Document marked Late-Filed Exhibit No. 2.)
4  BY MR. JARVIS:
5  Q.     Okay.  Now, Dr. Wray, do you know the
6  concentration of any alleged exposure to Corexit
7  by Mr. Maas?
8  A.     No.
9  Q.     Do you know the concentration of any
10  alleged exposure to crude oil by Mr. Maas?
11  A.     No.
12  Q.     And you have not been furnished with any
13  such concentrations, have you?
14  A.     Not that I'm aware of.
15  Q.     All right.  You do not know whether any
16  such concentration was more or less to either one
17  of those products than 10 parts per million, do
18  you?
19  A.     Don't know.
20  Q.     More or less than five parts per million?
21  A.     Don't know.
22  Q.     More or less than one part per million?
23  A.     Don't know.
24  Q.     More or less than one part per billion?
25  A.     Don't know.

1  Q.     See how easy this is, Doctor?  Which --
2  you've got anything pressing we can get you out of
3  here for?
4        All right.  Now, Dr. Wray, you are not an
5  industrial hygienist?  You are a board-certified
6  pulmonologist, correct?
7  A.     Yes.  Correct.
8  Q.     All right.  And when I read your
9  disclosure, I saw several different paragraphs
10  where you depend upon the credibility of Mr. Maas
11  as to the foundation of your opinion; is that
12  correct?
13  A.     Yes.
14  Q.     Thank you.  Dr. Wray, you are not a
15  medical toxicologist?
16  A.     I am not.
17  Q.     Okay.  Dr. Wray, you are not an
18  epidemiologist?
19  A.     I am not.
20  Q.     Okay.  Dr. Wray, in looking at the zip
21  file that you did produce, it is my understanding
22  you rely upon Dr. Antony for finding any
23  literature that may be applicable; is that
24  correct?
25  A.     For the most part.  Yes.

1  Q.     Okay.  Do you have any other literature
2  that she did not find, to your knowledge?
3  A.     No.
4  Q.     Okay.  Have you undertaken any type of
5  literature search yourself about Corexit?
6  A.     I don't -- not that I recall.
7  Q.     Okay.  What about crude oil?
8  A.     No.
9  Q.     Dr. Wray, have you reviewed any publicly
10  available information on the data compiled --
11  compiled by any governmental agency with regard to
12  Corexit and crude oil in the Gulf as a result of
13  the Deepwater Horizon incident?
14  A.     I -- I don't think so.  I mean, I think
15  I've seen the -- the EPA sheet on it, but I don't
16  think that's what you're talking about.
17  Q.     No.  That being the MSDS for Corexit?
18  A.     Yes.
19  Q.     Okay.  But you haven't gone to any of the
20  websites that the government has with objective
21  data?
22  A.     No.
23  Q.     Okay.  You have not looked at any of the
24  mapping data as to where Mr. Maas was in relation
25  to the use of Corexit?

1  A.     No.
2  Q.     Okay.  Doctor, it's a -- it's a sensitive
3  subject for all of us in this day and age.  But
4  Mr. Maas is morbidly obese; is that correct?
5  A.     Can I look at my record?
6  Q.     Yes, sir.  You sure can.  And I've got
7  them here, too, if you need them.
8  A.     I don't -- I've got his BMI as 36,
9  which -- which is obese, but I think not morbidly
10  obese.
11  Q.     Okay.  What do you think is morbidly
12  obese?
13  A.     Over 40.
14  Q.     Over 40.  But 36 BMI for a man five nine,
15  that's not very good, is it?
16  A.     That's obese.
17  Q.     Yeah.  And obesity leads to a variety of
18  health problems, does it not?
19  A.     It can.
20  Q.     Okay.  Is asthma one of the health
21  problems associated with obesity according to all
22  of the scientific literature?
23  A.     I don't know the answer to that question.
24  Q.     Okay.  You have not researched that
25  yourself?

Page 17

1  A.     Correct.  Yes.  I have not.
2  Q.     Okay.  All right.  Doctor, can you show me
3  in the medical records you have in front of you
4  where you performed a differential diagnosis with
5  regard to the diagnosis of asthma that you made as
6  to the cause?
7  A.     I don't -- I don't think so, but I can --
8  I don't know that I really discussed it in the
9  medical records.  When I first saw him, we -- we
10 got some breathing tests, and we ordered a CT scan
11 to look to see if there might be anything else
12 going on that might account for his shortness of
13 breath.  So there were some different thoughts
14 running through my head, but -- but ultimately, I
15 think asthma was --
16 Q.     You made the diagnosis?
17 A.     Correct.
18 Q.     Okay.  I guess I need to clarify.  As a
19 differential diagnosis as to the causation of his
20 asthma, can you show me where you did that in his
21 medical records?  And I do know --
22 A.     Yeah.
23 Q.     And I do know he gave you the history.
24 A.     Right.  No.  I don't think there's
25 anywhere in my medical records that shows that.

Page 18

1  Q.     Okay.  Do you have any type of
2  differential diagnosis in the disclosure on the
3  causation side?
4  A.     Don't believe so.
5  Q.     Okay.  Doctor, what are the drugs that you
6  have prescribed for Mr. Maas in your treatment of
7  him?
8  A.     Initially, I put him on Breo, and he
9  was -- he was already on Albuterol, which we
10 continued.  And it looks like he was -- he was on
11 Singulair as well, and I think that is it.
12 Q.     Now, Albuterol is a traditional drug used
13 to treat asthma?
14 A.     Yes.
15 Q.     Okay.  And it's given by dose?
16 A.     What do you mean by that?
17 Q.     Well, a certain amount of Albuterol, i.e.
18 the dose being milligrams; is that correct?
19 A.     Or micrograms usually.
20 Q.     Micrograms.
21 A.     Yeah.
22 Q.     I'm so sorry.
23 A.     That's okay.
24 Q.     Micrograms.  Well, this is what happens
25 when you're a history major talking to a medical

Page 19

1  doctor about things like that.
2         The -- and I'll tell you a funny story if
3  we have enough time about Jarvis and picocuries
4  per gram.
5         But you prescribe medication by dose, do
6  you not?
7  A.     Yes.
8  Q.     And that includes also the duration of how
9  long you want somebody to be on the drug?
10 A.     Yeah.  Oftentimes with inhalers, it's --
11 people are going to be on them indefinitely,
12 but --
13 Q.     And it includes a -- I call that the
14 duration.  Is that -- is that a fair enough
15 expression?
16 A.     How long --
17 Q.     Yes.
18 A.     -- I want them to take it?
19 Q.     Yeah.
20 A.     Yes.
21 Q.     Okay.  And then the nature of it is
22 also -- what you're doing to make sure it has a
23 positive effect on your patient; is that correct?
24 A.     Yes.
25 Q.     Okay.  And one of the reasons we prescribe

Page 20

1  medication by dose is because you as a medical
2  doctor need to know how much and for how long a
3  time to know if it's going to have an effect on
4  the condition you are attempting to treat; is that
5  correct?
6  A.     Yes.
7  Q.     Okay.  Doctor, he, to your knowledge, was
8  not diagnosed with asthma until 2015 by
9  Dr. Henson?
10 A.     That's my understanding.
11 Q.     Okay.  And Dr. Henson also at that point
12 in time prescribed the same drugs that you have
13 prescribed for him?
14 A.     I don't know if I know the answer to that.
15 Q.     All right.  Dr. Henson's records would be
16 where we'd need to find that answer, correct?
17 A.     I guess so.
18 Q.     Yeah.  The drugs that you have prescribed,
19 though, are very commonly used to treat patients
20 with asthma?
21 A.     Yes.
22 Q.     You mentioned an inhaler.  I had a
23 daughter who even played college soccer, and the
24 NCAA had to double-check her inhaler during her
25 era of playing in the late 2000s.  Because it is a

Page 21

1  drug designed to treat asthma, correct?
2  A.    Well, I don't -- I don't know what the
3  inhaler was, but I --
4  Q.    Right. Yes. I gotcha. Now, Doctor,
5  Mr. Maas has told us that he has been obese for
6  many, many years. And you don't dispute that, do
7  you?
8  A.    I don't dispute it. I -- I don't know if
9  it's true or not, but I wouldn't dispute it.
10 Q.    Okay. Did you look at any other medical
11 records pertaining to Mr. Maas besides maybe
12 Dr. Henson's records?
13 A.    I -- I really can't remember. I don't --
14 I'm not sure that I saw records from Henson.
15 There may have been -- there may have been some
16 records from his nurse practitioner.
17 Q.    Is that Ms. Thompson?
18 A.    I think it was -- yes.
19 Q.    Did he ever tell you he had received
20 treatment for asthma before 2015?
21 A.    No. I don't believe he told me that.
22 Q.    Okay. You -- you also have in front of
23 you -- it looks like an article to me.
24 A.    Yes.
25 Q.    All right. And could you just tell us

Page 22

1  what that article is?
2  A.    Well, there -- I think there --
3  Q.    Are --
4  A.    -- are several here.
5  Q.    Yes. There are. I apologize.
6  A.    But the one on top, "Respiratory, Dermal,
7  and Eye Irritation Symptoms Associated with
8  Corexit Following the Deepwater Horizon Oil Spill:
9  Findings From the Gulf Study."
10 Q.    Is -- is Dr. Antony one of the secondary
11 authors on that particular study?
12 A.    No.
13       MR. JARVIS: Okay. All right. Let's
14 just mark that one, though, as Exhibit Number 2.
15 I don't have that one. You'll get all this
16 back --
17       THE WITNESS: Okay.
18       MR. JARVIS: -- you know -- or make
19 that Number 3. I'm sorry. So we'll make that
20 Exhibit Number 3, Miss Reporter.
21       (Document marked Exhibit No. 3.)
22       MR. JARVIS: And we need a paper clip
23 to hold that together?
24       THE COURT REPORTER: Yes. Is this
25 the whole thing?

Page 23

1        THE WITNESS: Well, these are all --
2  these are just the --
3        MR. JARVIS: Are those the front
4  pages?
5        THE WITNESS: These are just the
6  front pages of --
7        MR. JARVIS: Oh, okay.
8        THE WITNESS: Yeah. Sorry.
9  There's different ones.
10       MR. JARVIS: Oh, no. Don't -- don't
11 worry about it, you know.
12       THE WITNESS: Yeah. These are mostly
13 just the front page, and I think we have -- I
14 think it's the full article, "Heme Oxygenase-1
15 Protects Corexit-Induced Respiratory Epithelial
16 Injury Across Species," but the rest of them are
17 just kind of the abstracts.
18       MR. JARVIS: Okay. Well, let's --
19 all right. We're going to make -- the first one
20 you read from us is going to be Exhibit 3 or the
21 title you gave us of the first page.
22       THE WITNESS: Uh-huh.
23       MR. JARVIS: Court Reporter marked
24 it.
25 BY MR. JARVIS:

Page 24

1  Q.    What's the second one you've got there in
2  front of you, Doc?
3  A.    "The Impact of the Deepwater Horizon Oil
4  Spill Upon Lung Health. Mouse-Based DNA [sic]
5  Sequence Analysis."
6        MR. JARVIS: Okay. We're going to
7  make that Number 4, Miss Reporter.
8        (Document marked Exhibit No. 4.)
9  BY MR. JARVIS:
10 Q.    And once again, it's just the first page
11 of -- of these articles, correct, Doctor?
12 A.    Correct.
13 Q.    Okay. And when I say that, it's just so
14 that all of us, when we read this thing, including
15 you, after the fact, will have as complete a
16 record as the little ol' boy from Knoxville,
17 Tennessee, could come up with for us. Okay? Fair
18 enough?
19 A.    Understood.
20 Q.    Okay. What have you got next?
21 A.    "The Development of Long-Term Adverse
22 Health Effects in Oil Spill Cleanup Workers of the
23 Deepwater Horizon Offshore Drilling Rig Disaster."
24       MR. JARVIS: Okay. And is that --
25 let's make that Exhibit Number 5, Miss Reporter.

1          (Document marked Exhibit No. 5.)
2    BY MR. JARVIS:
3    **Q.     What have you got next?**
4    A.     "Comparative Toxicity of Two Oil
5    Dispersants, Super Dispersant-25 and Corexit 9527,
6    to a Range of Coastal Species."
7          MR. JARVIS:  Okay.  Let's make that
8    Number 6.  Is that right, Miss Reporter?
9          (Document marked Exhibit No. 6.)
10   BY MR. JARVIS:
11   **Q.     What have you got next, Doctor?**
12   A.     "Evaluation of Pulmonary and Systemic
13   Toxicity of Oil Dispersant, Corexit EC9500A,
14   Following Acute Repeated Inhalation Exposure."
15         MR. JARVIS:  Okay.  And that will be
16   Exhibit 7.
17         (Document marked Exhibit No. 7.)
18   BY MR. JARVIS:
19   **Q.     Now, I notice on several of these -- both**
20   **have been marked and a couple we're getting to**
21   **mark -- there's highlighting.  Is that your**
22   **highlighting?**
23   A.     No.  I don't think so.
24   **Q.     Okay.  Let's make -- what's the next**
25   **you've got, sir?**

1    A.     "The Impact of Oil Spill to Lung Health.
2    Insights From an RNA-Sequence Study of Human
3    Airway Epithelial Cells."
4          MR. JARVIS:  Okay.  And we'll make
5    that Exhibit 8, Miss Reporter.
6          (Document marked Exhibit No. 8.)
7    BY MR. JARVIS:
8    **Q.     And once again so the record is clear,**
9    **we're just making the front page -- because that's**
10   **what you've brought with you today, and -- but**
11   **you'll -- you -- you know these articles, right?**
12   **You know what I'm talking about?**
13   A.     I -- I know -- I know what you're
14   referencing.
15   **Q.     Okay.  Good deal.  What have you got next?**
16   A.     "Oil Dispersants Used in Gulf Oil Spill
17   Causes Lung and Gill Injuries to Humans and
18   Aquatic Animals.  Also Identifies Protective
19   Enzyme."
20         MR. JARVIS:  Okay.  Make that Exhibit
21   Number 9.
22         (Document marked Exhibit No. 9.)
23         MR. JARVIS:  One of the talents of
24   being a reporter is looking for the place on a
25   piece of paper you can actually put the sticker.

1    That may be about as hard as doing the typing
2    sometimes.
3    BY MR. JARVIS:
4    **Q.     What have you got next?**
5    A.     "Persistent Respiratory Symptoms in
6    Clean-Up Workers Five Years After the Prestige Oil
7    Spill."
8    **Q.     Okay.  Now, that's -- that's a different**
9    **oil spill, correct?**
10   A.     Correct.
11         MR. JARVIS:  Okay.  We're going to
12   make that Number --
13         THE COURT REPORTER:  10.
14         MR. JARVIS:  10.
15       (Document marked Exhibit No. 10.)
16   BY MR. JARVIS:
17   **Q.     Another reason I went to law school,**
18   **Doctor, is I can only count up so high.  Okay.**
19   **It's sort of foreign to me.**
20         **Now, what have you got next?**
21   A.     "Heme Oxygenase-1 Protects Corexit
22   9500A-Induced Respiratory Epithelial Injury Across
23   Species."
24         MR. JARVIS:  Okay.  All right.  Let's
25   make that Number 11, Miss Reporter.

1          (Document marked Exhibit No. 11.)
2    BY MR. JARVIS:
3    **Q.     And next.**
4    A.     This is the same article.  This is just a
5    full article instead of just the front page.
6          MR. JARVIS:  Okay.  Then we'll make
7    that Number 12.
8          (Document marked Exhibit No. 12.)
9    BY MR. JARVIS:
10   **Q.     And is that Dr. Antony's article?**
11   A.     Yes.
12   **Q.     Okay.  And so you defer to her about any**
13   **comments about the article on which she says she**
14   **was a secondary author?**
15   A.     Definitely.  Yes.
16   **Q.     Okay.  Because the -- from a searching**
17   **standpoint, you didn't do an epidemiological**
18   **literature search, did you?**
19   A.     No.
20   **Q.     Okay.  And you do not have a Ph.D. in**
21   **epidemiology?**
22   A.     No.
23   **Q.     Okay.  All right.  Now, you have**
24   **Dr. Bentley's disclosure in front of you, I**
25   **believe?**

Page 29

1  A.     Yes.
2  Q.     Okay.  What is the significance for you of
3  having Dr. Bentley's disclosure in front of you?
4  A.     I'm not -- I guess I'm not sure I
5  understand the question.
6  Q.     Okay.
7  A.     Why did I bring it?
8  Q.     Yeah.  Why did you bring it?
9  A.     Just to have everything I've looked at
10 with me.
11 Q.     Okay.  You have -- so you have looked at
12 Dr. Bentley's disclosure?
13 A.     Briefly.
14 Q.     Briefly.  You -- you don't have any basis
15 of disputing what she says?
16 A.     Well, I mean, I've seen the patient.  It
17 looks like she's looked over the patient's
18 records.  My general sense was we reached
19 different conclusions.
20 Q.     Okay.  You saw Mr. Maas twice in person
21 and once by telemedicine?
22 A.     Let me look back.  Once in person.  Twice
23 in person.  Three times in person.
24 Q.     Three times in person.  I apologize to
25 you.

Page 30

1  A.     And once by telemedicine.
2  Q.     When was the last time you actually saw
3  Mr. Maas?
4  A.     November 2020.
5  Q.     Okay.  Do you have any presently scheduled
6  appointments to see him?
7  A.     I'm not sure.  In November, we were
8  supposed to have a follow-up visit in six months.
9  And I'm not -- not sure if he's on the schedule
10 currently or not.
11 Q.     Okay.  You were talking about having a
12 six-month visit.  But whether that is on the
13 schedule or not, you have not seen him since
14 November of 2020?
15 A.     Correct.
16 Q.     Okay.  And you brought with you your
17 complete medical file on him, your notes and
18 whatnot?
19 A.     All of my office notes.  Yes.
20 Q.     That's -- that's -- I should have phrased
21 it that way.  So I apologize.
22        MR. JARVIS:  Let's make that Exhibit
23 Number 13, which is the office notes from
24 Dr. Wray.
25        (Document marked Exhibit No. 13.)

Page 31

1         MR. JARVIS:  By the way, Miss
2  Reporter, I'm going to hand across to you Exhibit
3  1 so that I don't walk out of here with it.  Okay.
4         Now, Dr. Wray, may I have your
5  indulgence if I step out for a few minutes with my
6  buddy here on my right?  And we'll see where this
7  is and where maybe we need to go?
8         THE WITNESS:  All right.
9         MR. JARVIS:  And anything that
10 expedites it is okay with you?
11        THE WITNESS:  Fine with me.
12        MR. JARVIS:  All right.  We're off
13 the record.
14        THE VIDEOGRAPHER:  We are going off
15 the record at 2:08 p.m.
16        (Recess, 2:08 to 2:13 p.m.)
17        THE VIDEOGRAPHER:  We are back on the
18 record at 2:13.
19 BY MR. JARVIS:
20 Q.     Dr. Wray, in -- in looking at
21 Dr. Bentley's expert disclosure, did you see that
22 she referenced billing records from 2002 for
23 Mr. Maas?
24 A.     I do not remember seeing that.
25 Q.     Okay.  You have not seen billing records

Page 32

1  from 2002 for Mr. Maas?
2  A.     Not that I know of.
3         MR. JARVIS:  Okay.  I have in front
4  of me, Mr. Burger, records that have been produced
5  from Memorial Hospital in Gulfport, Mississippi.
6  And it starts at the Master Medical on the Bates
7  stamping of 22_001709.
8  BY MR. JARVIS:
9  Q.     And let me just show you a couple of
10 things, you know, for you to take a look at if you
11 don't mind.  Okay?
12 A.     Okay.
13 Q.     All right.  I am going to show you a sheet
14 that is 22_001712.  Let me walk down here and show
15 it to Mr. Burger first because that's only fair.
16        MR. BURGER:  I appreciate that.  I
17 think I've seen it before, but I appreciate you --
18        MR. JARVIS:  All right.  It is -- it
19 is part of --
20        MR. BURGER:  What you provided to me.
21 That's right.
22        MR. JARVIS:  And there will just be
23 several of these, Mr. Burger, that we'll go
24 through, and we'll see kind of where we are.
25        MR. BURGER:  Yeah.  I've got no

Page 33

1  problem with that.
2       MR. JARVIS:  All right.  Thank you.
3  BY MR. JARVIS:
4  Q.    Okay.  You don't fix knees, do you?
5  A.    You would not want me operating on your --
6  Q.    Well, maybe Mr. Sperring wouldn't want you
7  operating on me.  I -- I need a new one.  You got
8  any hanging around I can get here at outpatient
9  and get home to Knoxville this afternoon?
10      Doctor, I just rattled this off.  It
11  is -- these are statements and billing records
12  from the hospital I referenced.  This is
13  22_001712.  I call your attention to what I am
14  highlighting right now on this and ask if you will
15  take a look at this particular document.
16  A.    Okay.
17  Q.    All right.  And this document referenced
18  that the patient is John Maas, correct?
19  A.    Correct.
20  Q.    Okay.  Would you please look at what I've
21  highlighted and read that into the record?
22  A.    "Sputum induction.  Aerosol treatment HHN
23  subsequent.  Oxygen charge, one hour.  Aerosol
24  treatment HHN subsequent."
25  Q.    Okay.  And would you read to the left the

Page 34

1  date?
2  A.    So the sputum induction was August 1st,
3  2002.  Aerosol treatment HHN subsequent,
4  August 1st, 2002.  Oxygen charge, one hour,
5  August 1st, 2002.  Aerosol treatment HHN
6  subsequent, August 1st, 2002.
7  Q.    All right.  These are treatments for
8  asthma, are they not, Doctor?
9       MR. BURGER:  Object to --
10      THE WITNESS:  I -- I don't --
11      MR. BURGER:  I need to object to the
12  form, but you can go ahead and answer as best you
13  can.
14  BY MR. JARVIS:
15  Q.    Go ahead and answer.
16  A.    I -- I don't know what they were treatment
17  for.
18  Q.    Those are what -- those are treatments
19  that are used for asthma, though, aren't they?
20  A.    The -- there are aerosols that are used to
21  treat asthma.
22  Q.    Okay.  All right.  Now, we have more in
23  that -- and -- and, you know, oxygen gets --
24  treated for asthma, isn't it?
25  A.    Can be.

Page 35

1  Q.    Okay.
2  A.    If your oxygen levels are low.
3  Q.    All right.  Now, you do this sort of thing
4  for treating asthma, don't you, Doctor?
5  A.    Yes.
6  Q.    Okay.  And you've done it in the case of
7  Mr. Maas, haven't you?
8  A.    Yes.  This looks like this was probably a
9  nebulized treatment where you're breathing in the
10  mist.  I don't think I prescribed that for him,
11  but --
12  Q.    Okay.  But these are the type treatments
13  you yourself use?
14  A.    I -- I do prescribe these for some people
15  with asthma.
16      MR. JARVIS:  Okay.  All right.  Let's
17  make that the next numbered exhibit, Miss
18  Reporter.  14?
19      THE COURT REPORTER:  14.
20      (Document marked Exhibit No. 14.)
21  BY MR. JARVIS:
22  Q.    Doctor, I'm going to hand to you another
23  page with -- which is a continuation of what you
24  just read from, 22_001713, and ask if you would
25  read into the record what I have highlighted,

Page 36

1  including the date, please, sir.
2  A.    The date is August 1st, 2002.  "Aerosol
3  treatment HHN subsequent.  Nebulizer handheld
4  medication.  Aerosol treatment HHN subsequent.
5  Oxygen charge, one hour.  Aerosol treatment HHN
6  initial.  Sputum induction.  Metered dose inhaler
7  assist.  Metered dose with spacer panel.  Aerosol
8  treatment HHN subsequent.  Aerosol treatment with
9  neb panel."
10  Q.    Okay.  Once again, these are treatments
11  that you yourself will use for asthma, correct?
12  A.    Yes.
13      MR. JARVIS:  Okay.  Let's make that
14  the next numbered exhibit, Miss Reporter.
15      (Document marked Exhibit No. 15.)
16  BY MR. JARVIS:
17  Q.    You know, actually, Doctor, this is just
18  because you can help me understand something.  In
19  this day of electronic record-keeping, we kind of
20  start from the last date backwards back to the
21  front, right?
22      I mean, you know, August back to the date
23  I'm getting ready to show you.  That's not
24  uncommon in this day and age.  That's not a
25  terribly good question, is it?  Have I left you

Page 37

1 and me both totally confused?  Not -- not to --
2 Mr. Burger because he's always a lot smarter than
3 I am, but, you know --
4       In other words, it starts and runs from
5 the -- backwards forward, right -- is that how it
6 works -- or forward backwards?
7 A.    I'm not sure.
8 Q.    You're smart enough to let somebody else
9 screw with that at your office, aren't you,
10 Dr. Wray?
11 A.    Exactly.
12 Q.    Gotcha.  All right.  I'm going to show you
13 22_001714.  Ask you to read the dates and the
14 treatments into the record, please.  Also part of
15 the record of Mr. Maas, I will represent to you.
16 A.    Date is June 17, 2002.  "Aerosol treatment
17 HHN subsequent.  Aerosol treatment HHN initial.
18 Sputum induction.  Nebulizer handheld medication."
19       Now -- now the date is June 16, 2002.
20 "Sputum induction.  Oxygen charge, one hour.
21 Aerosol treatment HHN subsequent."
22       Date is now June 15, 2002.  "Oxygen
23 charge, one hour.  Aerosol treatment HHN
24 subsequent."
25 Q.    Okay.  Once again, these are treatments

Page 38

1 that you yourself use for asthma?
2 A.    Yes.
3 Q.    Okay.  And they do predate the time of the
4 alleged exposure, correct?
5 A.    Yes.
6 Q.    Okay.  Doctor, have -- have you ever
7 advised Mr. Maas not to smoke marijuana because
8 that's an irritant if you have asthma?
9 A.    I have not.
10 Q.    Okay.  Have you seen that Dr. Henson
11 advised him not to smoke marijuana?
12 A.    I did not see that.
13 Q.    Okay.  But if it's in Dr. Henson's
14 records, you would not dispute what Dr. Henson
15 says?
16 A.    I would have no reason to dispute it.
17 Q.    Do you know Dr. Henson over in Cookeville?
18 A.    I don't think so.
19 Q.    Okay.  Well, there's probably a little bit
20 more than one pulmonologist in -- in Knoxville.  I
21 mean -- Knoxville -- Nashville, I would say?
22 A.    Yes.
23 Q.    Okay.  Did you review the disclosure of
24 Dr. Robert Aris, a pulmonologist at Chapel Hill?
25 A.    I don't believe so.

Page 39

1 Q.    Do you know he's also a Vanderbilt grad?
2 A.    I did not know that.
3 Q.    What about Dr. John Sullivan, a medical
4 toxicologist?
5 A.    Not to my knowledge.
6 Q.    Dr. Allison Stock, a Ph.D. epidemiologist?
7 A.    Not to my knowledge.
8 Q.    Dr. Dana Hollins, a certified industrial
9 hygienist?
10 A.    Not to my knowledge.
11 Q.    And you have not been furnished a report
12 from any industrial hygienist on behalf of
13 Mr. Maas, have you?
14 A.    No.
15 Q.    You have not gone beyond what Mr. Maas
16 told you about working to look at the actual
17 details and the facts of what he did or did not do
18 as part of the VOO program?
19 A.    That's correct.  Is -- was that the
20 cleanup program?
21 Q.    Yes.
22 A.    Correct.
23 Q.    Vehicles [sic] of Opportunity, I believe
24 is what it --
25 A.    Okay.

Page 40

1 Q.    -- stands.  VOO.  So you have not looked
2 at anything to go beyond what he told you?
3 A.    Correct.
4 Q.    Okay.  Have you gone through --
5       MR. JARVIS:  Oh.  Let's pull out --
6 let's mark Dr. Bentley's disclosure that Dr. Wray
7 brought along, please, Miss Reporter, as whatever
8 the next numbered exhibit would be.
9       (Document marked Exhibit No. 16.)
10 BY MR. JARVIS:
11 Q.    So we've now looked at --
12       MR. JARVIS:  And this billing record
13 is the next numbered exhibit, too.  I'm sorry.
14 The one that Dr. Wray just read from.
15       (Document marked Exhibit No. 17.)
16 BY MR. JARVIS:
17 Q.    Now, have we looked at everything you
18 brought to share with us today?
19 A.    I think so.  Yes.
20 Q.    Okay.  Would you please take a look at
21 your expert disclosure again?  I believe that --
22 that's a copy right there.  I think that's your
23 copy, I believe, because the other one, Miss
24 Reporter has it.
25       MR. JARVIS:  In fact, if I could have

Page 41

1  Exhibit 1 back, Miss Reporter, that would be
2  helpful. Dr. Wray is going to take care of me
3  because he says, Anything that will shut you up,
4  Jarvis, and get you out of here quick, I'm going
5  to -- I'm going to help you with.
6         MR. MCLEOD:  Or in this case --
7         MR. JARVIS:  Oh.
8         THE WITNESS:  Oh, it's over there.
9         MR. JARVIS:  I've got it.
10        THE WITNESS:  Okay.  All right.
11        MR. JARVIS:  Your attorney was trying
12  to hide it from me to shut me up quicker.
13  BY MR. JARVIS:
14  Q.     All right.  Would you please turn to
15  Paragraph 3 in your disclosure, which is Page 2?
16  Do you see where I am?
17  A.     Yes.
18  Q.     Okay.  Certain language is in bold.  Do
19  you see that?
20  A.     Yes.
21  Q.     Okay.  Did you put that in bold or
22  somebody put it in bold for you from Mr. Burger's
23  office?
24  A.     Somebody else put it in bold.
25  Q.     Okay.  Did you request it be in bold?

Page 42

1  A.     No.
2  Q.     All right.  But you did not write it?
3  A.     Correct.
4  Q.     Go to Page 4.  And I believe this would be
5  toward the end of what is Paragraph 5, Dr. Wray.
6  There is language in bold there, "If Mr. Maas is
7  correct."  Do you see where I am?
8  A.     Yes.
9  Q.     Okay.  That is not your writing?
10  A.     That's correct.
11  Q.     You did not ask that it be put in bold?
12  A.     Correct.
13  Q.     But you signed off on it?
14  A.     Correct.
15  Q.     Okay.  And your -- your disclosure is five
16  pages with a couple of attachments, including your
17  CV, correct?
18  A.     Correct.
19  Q.     Okay.  Dr. Wray, do members of the general
20  population without exposure to Corexit develop
21  asthma?
22  A.     Say it one more time.
23  Q.     Do members of the general population
24  without exposure to Corexit develop asthma?
25  A.     Yes.

Page 43

1  Q.     Okay.  Do members of the general
2  population who are obese without exposure to
3  Corexit develop asthma?
4  A.     Yes.
5  Q.     Do you have patients who have not had any
6  alleged exposure to Corexit who are obese and who
7  have asthma?
8  A.     Yes.
9  Q.     Okay.  Have you ever told any of them that
10  they should lose weight?
11  A.     Yes.
12  Q.     Okay.  Have you advised Mr. Maas that he
13  should lose weight?
14  A.     I hope so.  Let me -- I -- I don't know
15  the answer to that.  I -- I suspect I have
16  mentioned it to him, but I don't find it in my
17  notes to know for sure.
18  Q.     As you told me earlier, obesity leads to
19  many health problems, correct?
20  A.     Yes.
21  Q.     Okay.  It leads to heart issues?
22  A.     Correct.
23  Q.     Hypertension?
24  A.     Correct.
25  Q.     It leads to -- it can lead to orthopedic

Page 44

1  problems?
2  A.     Correct.
3  Q.     Are you looking at my stomach?
4  A.     I am not.
5  Q.     And I talked about this knee --
6  A.     I am not.
7  Q.     -- I told you about.  Well, you probably
8  should because my internist does.
9         MR. JARVIS:  Okay.  I want another
10  couple of minutes with your indulgence, if I may,
11  because -- and if you want to take time to run to
12  the restroom real quickly, please feel free to do
13  so.
14        THE WITNESS:  I'm -- I'm good.
15        MR. JARVIS:  You're good.  All right.
16        THE VIDEOGRAPHER:  We're going off
17  the record at 2:29.
18        (Recess, 2:29 to 2:36 p.m.)
19        THE VIDEOGRAPHER:  We are back on the
20  record at 2:36.
21        MR. JARVIS:  Dr. Wray, thank you very
22  much for being here today and being very patient.
23  We appreciate you, and our questioning is at an
24  end.
25        THE WITNESS:  Thank you.

Page 45

1        MR. BURGER:  I've got -- I've got a
2   few follow-up questions.  I'll try to be brief.
3              EXAMINATION
4   BY MR. BURGER:
5   Q.     Dr. Wray, in the context of Mr. Jarvis's
6   earlier questions to you about the exposure, the
7   concentration level to which Mr. Maas was exposed,
8   to be clear, you didn't know or know of Mr. Maas
9   in the summer of 2010, did you?
10  A.     Correct.
11  Q.     Where were you situated in the summer of
12  2010?
13  A.     I was here in Nashville.
14  Q.     Okay.  I thought you said you came here in
15  2007.  So you -- you never were on the boat with
16  Mr. Jarvis and his mates in the summer of 2010,
17  were you?
18  A.     No.
19  Q.     You don't know what was -- what he was
20  told by BP?  You don't know what he experienced
21  other than accepting the veracity, the credibility
22  of what he's telling you?  That's the total source
23  of your information of his concentration --
24  A.     That's correct.
25  Q.     For purposes of your evaluation and

Page 46

1   diagnoses of him in your -- as reflected in your
2   records, have you accepted as true and accurate
3   and complete his description until shown
4   otherwise?
5   A.     Yes.
6   Q.     Have you been shown anyone -- anything by
7   anyone that would -- would suggest that he had
8   either minimal or no concentration?  Has anyone
9   documented anything to you that suggests he was
10  not truthful --
11  A.     I have not had anything like that
12  suggested to me.
13  Q.     When -- to be clear, when you made your
14  diagnosis on the heels of the Cookeville doctor
15  who had diagnosed him, were you even aware that he
16  was involved in a lawsuit anywhere at the time?
17  A.     No.
18  Q.     Did his statements to you about any
19  lawsuit at any time in any way influence your
20  diagnosis, the -- the credibility of your
21  diagnosis, in your opinion?
22  A.     No.
23  Q.     On a standard of reasonable medical
24  certainty, is there anything that you have seen,
25  that you have been shown, that would cause you

Page 47

1   today to change your diagnosis?
2        Again, on a standard of reasonable
3   medical certainty and a causation standard of
4   probability or likelihood, anything you've seen
5   that would change your reason for diagnosing this
6   man with a chemically induced asthma?
7   A.     No.
8   Q.     You stand by that diagnosis and your
9   opinion?
10  A.     Yes.
11  Q.     With regard to the idea of a differential
12  diagnosis being charted or -- or the lack thereof
13  in your chart, were you ever provided anything
14  from any source that suggested the need to
15  consider any differential diagnosis based on what
16  you had gathered from his history and the records
17  that you've seen from Cookeville?
18  A.     No.  I mean, it's -- when I see someone, a
19  new patient, with shortness of breath and
20  respiratory symptoms, it's pretty common for me to
21  do breathing tests and a CT scan to -- to look for
22  other things that could be going on, pulmonary
23  fibrosis, what have you, but --
24  Q.     I guess my question about that -- not to
25  cut you off.  My question about that is:  If you

Page 48

1   don't -- if you're treating a patient, you're just
2   treating a patient, do you pursue rabbit runs for
3   differential diagnoses if there's not something to
4   suggest the need to do that?
5   A.     I -- I tend to -- I guess I'm not quite
6   sure how to answer that question.  If --
7   Q.     Did you ever see anything in either the
8   history or in the records that you saw that
9   suggested the need to pursue a route of further
10  investigation for a differential diagnosis or were
11  you convinced of his --
12  A.     Yeah.  No.  Not -- not past the initial
13  studies that I ordered.
14  Q.     Have you seen any record that suggests to
15  you a chronic serious respiratory issue for
16  Mr. Maas prior to 2010?
17  A.     No.
18  Q.     The description of -- have you ever seen
19  anything that suggested that he was prescribed
20  anti-inflammatories, Prednisone-type medications,
21  before 2010?
22  A.     No.
23  Q.     Those things that you observed in there,
24  the -- the nebulizer, et cetera -- well, what else
25  besides asthma -- if you'll give us the list, what

Page 49

1 else are those things that -- that you recited on
2 the record here, what are they typically used for
3 in treating your patients?
4 A.    Use it for asthma.  Sometimes use it for
5 bronchiectasis, COPD.  Sometimes they get used for
6 acute inhalation of substances.
7 Q.    Sinus allergies, things of that nature?
8 A.    Could be.
9 Q.    Once asthma is diagnosed, is it -- is it a
10 chronic condition or does it abate and reappear
11 years later?
12 A.    It can -- it can behave in a lot of
13 different manners.  It's often a chronic
14 condition.  It can wax and wane over time.
15 Sometimes it can go away and come back.
16 Q.    Whatever he had going on in 2002, have you
17 seen any kind of record from any source at any
18 time, if I can make it that broad, state it that
19 broadly, that he was having any issues between
20 2002 and, for that matter, 2012, I think, when he
21 first started having these residual problems after
22 the 2010 --
23 A.    I haven't seen any records to that effect.
24 Q.    More broadly stated, has anybody shown you
25 any record from any source that suggested that in

Page 50

1 2003, '04, '05, '06, '07, '08, '09, '10 and '11,
2 he was having any kind of respiratory issue,
3 period?
4 A.    No.
5 Q.    Have you ever in your -- back up here just
6 a minute.  You are a board-certified
7 pulmonologist; is that correct?
8 A.    Yes.
9 Q.    Give us a short three-minute layman's
10 description of the specialty of pulmonology.
11 A.    Treatment of lung and respiratory
12 diseases.
13 Q.    How many times in your practice here in
14 Nashville as a board-certified pulmonologist have
15 you referred a patient to an internal medicine
16 specialist for further follow-up treatment for a
17 respiratory problem?  Have you ever done that one
18 time?
19 A.    I don't think I've ever done that.
20 Q.    And why not?
21 A.    Because usually they're sending them to me
22 to --
23 Q.    In layman's terms, as best as you can
24 describe it, can you tell me either in your chart
25 or the chart that came to you from the people that

Page 51

1 diagnosed him and -- and ran those tests up in
2 Cookeville, what is it objectively -- not --
3 excluding everything that Mr. Maas says to you
4 subjectively, what is there objectively that
5 supports your conclusion that it's -- first of
6 all, that it's asthma and, secondly, that it was
7 chemically induced rather than idiopathic?
8 A.    So I missed the first part of the
9 question.
10 Q.    Yeah.  In layman's terms, to help us
11 laymen understand, as you looked at the Cookeville
12 materials that we have in this record and if you
13 looked at -- at your own records, what is there
14 objectively -- if you exclude what Mr. Maas says
15 to you historically or set it aside, what are
16 you -- what are you looking at objectively that
17 first would say, This supports the conclusion that
18 this man has asthma, idiopathic or otherwise, and
19 number two, that it's chemically or irritant
20 induced?
21 A.    The -- the symptoms that he reports are
22 asthmatic symptoms.  The breathing tests that he
23 had, in my opinion, are consistent with asthma.
24 The absence of any major structural abnormalities
25 on his chest CT scan is consistent with asthma.

Page 52

1     And the temporal relationship of the
2 symptoms after his exposure to Corexit suggests to
3 me that it was probably chemically induced asthma.
4 Q.    And, again, within that broad standard of
5 reasonable medical certainty, how unusual or how
6 typical is it for a middle-aged man to develop
7 asthma at a late stage in his life?
8 A.    Not -- not terribly usual.  It -- it can
9 happen, but it's unusual.
10     MR. BURGER:  Thank you.  That's all I
11 have.
12     MR. JARVIS:  Further deponent sayeth
13 not.  How do you like that?
14     THE WITNESS:  I like that.
15     THE VIDEOGRAPHER:  This concludes the
16 video deposition of Dr. Charles Wray on Media 1,
17 and we're off the record at 2:45 p.m.
18     (Proceedings adjourned at 2:45 p.m.)
19
20
21
22
23
24
25

## Page 53

1          E R R A T A

2

3          I, CHARLES WRAY, M.D., having read the

4   foregoing deposition, do hereby certify said testimony

5   is a true and accurate transcript, with the following

6   changes (if any):

7

8   PAGE   LINE              SHOULD HAVE BEEN

9   _____  _____        _____

10  Reason for change:

11  _____  _____        _____

12  Reason for change:

13  _____  _____        _____

14  Reason for change:

15  _____  _____        _____

16  Reason for change:

17  _____  _____        _____

18  Reason for change:

19  _____  _____        _____

20  Reason for change:   _____

21

22

    _____

23          CHARLES WRAY, M.D.

24  _____

            Notary Public

25

    My Commission Expires: _____

## Page 54

1          C E R T I F I C A T E

2

3          I, Rhonda Nicholson, Registered Court Reporter

4   and Notary Public, State of Tennessee at Large, do

5   hereby certify that I recorded to the best of my skill

6   and ability by machine shorthand the deposition

7   contained herein, that same was reduced to computer

8   transcription by myself, and that the foregoing is a

9   true, accurate, and complete transcript of the

10  deposition testimony heard in this cause.

11          I further certify that the witness was first

12  duly sworn by me and that I am not an attorney or

13  counsel of any of the parties, nor a relative or

14  employee of any attorney or counsel connected with the

15  action, nor financially interested in the action.

16          This 4th day of August, 2021.

17

18

19

20

21          Rhonda Nicholson

            Rhonda Nicholson

22          LCR No. 160, Exp:  6/30/22

23  My Commission Expires:  5/2/2022

24

25

**0**

**04** 50:1
**05** 50:1
**06** 50:1
**07** 50:1
**08** 50:1
**09** 50:1

**1**

**1** 6:4 10:14 11:2,4 31:3 41:1 52:16
**10** 13:17 27:13,14,15 50:1
**11** 27:25 28:1 50:1
**12** 28:7,8
**13** 30:23,25
**14** 35:18,19,20
**15** 36:15 37:22
**16** 37:19 40:9
**17** 37:16 40:15
**1:41** 6:3
**1st** 34:2,4,5,6 36:2

**2**

**2** 12:15 13:3 22:14 41:15
**2000s** 20:25
**2002** 31:15,16 32:1 34:3,4,5,6 36:2
   37:16,19,22 49:16,20
**2003** 50:1
**2007** 45:15
**2010** 45:9,12,16 48:16,21 49:22
**2012** 49:20
**2015** 20:8 21:20
**2020** 30:4,14
**2021** 6:4
**22_001709** 32:7
**22_001712** 32:14 33:13
**22_001713** 35:24
**22_001714** 37:13

**23rd** 6:4
**26** 9:18
**2:08** 31:15,16
**2:13** 31:16,18
**2:29** 44:17,18
**2:36** 44:18,20
**2:45** 52:17,18

**3**

**3** 22:19,20,21 23:20 41:15
**36** 16:8,14

**4**

**4** 24:7,8 42:4
**40** 16:13,14

**5**

**5** 24:25 25:1 42:5

**6**

**6** 25:8,9

**7**

**7** 25:16,17

**8**

**8** 26:5,6

**9**

**9** 26:21,22
**9500a-induced** 27:22
**9527** 25:5

**A**

**abate** 49:10
**abnormalities** 51:24
**absence** 51:24

**abstracts** 23:17
**accepted** 46:2
**accepting** 45:21
**account** 17:12
**accurate** 46:2
**actual** 39:16
**acute** 25:14 49:6
**adjourned** 52:18
**Adverse** 24:21
**advised** 38:7,11 43:12
**Aerosol** 33:22,23 34:3,5 36:2,4,5,7,8
   37:16,17,21,23
**aerosols** 34:20
**affiliations** 6:9
**afternoon** 33:9
**age** 16:3 36:24
**agency** 15:11
**ahead** 6:10 34:12,15
**Airway** 26:3
**Albuterol** 18:9,12,17
**alleged** 13:6,10 38:4 43:6
**allergies** 49:7
**Allison** 39:6
**amount** 18:17
**Analysis** 24:5
**Animals** 26:18
**answering** 7:23
**anti-inflammatories** 48:20
**Antony** 12:8 14:22 22:10
**Antony's** 28:10
**apologize** 22:5 29:24 30:21
**appearance** 6:9
**applicable** 14:23
**appointments** 30:6
**Aquatic** 26:18
**Aris** 38:24
**article** 21:23 22:1 23:14 28:4,5,10,13
**articles** 24:11 26:11
**assist** 36:7

assume 7:20

asthma 11:21,24 16:20 17:5,15,20 18:13 20:8,20 21:1,20 34:8,19,21,24 35:4,15 36:11 38:1,8 42:21,24 43:3,7 47:6 48:25 49:4,9 51:6,18,23,25 52:3, 7

asthmatic 51:22

attachments 42:16

attempting 20:4

attending 6:8

attention 33:13

attorney 41:11

August 34:2,4,5,6 36:2,22

author 10:11 28:14

authors 22:11

aware 8:14 13:14 46:15

---

**B**

back 22:16 29:22 31:17 36:20,22 41:1 44:19 49:15 50:5

backwards 36:20 37:5,6

based 47:15

basic 11:18

basis 29:14

Bates 32:6

behalf 6:20 39:12

behave 49:12

benefit 7:14

Bentley 9:20

Bentley's 28:24 29:3,12 31:21 40:6

Bibby 6:19

billing 31:22,25 33:11 40:12

billion 13:24

bit 38:19

BMI 16:8,14

board-certified 14:5 50:6,14

boat 45:15

bold 41:18,21,22,24,25 42:6,11

boy 24:16

BP 6:19,21 45:20

---

break 9:1,2,4

breath 17:13 47:19

breathing 17:10 35:9 47:21 51:22

Breo 18:8

Briefly 29:13,14

bring 29:7,8

broad 49:18 52:4

broadly 49:19,24

bronchiectasis 49:5

brought 26:10 30:16 40:7,18

buddy 31:6

Burger 6:10,14 8:11,16,22 12:13,17, 25 32:4,15,16,20,23,25 34:9,11 37:2 45:1,4 52:10

Burger's 41:22

---

**C**

call 12:14 19:13 33:13

called 7:5

calls 7:24

care 12:25 41:2

case 12:3 35:6 41:6

causation 17:19 18:3 47:3

Cells 26:3

certainty 46:24 47:3 52:5

certified 39:8

cetera 48:24

Chan 6:20

change 47:1,5

Chapel 38:24

charge 33:23 34:4 36:5 37:20,23

Charles 6:5 7:4 52:16

chart 47:13 50:24,25

charted 47:12

chemically 47:6 51:7,19 52:3

chest 51:25

chronic 48:15 49:10,13

clarify 12:21 17:18

clean 10:16

---

Clean-up 27:6

cleanup 24:22 39:20

clear 8:4 26:8 45:8 46:13

clip 22:22

Coastal 25:6

college 20:23

comments 28:13

common 47:20

commonly 20:19

Comparative 25:4

compiled 15:10,11

complete 12:19 24:15 30:17 46:3

concentration 13:6,9,16 45:7,23 46:8

concentrations 13:13

concludes 52:15

conclusion 51:5,17

conclusions 29:19

condition 8:13 20:4 49:10,14

confused 11:18 37:1

consistent 51:23,25

context 45:5

continuation 35:23

continued 18:10

convinced 48:11

Cookeville 38:17 46:14 47:17 51:2, 11

COPD 49:5

copy 10:16 40:22,23

Corexit 13:6 15:5,12,17,25 22:8 25:5,13 27:21 42:20,24 43:3,6 52:2

Corexit-induced 23:15

correct 8:9,17 10:12 11:13,21,22,25 14:6,7,12,24 16:4 17:1,17 18:18 19:23 20:5,16 21:1 24:11,12 27:9,10 30:15 33:18,19 36:11 38:4 39:19,22 40:3 42:3,7,10,12,14,17,18 43:19,22, 24 44:2 45:10,24 50:7

counsel 6:6,7 10:6,15

count 27:18

couple 25:20 32:9 42:16 44:10

**Court** 6:22,24 7:19 22:24 23:23
27:13 35:19

**credibility** 14:10 45:21 46:20

**crude** 13:10 15:7,12

**CT** 17:10 47:21 51:25

**cut** 47:25

**CV** 42:17

### D

**Dana** 39:8

**data** 15:10,21,24

**date** 34:1 36:1,2,20,22 37:16,19,22

**dates** 37:13

**daughter** 20:23

**day** 16:3 36:19,24

**deal** 26:15

**Deepwater** 15:13 22:8 24:3,23

**defending** 8:22

**defense** 6:6

**defer** 28:12

**depend** 14:10

**depending** 8:25

**deponent** 52:12

**deposition** 6:5 8:12,22 11:3 12:16
52:16

**depositions** 9:3

**Dermal** 22:6

**describe** 50:24

**description** 46:3 48:18 50:10

**designed** 7:13 21:1

**desires** 9:3

**details** 39:17

**develop** 42:20,24 43:3 52:6

**Development** 24:21

**diagnosed** 20:8 46:15 49:9 51:1

**diagnoses** 46:1 48:3

**diagnosing** 47:5

**diagnosis** 17:4,5,16,19 18:2 46:14,
20,21 47:1,8,12,15 48:10

**differential** 17:4,19 18:2 47:11,15
48:3,10

**Disaster** 24:23

**disclosure** 8:13 9:18 10:2,4,9,14,19
11:8,13,15 12:6 14:9 18:2 28:24 29:3,
12 31:21 38:23 40:6,21 41:15 42:15

**discussed** 17:8

**diseases** 50:12

**Dispersant** 25:13

**Dispersant-25** 25:5

**Dispersants** 25:5 26:16

**dispute** 21:6,8,9 38:14,16

**disputing** 29:15

**DNA** 24:4

**Doc** 24:2

**doctor** 14:1 16:2 17:2 18:5 19:1 20:2,
7 21:4 24:11 25:11 27:18 33:10 34:8
35:4,22 36:17 38:6 46:14

**document** 11:4 13:3 22:21 24:8
25:1,9,17 26:6,22 27:15 28:1,8 30:25
33:15,17 35:20 36:15 40:9,15

**documented** 46:9

**dose** 18:15,18 19:5 20:1 36:6,7

**double-check** 20:24

**draft** 12:7,10

**Drilling** 24:23

**drug** 18:12 19:9 21:1

**drugs** 18:5 20:12,18

**duly** 7:6

**duration** 19:8,14

### E

**earlier** 43:18 45:6

**easy** 14:1

**EC9500A** 25:13

**effect** 19:23 20:3 49:23

**Effects** 24:22

**electronic** 36:19

**end** 42:5 44:24

**Enzyme** 26:19

**EPA** 15:15

**epidemiological** 28:17

**epidemiologist** 14:18 39:6

**epidemiology** 28:21

**Epithelial** 23:15 26:3 27:22

**era** 20:25

**evaluation** 25:12 45:25

**EXAMINATION** 7:7 45:3

**exclude** 51:14

**excluding** 51:3

**exhibit** 10:14 11:2,4 12:15 13:3
22:14,20,21 23:20 24:8,25 25:1,9,16,
17 26:5,6,20,22 27:15 28:1,8 30:22,
25 31:2 35:17,20 36:14,15 40:8,9,13,
15 41:1

**expedites** 31:10

**experienced** 45:20

**expert** 8:8 10:2 31:21 40:21

**exposed** 45:7

**exposure** 13:6,10 25:14 38:4 42:20,
24 43:2,6 45:6 52:2

**express** 11:9 12:3

**expressed** 11:12

**expression** 19:15

**Eye** 22:7

### F

**facilities** 8:20

**fact** 24:15 40:25

**facts** 39:17

**fair** 7:21 9:6 13:1 19:14 24:17 32:15

**feel** 44:12

**fibrosis** 47:23

**file** 14:21 30:17

**find** 12:24 15:2 20:16 43:16

**finding** 14:22

**Findings** 22:9

**Fine** 31:11

**fix** 33:4

**Folks** 10:15

**follow-up** 30:8 45:2 50:16

Case 2:10-md-02179-CJB-DPC   Document 86-4   Filed 09/24/21   Page 19 of 25   C_Doc#-C502_follow-up

foreign 27:19

form 34:12

forward 37:5,6

foundation 14:11

free 44:12

Friday 6:3

front 9:14,22 10:3,20 17:3 21:22 23:3,6,13 24:2 26:9 28:5,24 29:3 32:3 36:21

full 23:14 28:5

funny 19:2

furnished 8:12 10:6 13:12 39:11

furnishing 12:25

**G**

gathered 47:16

gave 17:23 23:21

general 29:18 42:19,23 43:1

gentleman 8:8

get all 22:15

Gill 26:17

give 7:1 48:25 50:9

God 7:2

good 16:15 26:15 36:25 44:14,15

gotcha 21:4 37:12

government 15:20

governmental 15:11

grad 39:1

gram 19:4

ground 7:13

guess 12:4 17:18 20:17 29:4 47:24 48:5

Gulf 15:12 22:9 26:16

Gulfport 32:5

**H**

hand 6:25 31:2 35:22

handheld 36:3 37:18

hanging 33:8

happen 52:9

hard 27:1

he'll 12:25

head 8:2 17:14

health 16:18,20 24:4,22 26:1 43:19

heart 43:21

heels 46:14

helpful 41:2

Heme 23:14 27:21

Henson 20:9,11 21:14 38:10,14,17

Henson's 20:15 21:12 38:13

HHN 33:22,24 34:3,5 36:3,4,5,8 37:17,21,23

hide 41:12

high 27:18

highlighted 33:21 35:25

highlighting 25:21,22 33:14

Hill 38:24

historically 51:15

history 17:23 18:25 47:16 48:8

hold 22:23

Hollins 39:8

home 33:9

homework 12:23

hope 43:14

Horizon 15:13 22:8 24:3,23

hospital 32:5 33:12

hour 33:23 34:4 36:5 37:20,23

Howard 6:18 7:10

huh-uh 8:2

Human 26:2

Humans 26:17

hygienist 14:5 39:9,12

Hypertension 43:23

**I**

i.e. 18:17

idea 47:11

identified 8:7

Identifies 26:18

idiopathic 51:7,18

Impact 24:3 26:1

incident 15:13

includes 19:8,13

including 7:19 24:14 36:1 42:16

indefinitely 19:11

individual 8:16

induced 47:6 51:7,20 52:3

induction 33:22 34:2 36:6 37:18,20

indulgence 31:5 44:10

industrial 14:5 39:8,12

influence 46:19

information 15:10 45:23

inhalation 25:14 49:6

inhaler 20:22,24 21:3 36:6

inhalers 19:10

initial 36:6 37:17 48:12

Initially 18:8

Injuries 26:17

Injury 23:16 27:22

Insights 26:2

internal 50:15

internist 44:8

investigation 48:10

involved 46:16

irritant 38:8 51:19

Irritation 22:7

issue 48:15 50:2

issues 43:21 49:19

**J**

James 6:16

Jarvis 6:11,18,19 7:8,10 10:13,23 11:1,5,7 12:13,22 13:4 19:3 22:13,18, 22 23:3,7,10,18,23,25 24:6,9,24 25:2, 7,10,15,18 26:4,7,20,23 27:3,11,14, 16,24 28:2,6,9 30:22 31:1,9,12,19 32:3,8,18,22 33:2,3 34:14 35:16,21 36:13,16 40:5,10,12,16,25 41:4,7,9, 11,13 44:9,15,21 45:16 52:12

**Jarvis's** 45:5

**job** 7:23

**John** 8:8 9:20 33:18 39:3

**July** 6:3

**June** 37:16,19,22

**jury** 7:20

### K

**Ken** 6:11,13,14

**kind** 23:17 32:24 36:19 49:17 50:2

**knee** 44:5

**knees** 33:4

**knowledge** 15:2 20:7 39:5,7,10

**Knoxville** 24:16 33:9 38:20,21

### L

**lack** 47:12

**lady** 7:25

**language** 41:18 42:6

**late** 12:14 20:25 52:7

**Late-filed** 13:3

**law** 27:17

**lawsuit** 46:16,19

**lawyer** 8:17

**layman's** 50:9,23 51:10

**laymen** 51:11

**lead** 43:25

**leads** 16:17 43:18,21,25

**leave** 9:6

**left** 33:25 36:25

**letter** 9:22,23,24,25

**level** 45:7

**levels** 35:2

**life** 52:7

**likelihood** 47:4

**list** 48:25

**literature** 14:23 15:1,5 16:22 28:18

**long** 9:1 19:9,16 20:2

**Long-term** 24:21

**looked** 15:23 29:9,11,17 40:1,11,17 51:11,13

**lose** 43:10,13

**lot** 37:2 49:12

**low** 35:2

**lung** 24:4 26:1,17 50:11

### M

**M.D.** 7:4

**Maas** 8:9,13,17 9:20 13:7,10 14:10 15:24 16:4 18:6 21:5,11 29:20 30:3 31:23 32:1 33:18 35:7 37:15 38:7 39:13,15 42:6 43:12 45:7,8 48:16 51:3,14

**Maas's** 8:12 11:21

**made** 17:5,16 46:13

**major** 18:25 51:24

**make** 10:13,18 19:22 22:18,19 23:19 24:7,25 25:7,24 26:4,20 27:12,25 28:6 30:22 35:17 36:13 49:18

**making** 8:20 26:9

**man** 16:14 47:6 51:18 52:6

**manners** 49:13

**mapping** 15:24

**marijuana** 38:7,11

**mark** 11:2 22:14 25:21 40:6

**marked** 11:4 13:3 22:21 23:23 24:8 25:1,9,17,20 26:6,22 27:15 28:1,8 30:25 35:20 36:15 40:9,15

**Master** 32:6

**materials** 51:12

**mates** 45:16

**matter** 11:10,16 49:20

**Mcleod** 6:13,20 41:6

**Media** 6:4 52:16

**medical** 9:17,19,23,24 14:15 17:3,9, 21,25 18:25 20:1 21:10 30:17 32:6 39:3 46:23 47:3 52:5

**medication** 19:5 20:1 36:4 37:18

**medications** 48:20

**medicine** 50:15

**meet** 7:10

**members** 42:19,23 43:1

**Memorial** 32:5

**mentioned** 20:22 43:16

**Metered** 36:6,7

**micrograms** 18:19,20,24

**middle-aged** 52:6

**milligrams** 18:18

**million** 13:17,20,22

**mind** 32:11

**minimal** 46:8

**minute** 50:6

**minutes** 7:10 31:5 44:10

**mislead** 10:17,20

**missed** 51:8

**Mississippi** 32:5

**mist** 35:10

**months** 30:8

**morbidly** 16:4,9,11

**Mouse-based** 24:4

**MSDS** 15:17

### N

**named** 8:8

**Nashville** 38:21 45:13 50:14

**nature** 19:21 49:7

**NCAA** 20:24

**neb** 36:9

**nebulized** 35:9

**nebulizer** 36:3 37:18 48:24

**nice** 7:23

**nod** 8:1

**notes** 30:17,19,23 43:17

**notice** 25:19

**November** 30:4,7,14

**number** 9:4,8 10:14 11:2 12:15 22:14,19,20 24:7,25 25:8 26:21 27:12,25 28:7 30:23 51:19

**numbered** 12:15 35:17 36:14 40:8, 13

nurse 21:16

**O**

oath 9:9

obese 16:4,9,10,12,16 21:5 43:2,6

obesity 16:17,21 43:18

object 34:9,11

objection 12:18

objective 15:20

objectively 51:2,4,14,16

observed 48:23

offer 11:16

offered 11:20,23

office 30:19,23 37:9 41:23

Offshore 24:23

Oftentimes 19:10

oil 13:10 15:7,12 22:8 24:3,22 25:4,
13 26:1,16 27:6,9

ol' 24:16

operating 33:5,7

opinion 11:12,18,20,23 14:11 46:21
47:9 51:23

opinions 11:9,16 12:2

opportunity 7:9 39:23

ordered 17:10 48:13

orthopedic 43:25

outpatient 33:8

oxygen 33:23 34:4,23 35:2 36:5
37:20,22

Oxygenase-1 23:14 27:21

**P**

p.m. 6:3 31:15,16 44:18 52:17,18

pages 23:4,6 42:16

panel 36:7,9

paper 22:22 26:25

papers 9:19

paperwork 9:14

Paragraph 41:15 42:5

paragraphs 14:9

part 12:19 13:22,24 14:25 32:19
37:14 39:18 51:8

parts 13:17,20

past 48:12

patient 19:23 29:16 33:18 44:22
47:19 48:1,2 50:15

patient's 29:17

patients 20:19 43:5 49:3

pending 9:5

people 19:11 35:14 50:25

performed 17:4

period 50:3

Persistent 27:5

person 29:20,22,23,24

pertaining 21:11

Ph.d. 28:20 39:6

phone 6:19

phrased 30:20

picocuries 19:3

piece 26:25

place 26:24

plaintiff 6:15 10:7

played 20:23

playing 20:25

point 12:22 20:11

population 42:20,23 43:2

positive 19:23

practice 50:13

practitioner 21:16

predate 38:3

Prednisone-type 48:20

prepared 11:9

prescribe 19:5,25 35:14

prescribed 18:6 20:12,13,18 35:10
48:19

present 6:7

presently 30:5

pressing 14:2

Prestige 27:6

pretty 47:20

prior 48:16

probability 47:4

problem 33:1 50:17

problems 16:18,21 43:19 44:1 49:21

proceedings 52:18

produce 14:21

produced 12:14 32:4

products 13:17

program 39:18,20

Protective 26:18

Protects 23:15 27:21

provided 12:20,21 32:20 47:13

publicly 15:9

pull 40:5

pulmonary 25:12 47:22

pulmonologist 14:6 38:20,24 50:7,
14

pulmonology 50:10

purposes 45:25

pursue 48:2,9

put 10:3 18:8 26:25 41:21,22,24
42:11

**Q**

question 7:16,17,18 9:5 11:11,19
16:23 29:5 36:25 47:24,25 48:6 51:9

questioning 44:23

questions 7:11 45:2,6

quick 41:4

quicker 41:12

quickly 44:12

**R**

rabbit 48:2

raise 6:24

ran 51:1

Range 25:6

rattled 33:10

**reached** 29:18

**read** 14:8 23:20 24:14 33:21,25 35:24,25 37:13 40:14

**ready** 36:23

**real** 44:12

**reappear** 49:10

**reason** 27:17 38:16 47:5

**reasonable** 46:23 47:2 52:5

**reasons** 19:25

**recall** 12:8 15:6

**received** 21:19

**recess** 31:16 44:18

**recited** 49:1

**record** 6:3,9 8:4 16:5 24:16 26:8 31:13,15,18 33:21 35:25 37:14,15 40:12 44:17,20 48:14 49:2,17,25 51:12 52:17

**record-keeping** 36:19

**records** 9:17,20,23,24 17:3,9,21,25 20:15 21:11,12,14,16 29:18 31:22,25 32:4 33:11 38:14 46:2 47:16 48:8 49:23 51:13

**referenced** 31:22 33:12,17

**referencing** 26:14

**referred** 50:15

**reflected** 46:1

**regard** 15:11 17:5 47:11

**relation** 15:24

**relationship** 52:1

**rely** 14:22

**remember** 21:13 31:24

**remotely** 6:8

**Repeated** 25:14

**report** 39:11

**reporter** 6:22,24 10:16 11:1 13:1 22:20,24 23:23 24:7,25 25:8 26:5,24 27:13,25 31:2 35:18,19 36:14 40:7,24 41:1

**reports** 51:21

**represent** 37:15

**represents** 8:17

**request** 41:25

**research** 9:18

**researched** 16:24

**residual** 49:21

**respiratory** 22:6 23:15 27:5,22 47:20 48:15 50:2,11,17

**rest** 23:16

**restroom** 44:12

**result** 15:12

**review** 9:19 38:23

**reviewed** 15:9

**Rig** 24:23

**RNA-SEQUENCE** 26:2

**Robert** 38:24

**room** 6:7 9:6

**route** 48:9

**Rule** 9:18

**rules** 7:13

**run** 9:2 44:11

**running** 17:14

**runs** 37:4 48:2

**S**

**sayeth** 52:12

**scan** 17:10 47:21 51:25

**schedule** 30:9,13

**scheduled** 30:5

**school** 27:17

**scientific** 16:22

**screw** 37:9

**search** 15:5 28:18

**searching** 28:16

**secondary** 22:10 28:14

**send** 12:24

**sending** 50:21

**sense** 29:18

**sensitive** 16:2

**Sequence** 24:5

**set** 51:15

**share** 40:18

**sheet** 15:15 32:13

**short** 50:9

**shortness** 17:12 47:19

**show** 17:2,20 32:9,13,14 36:23 37:12

**shown** 46:3,6,25 49:24

**shows** 17:25

**shut** 41:3,12

**sic** 24:4 39:23

**side** 18:3

**signed** 10:9 42:13

**significance** 29:2

**Singulair** 18:11

**Sinus** 49:7

**sir** 6:10 16:6 25:25 36:1

**sitting** 7:14

**situated** 45:11

**six-month** 30:12

**smart** 37:8

**smarter** 37:2

**smoke** 38:7,11

**soccer** 20:23

**sort** 27:19 35:3

**source** 45:22 47:14 49:17,25

**spacer** 36:7

**specialist** 50:16

**specialty** 50:10

**Species** 23:16 25:6 27:23

**Sperring** 6:16 8:19 33:6

**spill** 22:8 24:4,22 26:1,16 27:7,9

**sputum** 33:22 34:2 36:6 37:18,20

**stage** 52:7

**stamping** 32:7

**stand** 47:8

**standard** 46:23 47:2,3 52:4

**standpoint** 28:17

**stands** 40:1

**start** 36:20

**started** 49:21

www.LexitasLegal.com Premier
Case 2:21-cv-00057 Document 86-4 Filed 06/24/21 Page 23 of 25 PageID #: 536
Lexitas

**starts** 32:6 37:4

**state** 6:8 49:18

**stated** 49:24

**statements** 33:11 46:18

**step** 31:5

**sticker** 26:25

**Stock** 39:6

**stomach** 44:3

**story** 19:2

**structural** 51:24

**studies** 48:13

**study** 22:9,11 26:2

**subject** 16:3

**subjectively** 51:4

**subsequent** 33:23,24 34:3,6 36:3,4,
8 37:17,21,24

**substances** 49:6

**suggest** 46:7 48:4

**suggested** 46:12 47:14 48:9,19
49:25

**suggests** 46:9 48:14 52:2

**Sullivan** 39:3

**summer** 45:9,11,16

**Super** 25:5

**supports** 51:5,17

**supposed** 30:8

**suspect** 43:15

**swear** 6:23,25

**sworn** 7:6

**symptoms** 22:7 27:5 47:20 51:21,22
52:2

**Systemic** 25:12

---

**T**

**taking** 8:1

**talents** 26:23

**talk** 9:10

**talked** 44:5

**talking** 15:16 18:25 26:12 30:11

**telemedicine** 29:21 30:1

**telling** 45:22

**temporal** 52:1

**tend** 48:5

**Tennessee** 24:17

**terms** 50:23 51:10

**terribly** 36:25 52:8

**testified** 7:6

**testimony** 6:25 9:10

**tests** 17:10 47:21 51:1,22

**thereof** 47:12

**thing** 22:25 24:14 35:3

**things** 19:1 32:10 47:22 48:23 49:1,7

**Thompson** 21:17

**thought** 45:14

**thoughts** 17:13

**three-minute** 50:9

**time** 19:3 20:3,12 30:2 38:3 42:22
44:11 46:16,19 49:14,18 50:18

**times** 29:23,24 50:13

**title** 23:21

**today** 7:11,15,18 12:11 26:10 40:18
44:22 47:1

**told** 21:5,21 39:16 40:2 43:9,18 44:7
45:20

**Tom** 6:19

**top** 22:6

**total** 45:22

**totally** 37:1

**Toxicity** 25:4,13

**toxicologist** 14:15 39:4

**traditional** 18:12

**treat** 18:13 20:4,19 21:1 34:21

**treated** 34:24

**treating** 35:4 48:1,2 49:3

**treatment** 18:6 21:20 33:22,24 34:3,
5,16 35:9 36:3,4,5,8 37:16,17,21,23
50:11,16

**treatments** 34:7,18 35:12 36:10
37:14,25

**true** 21:9 46:2

**truth** 7:1,2

**truthful** 46:10

**turn** 41:14

**type** 15:4 18:1 35:12

**typical** 52:6

**typically** 49:2

**typing** 27:1

---

**U**

**uh-huh** 8:2 23:22

**ultimately** 17:14

**uncommon** 36:24

**understand** 7:17,18,20 8:3,21 11:11
29:5 36:18 51:11

**understanding** 7:12 14:21 20:10

**understood** 9:11 24:19

**undertaken** 15:4

**Unit** 6:4

**unusual** 52:5,9

**usual** 52:8

---

**V**

**Vanderbilt** 39:1

**variety** 16:17

**Vehicles** 39:23

**veracity** 45:21

**versus** 8:1

**video** 52:16

**video-recorded** 6:5

**visit** 30:8,12

**VOO** 39:18 40:1

---

**W**

**walk** 31:3 32:14

**wane** 49:14

**wax** 49:14

**websites** 15:20

**weight** 43:10,13

**whatnot** 30:18

**witnesses'** 9:3

**words** 37:4

**Workers** 24:22 27:6

**working** 39:16

**works** 37:6

**worry** 23:11

**Wray** 6:5,17 7:4,9 12:21,23 13:5
14:4,14,17,20 15:9 30:24 31:4,20
37:10 40:6,14 41:2 42:5,19 44:21
45:5 52:16

**Wray's** 11:3 12:15

**write** 10:4 42:2

**writing** 42:9

**wrote** 9:23

---

### Y

---

**years** 21:6 27:6 49:11

---

### Z

---

**zip** 12:19,20 14:20