# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN SCOTT MAAS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 2:20-cv-00051 |
| ) | Judge Waverly D. Crenshaw, Jr. |
| BP EXPLORATION AND PRODUCTION, ) | Magistrate Judge Alistair Newbern |
| INC. and BP AMERICA PRODUCTION ) | |
| COMPANY, ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MEDIATION REPORT

In obedience to the Court's Orders (Document 107 and Document 111) Plaintiff herewith reports to the Court that a second mediation was attempted through the offices of Rule 31 Certified Mediator, Barry Howard, on Wednesday, December 15, 2021. Plaintiff submitted a good-faith offer. Defendants again declined to submit any counter offer for payment of any sum to Mr. Maas, and the proceedings were adjourned. Plaintiff respectfully moves the Court for an Order directing Defendant BP to pay the cost of the December 15, 2021, second mediation attempt.

Respectfully Submitted,

**BURGER, SCOTT & McFARLIN**

*/s/*Wm. Kennerly Burger
**Wm. Kennerly Burger, BPR #3731**
Attorney for Plaintiff
12 Public Square North
Murfreesboro, TN 37130
Telephone: (615) 893-8933
Facsimile: (615) 893-5333
kenburger@comcast.net

## CERTIFICATION OF SERVICE

An exact copy of the above has been forwarded by e-mail to the following: Howard E. Jarvis, 12144 Southwick Circle, Farragut, TN 37934 (hjarvis@maronmarvel.com); Chan E. McLeod, 1020 Highland Colony Parkway, Suite 400, Richland, MS 39157 (cmcleod@maronmarvel.com), on this 23rd day of November, 2021.

/s/Wm Kennerly Burger
**Wm Kennerly Burger**