# UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

JOHN SCOTT MAAS,
PLAINTIFF,

    VS.

BP EXPLORATION & PRODUCTION INC.
& BP AMERICA PRODUCTION COMPANY,
DEFENDANTS.

CAUSE NO.: 2:20-cv-00051
Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Alistair Newbern

---

**BP EXPLORATION & PRODUCTION INC. AND
BP AMERICA PRODUCTION COMPANY'S
MEDIATION STATUS REPORT**

---

Defendants, BP Exploration & Production Inc. and BP America Production Company (collectively, "BP Parties"), file this Mediation Status Report.

The BP Parties participated in mediation with Barry Howard on December 15, 2021. The parties were unable to settle the case. Contrary to the representations made in Plaintiff's report (Rec. Doc. 113), the BP Parties negotiated in good faith. This Court should not entertain Plaintiff's request that the BP Parties pay his costs for mediation.

Respectfully submitted this the 16th day of December 2021.

        **MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**

        */s/ Howard E. Jarvis*
        Howard E. Jarvis
        Chan E. McLeod *pro hac vice*
        12144 Southwick Circle
        Farragut, TN 37934
        Phone: (865) 334-6468
        Fax: (302) 425-0180
        Email: hjarvis@maronmarvel.com
                 cmcleod@maronmarvel.com

        *Attorneys for Defendants,
BP America Production Company and
BP Exploration & Production Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Howard E. Jarvis, do hereby certify that on December 16, 2021, a true and correct copy of the Mediation Status Report was served upon Plaintiff's counsel:

William Kennerly Burger
Burger, Scott & McFarlin
12 Public Square North
Murfreesboro, TN 37130
kenburger@comcast.net

*/s/ Howard E. Jarvis*
Howard E. Jarvis !
