UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN MAAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:20-cv-00051 |
| | ) |
| BP EXPLORATION AND | ) |
| PRODUCTION, INC., and BP | ) |
| AMERICA PRODUCTION COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now that Defendant's motion for summary judgment has been decided, the parties shall return to mediation on or before **February 4, 2022**. No later than **December 31, 2021**, the parties shall file a joint notice including the mediation date and the name of the mediator.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE