UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN SCOTT MAAS<br><br>    Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION, INC., et al.,<br><br>    Defendants. | Case No. 2:20-cv-00051<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff John Scott Maas has filed a mediation report (Doc. No. 113) in which he "respectfully moves the Court for an Order directing Defendant BP to pay the cost of the December 15, 2021, second mediation attempt." If Maas seeks sanctions against BP, he must do so in a motion requesting that relief on the basis of supporting legal authority.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge