UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOHN SCOTT MAAS,
PLAINTIFF,

VS.  CAUSE NO.: 2:20-cv-00051

BP EXPLORATION & PRODUCTION INC.
& BP AMERICA PRODUCTION COMPANY,
DEFENDANTS.

**PLAINTIFF AND DEFENDANTS' JOINT NOTICE REGARDING MEDIATION**

Plaintiff John Maas and Defendants, BP Exploration & Production Inc. and BP America Production Company, file this Joint Notice Regarding Mediation pursuant to the Court's December 21 Order (Doc. No. 116).

The Parties will participate in mediation on February 4, 2022 with Barry Howard, Esq as the neutral party.

Respectfully submitted this the 30th day of December 2021.

            **MARON MARVEL BRADLEY
             ANDERSON & TARDY LLC**

            */s/ Howard E. Jarvis*
            Howard E. Jarvis
            Chan E. McLeod *pro hac vice*
            12144 Southwick Circle
            Farragut, TN 37934
            Phone: (865) 334-6468
            Fax: (302) 425-0180
            Email: hjarvis@maronmarvel.com
                cmcleod@maronmarvel.com

            *Attorneys for Defendants,
            BP America Production Company and
            BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I, Howard E. Jarvis, do hereby certify that on December 30, 2021, a true and correct copy of the Plaintiff and Defendants' Joint Notice Regarding Mediation was served upon Plaintiff's counsel:

William Kennerly Burger
Burger, Scott & McFarlin
12 Public Square North
Murfreesboro, TN 37130
kenburger@comcast.net

*/s/ Howard E. Jarvis*
Howard E. Jarvis !