UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOHN SCOTT MAAS,
PLAINTIFF,

VS.                                             CAUSE NO.: 2:20-cv-00051

BP EXPLORATION & PRODUCTION INC.
& BP AMERICA PRODUCTION COMPANY,
DEFENDANTS.

**DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW AND FOR STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

Defendants, BP Exploration & Production Inc. and BP America Production Company, respectfully request that the Court certify its December 21, 2021 Memorandum Opinion and Order (Doc. No. 115) pursuant to 28 U.S.C. § 1292(b) and stay the proceeding pending interlocutory appeal.

Respectfully submitted this the 31th day of December 2021.

              **MARON MARVEL BRADLEY**
               **ANDERSON & TARDY LLC**

            */s/ Howard E. Jarvis*
            Howard E. Jarvis
            Chan E. McLeod *pro hac vice*
            12144 Southwick Circle
            Farragut, TN 37934
            Phone: (865) 334-6468
            Fax: (302) 425-0180
            Email: hjarvis@maronmarvel.com
                cmcleod@maronmarvel.com

            *Attorneys for Defendants,*
            *BP America Production Company and*
            *BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

      I, Howard E. Jarvis, do hereby certify that on December 31, 2021, a true and correct copy of the Defendants' Motion to Certify Order for Interlocutory Review and for Stay of Proceedings Pending Interlocutory Appeal was served upon Plaintiff's counsel:

William Kennerly Burger
Burger, Scott & McFarlin
12 Public Square North
Murfreesboro, TN 37130
kenburger@comcast.net

                                        */s/ Howard E. Jarvis*
                                        Howard E. Jarvis !

2

Case 2:20-cv-00051   Document 119   Filed 12/31/21   Page 2 of 2 PageID #: 1426