IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**JOHN SCOTT MAAS**                                **PLAINTIFF**

**VS.**                                                **CAUSE NO.: 2:20-cv-00051**

**BP EXPLORATION & PRODUCTION
INC. AND BP AMERICA PRODUCTION
COMPANY**                                               **DEFENDANTS**

## NOTICE OF SETTLEMENT

COME NOW Defendants BP Exploration & Production Inc. and BP America Production Company and provide notice to the Court that this case is resolved.

Respectfully submitted this the 4th day of February 2022.

                                       */s/ Howard E. Jarvis*
                                       Howard E. Jarvis
                                       **Maron Marvel Bradley Anderson & Tardy, LLC**
                                       12144 Southwick Circle
                                       Farragut, TN 37934
                                       hjarvis@maronmarvel.com
                                       Telephone: (865) 334-6468

                                       */s/ Charles E. McLeod*
                                       Charles "Chan" E. McLeod *pro hac vice*
                                       Mississippi Bar No. 101182
                                       **Maron Marvel Bradley Anderson & Tardy, LLC**
                                       1020 Highland Colony Pkwy Ste 400
                                       Ridgeland, MS 39157-2129
                                       cmcleod@maronmarvel.com
                                       Telephone: (601) 969-4247

*/s/ Thomas W. Bibby*
Thomas W. Bibby *pro hac vice*
New Jersey Bar No. 161152017
**Maron Marvel Bradley Anderson & Tardy, LLC**
1201 North Market Street, Suite 900
Wilmington, DE 19801
tbibby@maronmarvel.com
Telephone: (302) 472-1759

*/s/ Thomas K. Brown*
Thomas K. Brown *pro hac vice*
Texas State Bar No. 03175960
Federal I.D. No. 8083
**The Brown Law Firm, LLP**
Three Riverway, Suite 1775
Houston, Texas 77056
tom@brownfirm.net
Telephone: (713) 400-4020

*/s/ Charles B. Wilmore*
Charles B. Wilmore *pro hac vice*
Louisiana State Bar No. 28812
**Liskow & Lewis**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
cbwilmore@liskow.com
Telephone: (504) 581-7979

*Attorneys for Defendants,*
*BP America Production Company and*
*BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to Fed. R. Civ. P. 5(b), Local Rule 5.01, and Local Rule 5.02 on February 4, 2022 a true and correct copy of the Notice of Settlement was served upon Plaintiff's counsel via the Court's CM/ECF system:

William Kennerly Burger
Burger, Scott & McFarlin
12 Public Square North
Murfreesboro, TN 37130
kenburger@comcast.net

/s/ *Howard E. Jarvis*
Howard E. Jarvis